| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Daniel C. Girard, Esq., Bar #114826<br>Girard Sharp LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone No: 415-981-4800    FAX No: 415-981-4846<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Central District Of California

Plaintiff: Gary Sosenko, et al.
Defendant: LG Electronics U.S.A., Inc.

| PROOF OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>19CV00610JLS(ADSx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton

3. a. Party served:            LG Electronics U.S.A., Inc.
   b. Person served:           Becky De George, Service of Process Intake Clerk, Caucasian, Female, 48-53 Yrs Old, Blonde Hair, 170 Lbs.

4. Address where the party was served:   Corporation Service Company
                                          2710 Gateway Oaks Dr. # 150N
                                          Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Apr. 05, 2019 (2) at: 2:45PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   03-007
      (iii) County:             Placer
      (iv)  Expiration Date:    Fri, Nov. 08, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Apr. 08, 2019

   (Robert J. Mason)