Michael M. Maddigan (SBN 163450)
Vassi Iliadis (SBN 296382)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson (*Pro Hac Vice Application to be submitted*)
Victoria A. Joseph (*Pro Hac Vice Application to be submitted*)
**HOGAN LOVELLS US LLP**
390 Madison Ave.
New York, NY 10017
phoebe.wilkison@hoganlovells.com
victoria.joseph@hoganlovells.com

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SOSENKO, DIANE TERRY, and MICHAEL BURRAGE, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, U.S.A., INC.,<br><br>Defendant. | Case No. 8:19-CV-00610-JLS-ADSx<br><br>Honorable Josephine L. Staton<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>[Proposed] Order filed concurrently herewith |

# JOINT STIPULATION

Plaintiffs Gary Sosenko, Diane Terry, and Michael Burrage (collectively, "Plaintiffs") and defendant LG Electronics USA, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby submit the following joint stipulation:

**WHEREAS,** Defendant will file a Motion to Dismiss Plaintiff's Complaint in this action on June 12, the current deadline for Defendant to answer, move, or otherwise respond to the Complaint.  *See* Dkt. No. 14;

**WHEREAS,** the Parties have conferred and agreed to a briefing schedule and hearing date for Defendant's Motion to Dismiss;

**WHEREAS**, the Parties agree that Plaintiffs' deadline to file an Opposition to Defendant's Motion to Dismiss will be July 12, 2019;

**WHEREAS**, the Parties agree that Defendant's deadline to file a Reply in Support of its Motion to Dismiss will be July 26, 2019;

**WHEREAS**, the Parties agree that Defendant's Motion to Dismiss may be set for hearing on August 23, 2019, which appears to be available based on the Court's online calendar, or such other date thereafter as may be set by the Court;

**NOW, THEREFORE, PLAINTIFF AND DEFENDANT, BY AND THROUGH THEIR COUNSEL OF RECORD, AND SUBJECT TO THE APPROVAL OF THE COURT, STIPULATE THAT:**

- On June 12, 2019, Defendant will file a Motion to Dismiss.
- On July 12, 2019, Plaintiffs will file an Opposition to Defendant's Motion to Dismiss.
- On July 26, 2019, Defendant will file a Reply in Support of Defendant's Motion to Dismiss.
- The hearing on Defendant's motion shall be set for August 23, 2019 at 10:30 a.m. (or such other date and time thereafter as may be set by the Court).

### IT IS SO STIPULATED.

Counsel for Plaintiffs has reviewed this Stipulation and concurs in its filing.

Dated: June 11, 2019  **HOGAN LOVELLS US LLP**

By: /s/ Michael M. Maddigan

Michael M. Maddigan (SBN 163450)
Vassi Iliadis (SBN 296382)
Phoebe A. Wilkinson (*Pro Hac Vice Application to be submitted*)
Victoria A. Joseph (*Pro Hac Vice Application to be submitted*)

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

Dated: June 11, 2019  **GIRARD SHARP LLP**

By: /s/ Adam E. Polk

Adam E. Polk (SBN 273000)
Jordan Elias (SBN 228731)
Simon S. Grille (SBN 294914)

*Attorneys for Plaintiffs*