# ÍNDICE

**Garantía**................................................ 48

**Contratos de protección**.............................. 49

**Instrucciones de seguridad importantes**......50-52

**Requisitos eléctricos y de conexión a tierra**....52

**Componentes y características**...........................53

**Instalación del refrigerador** ....................54-61

Desembalaje del refrigerador ................... 54

Instalación ...............................................55

Desmontaje y colocación de las
manijas y puertas del congelador.......... 56-60

Nivelación y alineación de las puertas ......61

**Uso del refrigerador** ................................. 62-73

Ajuste de los controles .......................... 62-64

Depósito de hielo del interior
de la puerta.............................................65

**Máquina de hielo automática**..............66-67

Guía para el almacenamiento
de alimentos ............................................. 68

▶   **Sección refrigerador**

Dispensador de agua ................................... 69

Estantes del refrigerador ........................70

Cajón con control de humedad...................71

Cajón despensero con control
de temperatura ............................................71

Bandejas de puerta ...................................71

Filtro de aire .................................................72

▶   **Sección congelador**

Depósito de hielo adicional ........................72

Cajón extraíble..............................................73

Durabase ......................................................73

Divisor Durabase.............................................73

**Filtro de agua** .........................................74-77

**Cuidado y limpieza**.....................................78-79

Sugerencias generales de limpieza ..........78

Exterior .........................................................78

Paredes interiores..........................................78

Revestimiento de las puertas y juntas........78

Piezas de plástico .........................................78

Bobinas del condensador ............................78

Sustitución de la bombilla ...........................79

Interrupciones de alimentación...................79

Cuando se va de vacaciones .......................79

Cuando se muda............................................79

**Conexión de la tubería de agua** ............ 83-82

**Guía para la solución de problemas**..... 83-90

**Kenmore Connect™** ........................................ 91

**Servicio técnico** ..........................Contraportada

# GARANTÍA

# GARANTÍA DEL REFRIGERADOR



## Garantía limitada de Kenmore Elite

La siguiente cobertura de garantía será aplicable si este electrodoméstico se instala, opera y mantiene de acuerdo con todas las instrucciones suministradas. Para coordinar el servicio por garantía, llame al 1-800-4-MY-HOME® (1-800-469-4663).

- **Garantía limitada de un año en el aparato**
  Durante un año desde la fecha de compra, las reparaciones serán gratuitas en las partes no consumibles de este aparato, cuando los fallos se deben a defectos de materiales o mano de obra. Si el aparato se utiliza para usos no domésticos, esta cobertura se aplicará solo 90 días a partir de la fecha de compra, y no tiene validez en Canadá.

- **Garantía limitada de cinco años en el sistema sellado**
  El sistema de refrigerante sellado de este aparato tiene una garantía de cinco años contra defectos en materiales o mano de obra. Se suministrarán componentes nuevos del sistema libres de gastos para sustituir los defectuosos. Usted es responsable de los costos de mano de obra para la instalación de los componentes después del primer año a partir de la fecha de compra. Si el aparato se utiliza para usos no domésticos, esta cobertura se aplicará solo un año a partir de la fecha de compra, y no tiene validez en Canadá.

- **Garantía limitada de diez años en el compresor lineal**
  El compresor lineal de este aparato tiene una garantía de diez años contra defectos en materiales o mano de obra. Se suministrará de forma gratuita un compresor lineal nuevo. Usted es responsable de los costos de mano de obra para la instalación después del primer año a partir de la fecha de compra.  Si el aparato se utiliza para usos no domésticos, esta cobertura se aplicará solo dos años a partir de la fecha de compra, y no tiene validez en Canadá.

Esta garantía cubre sólo defectos de materiales y fabricación y NO pagará:

1. Elementos consumibles que puedan gastarse debido al uso normal, incluyendo entre otros, los filtros, correas, bombillas y bolsas de la unidad.
2. Un técnico de servicio para mostrar al usuario la instalación, funcionamiento o mantenimiento correctos del producto.
3. Un técnico de servicio para realizar labores de limpieza o mantenimiento del producto.
4. Daños o averías como consecuencia de no seguir todas las instrucciones de instalación, funcionamiento o mantenimiento incluidas con el producto.
5. Daños o averías en caso de accidente, abuso, uso inadecuado o uso con propósitos distintos a los fines para los que fue diseñado.
6. Daños o averías en caso de utilizar detergentes, limpiadores, sustancias químicas o utensilios distintos a los recomendados en las instrucciones incluidas con el producto.
7. Daños o averías en las piezas o sistemas provocados por modificaciones del producto no autorizadas.

**Cláusula de exención de responsabilidad o garantías implícitas; limitación de recursos**

El único y exclusivo recurso del cliente bajo esta garantía limitada será la reparación del producto como se ha mencionado. Las garantías implícitas, incluyendo garantías de comerciabilidad o idoneidad para un fin concreto, se limitan a un año o el período de tiempo más reducido permitido por la ley. Sears no será responsable de los daños incidentales o derivados. Ciertos estados y provincias no permiten exclusiones o limitaciones de daños incidentales o derivados, o limitaciones en relación a la duración de las garantías implícitas de comerciabilidad o idoneidad, de tal forma que estas limitaciones o excepciones pueden no ser pertinentes para usted.

Esta garantía será aplicable únicamente mientras este electrodoméstico sea utilizado dentro de los Estados Unidos o Canadá.*

Esta garantía le otorga unos derechos legales específicos e incluso puede conferirle otros derechos distintos dependiendo del estado en que se encuentre.

\* En Canadá no se dispone de servicio de reparación a domicilio en todas las áreas, ni la garantía cubrirá los desplazamientos del usuario o el servicio técnico y los gastos de transporte si este producto se encuentra en un área remota (según lo define Sears Canada Inc.) donde no se disponga de un servicio técnico autorizado.

**Sears Brands Management Corporation, Hoffman Estates, IL 60179**
**Sears Canada Inc., Toronto, Ontario, Canadá M5B 2C3**

# CONTRATOS DE PROTECCIÓN

## Contratos maestros de protección

Felicidades por haber realizado una compra inteligente. Su nuevo producto Kenmore® ha sido diseñado y fabricado para proporcionarle años de funcionamiento fiable. No obstante, al igual que cualquier otro producto, es posible que requiera un mantenimiento preventivo o alguna reparación cada cierto tiempo. Por este motivo, disponer de un contrato maestro de protección puede ahorrarle dinero y molestias.

El contrato maestro de protección también le ayuda a prolongar la vida de este nuevo producto. A continuación, se indica lo que incluye este contrato*:

• **Material y mano de obra** necesarios para mantener los productos en funcionamiento **bajo uso normal,** no únicamente los defectos de fabricación. Nuestra cobertura es **muy superior a la garantía del producto.** No hay ninguna avería funcional deducible que se excluya de la cobertura: **se trata de una protección real.**

• **Servicio experto** llevado a cabo por un personal **de más de 10.000 técnicos de servicio expertos de Sears,** lo que significa que alguien en quien puede confiar trabajará en su producto.

• **Sin límite de solicitudes de reparación y servicio en el país,** con tanta frecuencia como desee y en cualquier momento.

• **Funcionamiento garantizado:** sustitución del producto cubierto por el servicio si se producen cuatro o más averías del producto en un plazo de 12 meses.

• **Sustitución del producto:** si el producto cubierto por el servicio no se puede reparar.

• **Comprobación anual de mantenimiento preventivo** si lo solicita, sin ningún gasto adicional.

• **Ayuda rápida por teléfono:** también llamada **solución rápida** – Asistencia por teléfono de un representante de Sears para cualquier producto. Puede pensar en nosotros como un "manual del usuario parlante".

• **Protección de sobretensiones** contra daños eléctricos debidos fluctuaciones de energía.

• **Protección por pérdida de alimentos de 250 dólares** al año por cualquier alimento que quede inservible a consecuencia de un fallo mecánico de cualquier refrigerador o congelador cubierto por el servicio.

• **Reembolso del alquiler** si la reparación del producto cubierto por el servicio tarda más de lo previsto.

• **25% de descuento** del precio habitual de cualquier servicio de reparación y componente instalado relacionado no cubierto por el servicio.

Una vez adquirido el contrato, sólo tendrá que realizar una llamada de teléfono para programar el servicio. Puede llamarnos en cualquier momento del día o de la noche, o fijar la cita de la reparación a través de Internet.

El contrato maestro de protección es una compra sin riesgos. Si por cualquier motivo cancela el contrato durante el plazo de garantía del producto, le devolveremos todo el importe o bien una cantidad prorrateada una vez que haya finalizado el plazo de garantía del producto. Adquiera hoy mismo su contrato maestro de protección.

**Se aplican ciertas limitaciones y exclusiones.**

**Para consultar las tarifas y obtener más información en EE. UU. llame al número de teléfono 1-800-827-6655.**

**\* La cobertura en Canadá varía en algunos aspectos. Para obtener más información, llame a Sears Canada al 1-800-361-6665.**

**Servicio de instalación de Sears**
Para solicitar la instalación profesional de Sears de electrodomésticos, mecanismos de apertura de puertas de garaje, calentadores de agua y otros electrodomésticos de gran tamaño, **llame en EE. UU. o Canadá a: 1-800-4-MY-HOME®.**

# REGISTRO DEL PRODUCTO

En el espacio siguiente, anote la fecha de la compra, el modelo y el número de serie del producto. Encontrará el modelo y el número de serie impreso en la placa de identificación situada en el revestimiento interior del compartimiento del refrigerador. Tenga esta información a mano siempre que se ponga en contacto con Sears en relación con su producto.

N.° de modelo_____          Fecha de compra _____

N.° de serie._____

Guarde estas instrucciones y su ticket de compra para futuras consultas.

## INSTRUCCIONES IMPORTANTES SOBRE SEGURIDAD

## PRECAUCIONES BÁSICAS DE SEGURIDAD

Este manual contiene muchos mensajes de seguridad importantes. **Lea y cumpla** siempre todos los mensajes de seguridad.



Éste es el símbolo de alerta de seguridad. Le avisa de mensajes de seguridad que le informan de peligros de muerte o lesiones para usted o los demás, o que puedan dañar el producto.

Todos los mensajes de seguridad estarán precedidos del símbolo de alerta de seguridad y de las palabras de señal de peligro PELIGRO, ADVERTENCIA o PRECAUCIÓN. Estas palabras significan:

**⚠ PELIGRO**

Si no respeta las instrucciones, **morirá o sufrirá lesiones graves**.

**⚠ ADVERTENCIA**

Si no respeta las instrucciones, **podría morir o sufrir lesiones graves**.

**⚠ PRECAUCIÓN**

Indica una situación de peligro inminente que, si no se evita, **podría** provocar lesiones leves o moderadas, o daños en el producto.

Todos los mensajes de seguridad le indicarán el peligro, lo que debe hacer para reducir la probabilidad de lesiones y lo que puede ocurrirle si no se siguen las instrucciones.

## ⚠ ADVERTENCIA

**Para reducir el riesgo de incendio, descarga eléctrica o lesiones personales al utilizar el producto, se deben respetar una serie de precauciones de seguridad básicas, entre las que se incluyen las siguientes:**

**Lea todas las instrucciones antes de utilizar este electrodoméstico.**

- NUNCA desenchufe el refrigerator tirando del cable de corriente. Agarre siempre el enchufe firmemente y tire del mismo para retirarlo de la toma de corriente.

- Si el cable de alimentación se encuentra dañado deberá ser sustituido por el fabricante, por un servicio técnico autorizado o personal cualificado para evitar riesgos innecesarios. No use un cable con grietas o abrasiones sobre su extensión o en los extremos del enchufe o conector.

- No modifique ni alargue la longitud del cable de corriente, ya que podría causar una descarga eléctrica o provocar un incendio.

- Cuando separe el refrigerador de la pared, tenga cuidado de no torcer o dañar el cable de alimentación.

- NO guarde ni utilice gasolina ni ningún otro gas o líquido inflamable cerca de este electrodoméstico o de cualquier otro.

- NO permita que los niños escalen, se monten o se cuelguen de las puertas o estantes del refrigerador. Podrían dañar el refrigerador o sufrir lesiones graves.

- Mantenga los dedos lejos de los puntos de riesgo de pinzamiento; las distancias de separación entre las puertas y los gabinetes son necesariamente pequeñas. Tenga especial cuidado al cerrar las puertas cuando haya niños cerca.

- Desenchufe el refrigerador antes de limpiar o realizar cualquier reparación.

**NOTA:** Se recomienda encarecidamente que cualquier reparación sea realizada por un técnico cualificado.

## GUARDE ESTAS INSTRUCCIONES

# ⚠ ADVERTENCIA

- Antes de sustituir una bombilla fundida o rota, desenchufe el refrigerador o corte la corriente en el disyuntor o caja de fusibles con el fin de evitar el contacto con un cable con corriente. (Una bombilla fundida puede romperse en el momento de cambiarla, por lo que queda expuesto un cable con corriente).

  **NOTA:** Algunos modelos disponen de iluminación interior mediante LED, por lo que el mantenimiento deberá ser realizado por un técnico cualificado.

  **ADVERTENCIA:** Poner uno o ambos controles en posición de apagado (OFF) no corta la alimentación de circuito de iluminación.

- Cuando haya terminado, vuelva a conectar el refrigerador a la red eléctrica y restablezca los controles (Termostato, Control del refrigerador y/o Control del congelador, en función del modelo) al ajuste deseado.

- Este refrigerador se debe instalar correctamente de acuerdo con las **instrucciones importantes para el instalador** incluidas en la hoja adhesiva pegada al frontal del refrigerador.

- Cuando el refrigerador esté en funcionamiento, no toque las superficies frías del compartimento del congelador con las manos húmedas o mojadas. La piel se podría adherir a las superficies extremadamente frías.

- NO toque el mecanismo de fabricación automática de hielo mientras esté el refrigerador enchufado.

- NO vuelva a congelar alimentos congelados que se hayan descongelado completamente. El Departamento de Agricultura de Estados Unidos, en el boletín n.º 69 deCasa y jardín, dice:

  ...Se pueden volver a congelar con seguridad alimentos congelados que se hayan descongelado si aún contienen cristales de hielo o si aún siguen fríos: por debajo de los 4 °C.

  ...La carne picada, la carne de ave o el pescado descongelados cuyo olor o color indiquen mal estado no deberían volver a congelarse ni deberían comerse. El helado descongelado se debe desechar. Si el olor o el color de cualquier alimento ha perdido frescura o es cuestionable, deséchelo. Comer este tipo de alimentos puede ser peligroso.

  Incluso si se descongela parcialmente un alimento y se vuelve a congelar, su calidad alimenticia se ve reducida, particularmente si se trata de frutas, verduras y comida preparada. La calidad alimenticia de las carnes rojas se ve menos afectada que la de la mayoría de alimentos. Utilice los alimentos recongelados lo antes posible para salvaguardar el máximo de calidad.

 **ADVERTENCIA :** Este producto contiene químicos conocidos por el Estado de California como causantes de cáncer y defectos de nacimiento u otros daños reproductivos. *Lávese las manos después de usarlo.*

## GUARDE ESTAS INSTRUCCIONES

# ⚠ PELIGRO: RIESGO DE ATRAPAMIENTO DE NIÑOS

Los refrigeradores desechados o abandonados son peligrosos, incluso si sólo es por unos pocos días. Si va a deshacerse de su antiguo refrigerador, le recomendamos que siga las instrucciones que encontrará a la derecha para evitar posibles accidentes (atrapamiento de niños y asfixia).



**ANTES DE DESECHAR SU ANTIGUO REFRIGERADOR O CONGELADOR:**

- Desmonte las puertas.
- Deje los estantes en su sitio para que los niños no puedan trepar con facilidad al interior.

# ELIMINACIÓN DE CFC

Es posible que su antiguo refrigerador tenga un sistema de refrigeración que use CFC (clorofluorocarbonos). Se cree que los CFC son perjudiciales para el ozono estratosférico.

Si va a desechar su antiguo refrigerador, asegúrese de que un técnico cualificado se encargue de retirar el refrigerante de CFC para su adecuada eliminación. Si de forma intencionada libera este refrigerante de CFC, podría estar sujeto a multas y penas de prisión según lo previsto en la legislación medioambiental.

# REQUISITOS ELÉCTRICOS Y DE CONEXIÓN A TIERRA

**IMPORTANTE:** Lea atentamente la siguiente información.

## PARA CONECTAR LA ELECTRICIDAD

### ⚠ ADVERTENCIA

**Riesgo de descargas eléctricas**

**POR MOTIVOS DE SEGURIDAD PERSONAL, este electrodoméstico debe estar conectado a tierra adecuadamente. Solicite a un electricista cualificado que compruebe la toma de corriente y el circuito eléctrico para asegurarse de que la toma de corriente está correctamente conectada a tierra.**



Toma de pared con conexión a tierra de 3 clavijas

Enchufe de conexión a tierra de 3 clavijas

Antes de usar el electrodoméstico, asegúrese de disponer de una conexión a tierra adecuada.

## MÉTODO DE CONEXIÓN A TIERRA RECOMENDADO

El refrigerador debe estar siempre enchufado a su toma de corriente individual conectada a tierra adecuadamente con una tensión nominal de 115 voltios, 60 Hz, sólo CA, y protegida mediante fusible a 15 ó 20 amperios. Esta configuración proporciona el mejor rendimiento y, al mismo tiempo, evita la sobrecarga de la instalación eléctrica de la casa que podría provocar un peligro de incendio debido a un sobrecalentamiento de los cables. Se recomienda disponer de un circuito independiente para la exclusiva alimentación de este electrodoméstico.

Use un receptáculo que no se pueda apagar con un interruptor o una cadena de tracción. No utilice un alargador de corriente.

Si únicamente se dispone de una toma de corriente de 2 clavijas, será responsabilidad y obligación suya sustituirla por otra de 3 clavijas con una conexión a tierra adecuada.

## USO DE CABLES ALARGADORES

**Debido a los posibles peligros de seguridad que se pueden producir bajo ciertas condiciones, no se recomienda el uso de un cable alargador.Sin embargo, si a pesar de ello elige usar un cable alargador, es absolutamente necesario que sea un cable alargador para electrodomésticos de 3 clavijas con conexión a tierra y clasificación UL (EE. UU.), que disponga de un enchufe y una toma de corriente con conexión a tierra, y que la clasificación eléctrica del cable sea de 15 amperios (mínimo) y 120 voltios.**

El uso de un cable alargador aumentará la separación necesaria para la parte posterior del refrigerador.

# COMPONENTES Y CARACTERÍSTICAS



Use esta página para familiarizarse con los componentes y características del refrigerador. Para su comodidad, se incluyen referencias a las páginas.

**NOTA:** Esta guía cubre varios modelos distintos. El refrigerador que ha adquirido puede tener algunos o todos los componentes que se enumeran a continuación. Es posible que las ubicaciones de las características que se indican no coincidan con su modelo.

**A** Luz del refrigerador
**B** Filtro de agua (interior)
**C** Bandejas de puerta fijas
**D** Compartimento de hielo
(Máquina de hielo y depósito de hielo)
**E** Refrigerador de luz
**F** Parteluz articulado
**G** Tapa del depósito de agua
**H** Cajón con control de humedad
**I** Cajón despensero
con control de temperatura
**J** Divisor Durabase

**K** Panel de control
**L** Kenmore Connect™
**M** Filtro de aire
**N** Bandeja para lácteos
**O** Estantes del refrigerador
**P** Bandejas de puerta ajustables
**Q** Cajón hermético
**R** Cajón extraíble Top
**S** Medio cajón extraíble
**T** Durabase



Fábrica de Hielo

Depósito de hielo

Puerta del compartimento de hielo

# INSTALACIÓN DEL REFRIGERADOR

## ⚠ ADVERTENCIA

### Riesgo de peso excesivo:

El desplazamiento e instalación del refrigerador deben realizarse entre dos o más personas. Si no se respeta esta advertencia, se podrán producir lesiones en la espalda o de otro tipo.

## ⚠ ADVERTENCIA

### Riesgo de peso excesivo:

Su refrigerador es muy pesado. Al desplazarlo para su limpieza o mantenimiento, asegúrese de proteger el suelo. Siempre debe tirar del refrigerador en línea recta cuando los desplace. No menee ni zigzaguee el refrigerador al tratar de desplazarlo, ya que esto puede dañar el suelo.

## ⚠ ADVERTENCIA

### Riesgo de explosión:

Mantenga los materiales o vapores inflamables, como la gasolina, lejos del refrigerador. Si no se respeta esta advertencia, existe peligro de explosión, incendio o muerte.

## DESEMBALAJE DEL REFRIGERADOR

Antes de su uso, retire la cinta adhesiva y todas las etiquetas temporales del refrigerador. No retire las etiquetas que indican advertencias, la etiqueta de modelo y número de serie ni la Hoja técnica que está ubicada debajo del frontal del refrigerador, detrás de la rejilla de la base.

Para retirar los restos de pegamento o cinta adhesiva, frote enérgicamente el área con el pulgar. Los residuos de pegamento o cinta adhesiva también se pueden retirar fácilmente frotando con los dedos una pequeña cantidad de lavavajillas líquido sobre el adhesivo. Aclare con agua templada y seque el área.

No utilice instrumentos afilados, alcohol desinfectante, líquidos inflamables ni limpiadores abrasivos para retirar la cinta adhesiva o el pegamento. Estos productos pueden dañar la superficie del refrigerador.

Los estantes del refrigerador están instalados en la posición de transporte. Vuelva a colocar los estantes de acuerdo con sus necesidades personales de almacenamiento.

## ANTES DE USAR

1. Limpie el refrigerador a fondo y quite todo el polvo acumulado durante el transporte.

2. Instale los accesorios como el depósito de cubito de hielo, los cajones, los estantes, etc., en su sitio. Están empaquetados juntos para evitar posibles daños durante el transporte.

3. Deje que el refrigerador esté en funcionamiento durante al menos dos o tres horas antes de almacenar comida dentro de él. Compruebe el flujo de aire frío en el compartimiento del congelador para asegurarse de que la refrigeración sea la adecuada. Su refrigerador ya está listo para su uso.

## INSTALACIÓN

El refrigerador debe estar siempre enchufado a su toma de corriente individual conectada a tierra adecuadamente con una tensión nominal de 115 voltios, 60 Hz, sólo CA, y protegida mediante fusible a 15 ó 20 amperios. Esta configuración proporciona el mejor rendimiento y, al mismo tiempo, evita la sobrecarga de la instalación eléctrica de la casa que podría provocar un peligro de incendio debido a un sobrecalentamiento de los cables. Se recomienda disponer de un circuito independiente para la exclusiva alimentación de este electrodoméstico.

---

### ⚠ ADVERTENCIA

**Riesgo de descarga:**

Para reducir el riesgo de descarga eléctrica, no instale el refrigerador en un área húmeda ni mojada.

---

## INSTALACIÓN (continuación)

1. Para evitar el ruido y la vibración, es necesario nivelar la unidad e instalarla en un suelo sólidamente construido. Si es necesario, ajuste los pies de nivelación para compensar los desniveles del suelo. La parte delantera debe estar ligeramente más elevada que la posterior para ayudar al cierre de la puerta. Los pies de nivelación se pueden girar con facilidad inclinando ligeramente el aparato. Gire los pies de nivelación en sentido horario para elevar la unidad y en sentido antihorario para bajarla. (Consulte NIVELACIÓN Y ALINEACIÓN DE LAS PUERTAS).

   **NOTA:** No se recomienda realizar la instalación sobre moqueta, superficies de baldosas flexibles, una plataforma o en una estructura con soporte inestable.

2. Instale este electrodoméstico en una zona donde la temperatura esté entre 13 °C (55 °F) y 43 °C (110 °F). Si la temperatura alrededor del electrodoméstico es demasiado baja o demasiado alta, la capacidad de refrigeración se verá gravemente afectada.

3. Seleccione un lugar en el que se pueda conectar fácilmente el suministro de agua para la máquina de hielo automática.

   **NOTA:** La presión del agua debe ser 20-120 psi o 138-827 kPa o 1,4-8,4 kgf/cm². If the refrigerator is installed in an area with low water pressure (below 20 psi), you can install a booster pump to compensate for the low pressure.

4. La distancia demasiado pequeña de superficies adyacentes puede minimizar la capacidad de congelación y aumentar los cargos de consumo eléctrico. Deje una distancia de 24 pulgadas (61 cm.) como mínimo al frente del refrigerador para poder abrir las puertas, y de al menos 2 pulgadas (5,08 cm.) entre la parte trasera del refrigerador y la pared.



2" (5.08 cm)

**NOTA:** Siempre se recomienda desmontar las puertas cuando sea necesario desplazar el refrigerador a través de un espacio estrecho. Si es necesario desmontar las manijas, siga las instrucciones que se indican a continuación.

## CÓMO DESMONTAR LA MANIJA DE LA PUERTA DEL REFRIGERADOR

**NOTA:** El aspecto de la manija puede ser distinto del que aparece en las ilustraciones de esta página.

### Desmontaje de la manija del refrigerador

Afloje los tornillos de presión con una llave Allen de 2,5 mm ($^3/_{32}$ pulg.) y retire la manija.

**NOTA:** Si es necesario apretar o retirar los sujetadores de montaje de la manija, use una llave Allen de 6,4 mm ($^1/_4$ pulg.).



Sujetadores de montaje

Tornillo de presión

Llave Allen

## CÓMO SUSTITUIR LA MANIJA DE LA PUERTA DEL REFRIGERADOR

**NOTA:** El aspecto de la manija puede ser distinto del que aparece en las ilustraciones de esta página.

### Sustitución de la manija de la puerta del refrigerador

Coloque la manija en la puerta ajustando las zonas de contacto de la manija coincidan sobre los sujetadores de montaje y apretando los tornillos de presión con una llave Allen de 2,5 cm ($^3/_{32}$ pulg.).

**NOTA:** Si es necesario apretar o retirar los sujetadores de montaje de la manija, use una llave Allen de 6,4 mm ($^1/_4$ pulg.).



Sujetadores de montaje

**NOTA:** Siempre se recomienda desmontar las puertas cuando sea necesario desplazar el refrigerador a través de un espacio estrecho. Si es necesario desmontar las manijas, siga las instrucciones que se indican a continuación.

## CÓMO DESMONTAR LA MANIJA DE LA PUERTA DEL CONGELADOR

**NOTA:** El aspecto de la manija puede ser distinto del que aparece en las ilustraciones de esta página.

### Desmontaje de la manija del cajón del congelador

Afloje los tornillos de presión ubicados en la parte inferior de la manija con una llave Allen de 3,1 mm (⅛ pulg.) y retire la manija.

**NOTA:** Si es necesario apretar o retirar los sujetadores de montaje de la manija, use una llave Allen de 6,4 mm (¼ pulg.).



## CÓMO SUSTITUIR LA MANIJA DE LA PUERTA DEL CONGELADOR

**NOTA:** El aspecto de la manija puede ser distinto del que aparece en las ilustraciones de esta página.

### Sustitución de la manija del cajón del congelador

Coloque la manija en la puerta ajustando las zonas de contacto de la manija coincidan sobre los sujetadores de montaje y apretando los tornillos de presión con una llave Allen de 3,1 mm (⅛ pulg.).

**NOTA:** Si es necesario apretar o retirar los sujetadores de montaje de la manija, use una llave Allen de 6,4 mm (¼ pulg.).



## ⚠ ADVERTENCIA

Para el montaje o desmontaje de los tiradores:

- Sujete el tirador con fuerza para evitar que se caiga o le cause lesiones.

- Evite que el tirador oscile cerca de personas o animales.

- Inserte el orificio de soporte del tirador en la tornillo de topee de la puerta exactamente, y coloque los tornillos de sujeción para fijar el tirador en su posición.

- Compruebe que no haya ningún espacio entre la puerta y el tirador tras colocar éste en su posición.

## DESMONTAJE Y SUSTITUCIÓN DE LAS PUERTAS DEL REFRIGERADOR

---

### ⚠ ADVERTENCIA

**Riesgo de peso excesivo:**

El desplazamiento e instalación de las puertas del refrigerador deben realizarse entre dos o más personas. Si no se respeta esta advertencia, se podrán producir lesiones en la espalda o de otro tipo.

---

### ⚠ ADVERTENCIA

**Riesgo de descargas eléctricas**

• Desenchufe el suministro eléctrico al refrigerador antes de realizar la instalación. Si no se respeta esta advertencia, pueden producirse lesiones graves e incluso la muerte.

• No ponga las manos, pies ni ningún otro objeto en las rejillas de ventilación de aire, la rejilla de la base o debajo del refrigerador. Podría sufrir lesiones o recibir una descarga eléctrica.

---

**NOTA:** Tenga cuidado cuando trabaje con la bisagra y la rejilla de la base. Podría sufrir alguna lesión.

**Para desmontar la puerta izquierda del refrigerador:**

En la parte posterior del refrigerador, saque el tubo de agua del adaptador de la virola situada en el conector presionando el anillo de liberación del adaptador (vea la imagen inferior).



**⚠ PRECAUCIÓN:** Antes de comenzar, saque los alimentos y quite las bandejas de las puertas.



1. Abra la puerta. Retire el tornillo de la tapa de la bisagra superior (1).

2. Use un destornillador plano para hacer palanca y levantar los ganchos (no se ven en la imagen) situados en la parte inferior delantera de la tapa (2). Levante la tapa.

3. Retire la tapa. Saque el tubo (3).

4. Desconecte todos los mazos de cables (4).

5. Retire el tornillo de conexión a tierra (5).

6. Gire la palanca de la bisagra (6) en sentido antihorario. Levante la bisagra superior (7) libre del pestillo de palanca de la bisagra (8).

**⚠ PRECAUCIÓN:** Cuando levante la bisagra libre del pestillo, tenga cuidado de que la puerta no se caiga hacia delante.

7. Levante la puerta del pasador de la bisagra central y retire la puerta.

8. Coloque la puerta, con el interior hacia arriba, sobre una superficie que no raye.

**Para desmontar la puerta derecha del refrigerador:**



1. Abra la puerta. Retire el tornillo de la tapa de la bisagra superior (1). Levante la tapa (2).

2. Retire la tapa.

3. Gire la palanca de la bisagra (3) en sentido horario. Levante la bisagra superior (4) libre del pestillo de palanca de la bisagra (5).

**⚠ PRECAUCIÓN:** Cuando levante la bisagra libre del pestillo, tenga cuidado de que la puerta no se caiga hacia delante.

4. Levante la puerta del pasador de la bisagra central y retire la puerta.

5. Coloque la puerta, con el interior hacia arriba, sobre una superficie que no raye.



**INSTALACIÓN DEL REFRIGERADOR**

**Reinstalación de la puerta del refrigerador**

► **Puerta izquierda**

1. Baje la puerta hasta insertarla en el pasador de la bisagra central (10).

2. Encaje la bisagra superior (7) sobre el pestillo de palanca de la bisagra (8) y ajústela en su sitio. Gire la palanca (6) en sentido horario para bloquear la bisagra.

3. Instale el tornillo de conexión a tierra (5) y conecte los dos mazos de cables (4).

4. Empuje el tubo de agua (3) situado en la parte superior de la puerta izquierda dentro del agujero situado junto a la bisagra izquierda de la parte superior del aparato hasta que salga por la parte trasera.

5. Inserte el tubo de suministro de agua (3) dentro del conector hasta que sólo se vea un trazo de escala. Inserte completamente el tubo sobre 15 mm (⅝ pulg.).

6. Enganche las pestañas situadas en el lado izquierdo de la tapa de la bisagra (1) situada debajo del borde de la bisagra superior (7) y coloque la tapa en su sitio. Inserte y apriete el tornillo de la tapa (1).

► **Puerta derecha**

1. Baje la puerta hasta insertarla en el pasador de la bisagra central (9).

2. Encaje la bisagra superior (4) sobre el pestillo de palanca de la bisagra (5) y ajústela en su sitio. Gire la palanca (3) en sentido antihorario para bloquear la bisagra.

3. Enganche las pestañas situadas en el lado derecho de la tapa de la bisagra (2) situada debajo del borde de la bisagra superior (4) y coloque la tapa en su sitio. Inserte y apriete el tornillo de la tapa (1).







# ⚠ PRECAUCIÓN



Virola
Tubo
Trazo de escala
Abrazadera

Después de insertarlo, tire del tubo para asegurarse de que está bien seguro y vuelva a insertar la abrazadera.

**INSTALACIÓN DEL REFRIGERADOR**

## CÓMO DESMONTAR EL CAJÓN DEL CONGELADOR

⚠️ **ADVERTENCIA:** El desplazamiento e instalación del cajón del congelador deben realizarse entre dos o más personas. Si no se respeta esta advertencia, se podrán producir lesiones en la espalda o de otro tipo.

⚠️ **PRECAUCIÓN:** No agarre la manija mientras desmonta o vuelve a colocar el cajón. La manija podría salirse y provocar lesiones personales.

**NOTA:** En las figuras siguientes, no se muestra el cajón extraíble situado por encima del cajón del congelador para que la imagen sea más clara.

Saque el cajón todo lo posible. Retire la cesta inferior ① levantándola del sistema de rieles.



Retire los tornillos ② del riel en ambos lados.



Sujete el cajón por cada lado y tire de él hacia arriba para separarlo de los rieles.



Con las dos manos, sujete la barra central y empújela hacia dentro de forma que ambos rieles se deslicen de forma simultánea.



## CÓMO INSTALAR EL CAJÓN DEL CONGELADOR

Con las dos manos, sujete la barra central y tire de ella hacia fuera hasta que ambos rieles queden completamente extendidos.



Sujete el cajón por cada lado y enganche los soportes de la puerta ① para introducirlos en las pestañas de los rieles ② que hay a ambos lados.



Baje la puerta hasta su posición final y apriete los tornillos ③ ubicados a ambos lados.



Con el cajón completamente sacado, inserte la cesta inferior ④ en la estructura de rieles.



⚠️ **ADVERTENCIA:** Si se retira el divisor Durabase, habrá suficiente espacio abierto para que un niño o una mascota puedan gatear hasta el interior. Para evitar el atrapamiento accidental de un niño o na mascota, y el posible riesgo de asfixia, NO permita que niños y mascotas toquen ni se acerquen al cajón del congelador.

⚠️ **ADVERTENCIA:** NO pise ni se siente en el cajón del congelador.

# NIVELACIÓN Y ALINEACIÓN DE LAS PUERTAS

### Nivelación

Tras la instalación, enchufe el cable de alimentación del refrigerador en una toma de corriente de 3 clavijas con conexión a tierra y empuje el refrigerador hasta su posición definitiva.

Su refrigerador tiene dos pies de nivelación delanteros: uno a la derecha y otro a la izquierda. Ajuste los pies para modificar la inclinación de delante hacia atrás o de lado a lado. Si el refrigerador parece inestable o si desea que las puertas se cierren más fácilmente, ajuste la inclinación del refrigerador mediante las siguientes instrucciones:

**NOTA:** Herramientas necesarias: Llave de 18 mm ($^{11}/_{16}$") o un destornillador plano.

1. Gire los pies de nivelación en sentido antihorario para levantar esa parte del refrigerador o en sentido horario para bajarla. Puede que sean necesarios varios giros del pie de nivelación para ajustar la inclinación del refrigerador.



**NOTA:** Si una persona empuja hacia atrás la parte superior del refrigerador, descargará parte del peso de los pies de nivelación. Esta operación facilitará el ajuste de los pies.

3. Vuelva a abrir ambas puertas y compruebe que se cierran con facilidad. Si no es así, incline el refrigerador ligeramente hacia atrás girando ambos pies de nivelación en sentido antihorario. Puede que sean necesarios varios giros y debería girar ambos pies de nivelación el mismo número de giros.

**NOTA:** Su refrigerador tiene un diseño exclusivo con dos puertas para alimentos frescos. Cada una de las puertas se puede abrir o cerrar de forma independiente de la otra. Puede que deba ejercer una ligera presión en las puertas para cerrarlas completamente.

### Alineación de las puertas

Ambas puertas del refrigerador tienen una tuerca ajustable, ubicada en la bisagra inferior, para levantarlas y bajarlas con el fin de alinearlas correctamente.

Si el espacio entre las puertas es desigual, siga estas instrucciones para alinear las puertas de forma uniforme:

Use la llave (incluida con el Manual de Uso y Cuidado) para girar la tuerca que hay en la bisagra de la puerta para ajustar la altura. En sentido horario para levantar o en sentido antihorario para rebajar la altura.



# USO DEL REFRIGERADOR

## AJUSTE DE LOS CONTROLES

**Temperatura**



- **El rango del control de temperatura del refrigerador de 1 °C a 8 °C (33°F a 46°F).** Pulse el botón de temperatura del refrigerador para alternar entre los ajustes de temperatura disponibles con incrementos de un grado en cada pulsación.

- **El rango del control de temperatura del congelador es –21 °C a –13 °C (-6 °F a 8 °F).** Pulse el botón de Freezer Temp para alternar entre los ajustes de temperatura disponibles con incrementos de un grado en cada pulsación.

**NOTA:** Cada vez que cambie los ajustes de los controles, debe esperar 24 horas antes de realizar ajustes adicionales. Los controles están correctamente ajustados cuando la leche o el zumo están a la temperatura fría de su gusto y el helado está firme. Si la temperatura es demasiado fría o demasiado caliente en alguno de los compartimientos, cambie el ajuste en incrementos de un grado cada vez. Espere 24 horas a que se estabilice la temperatura antes de volver a ajustarla.

**Flujo de aire**

Asegúrese de no bloquear los conductos de ventilación al cargar su refrigerador. De lo contrario, restringirá el flujo de aire y puede que la temperatura del refrigerador suba demasiado o que se acumule humedad en su interior. (Consulte el siguiente diagrama de flujo de aire).



**Dispensador**



El dispensador servirá agua, cubitos de hielo o hielo picado. Presione el ícono de su elección: (①) agua (②) cubitos de hielo (③) hielo picado. Cuando lo pulse, se iluminará el ícono.

**NOTA:** La pantalla de control es táctil. Un exceso de humedad en la pantalla puede provocar una avería. Recuerde mantener la pantalla limpia y seca.

**NOTA:** Si se ilumina el icono de bloqueo, no se puede controlar el tipo de dispensador.
Compruebo el modo ON/OFF de bloqueo de control en el panel de control.

⚠ **ADVERTENCIA:** El dispensador no funcionará si hay alguna puerta abierta o si está activado el bloqueo de control.

## Filtro de aire



El filtro de aire ayuda a eliminar olores del refrigerador. El filtro de aire tiene dos configuraciones: Auto y MAX. En el modo Auto, el filtro de aire se encenderá y apagará en un ciclo de diez minutos para el encendido y ciento diez minutos para el apagado. Si se configura en el modo MAX, el filtro de aire permanecerá encendido de forma continua durante cuatro horas, apagándose y encendiéndose en un ciclo de diez minutos para el encendido y cinco minutos para el apagado. Después de cuatro horas, el filtro de aire pasará al modo Auto.

• El modo Auto es el modo predeterminado.

• Presione el botón del filtro de aire una vez para entrar en modo MAX

## Restablecimiento del filtro de aire



Cuando se enciende el ícono CHANGE, esto significa que el filtro de aire debe ser reemplazado. Luego de reemplazar el filtro de aire, mantenga pulsado el botón Air Filter durante tres segundos para apagar la luz del ícono. Se recomienda cambiar el filtro de aire aproximadamente cada 6 meses.

## Máquina de hielo ENCENDIDA/APAGADA



• Para encender o apagar el sistema de fabricación de hielo, pulse el botón Ice Maker.

## Ultra hielo



• Cuando se mantiene pulsado el botón del sistema de producción de hielo durante tres segundos, se iluminará el gráfico en la pantalla y continuará encendido durante 24 horas. Esta función se apagará automáticamente pasadas las 24 horas.

**NOTA:** Cuando seleccione la función Ultra hielo, el icono de la Máquina de hielo se cambiará brevemente a APAGADO y luego volverá a ENCENDIDO. Esto es normal.

• Puede detener esta función manteniendo pulsado el botón una vez más.

• Esta función aumenta tanto las capacidades de congelación como las de fabricación de hielo.

## Restablecimiento del filtro de agua



Cuando se enciende el ícono CHANGE, indica que es necesario cambiar el filtro de agua. Una vez cambiado el filtro de agua, mantenga pulsado el botón **Water Filter** durante tres segundos para apagar la luz del indicador. El filtro de agua se debe cambiar aproximadamente cada seis meses.

## Luz del dispensador



Esta luz tiene tres posiciones: Encendido, Apagado y Tenue. Seleccione la opción Tenue durante la noche. La luz se encenderá automáticamente con toda su luminosidad cuando se presione el panel del dispensador.

## Parteluz articulado

Esta característica es una tira de metal situada en la puerta izquierda que se articula (gira) 90 grados al cerrarse la puerta y forma un parteluz (base) para que se sellen las juntas de las puertas izquierda y derecha.

## ⚠ PRECAUCIÓN

Para reducir el riesgo de rayar la puerta o romper el parteluz, asegúrese de que el parteluz de la puerta del refrigerador esté siempre plegado.



**USO DEL REFRIGERADOR**

### Alarma de la puerta



- Cuando se conecta el refrigerador a la corriente, la alarma de la puerta está inicialmente activada. Si pulsa el botón **Door Alarm**, la pantalla cambiará a OFF y la función de alarma de la puerta se desactivará.

- Si la puerta del refrigerador o del congelador se deja abierta durante más de 60 segundos, sonará el tono de la alarma para avisarle de que la puerta está abierta.

- Cuando se cierre la puerta, la alarma de la puerta dejará de sonar.

### Bloqueo de los controles



- Cuando se conecta inicialmente el refrigerador a la corriente, la función de bloqueo **Lock** está desactivada.

- Si desea activar la función **Lock** para bloquear los demás botones, mantenga pulsado el botón **Control Lock** durante tres segundos como mínimo. Aparecerá el icono **Control Lock** y se activará la función **Lock**.

- Cuando se activa la función **Lock**, no funciona ningún otro botón. Los botones del dispensador también se desactivan.

- Para desactivar la función **Lock**, mantenga presionado el botón **Control Lock** durante aproximadamente tres segundos.

### Función para cambiar el modo de temperatura (°F <->°C)

Si desea convertir °F a °C o viceversa, mantenga presionados los botones **Freezer Temp** y **Refrigerator Temp** al mismo tiempo durante aproximadamente cinco segundos.

### Modo demostración (sólo para uso en tienda)

El **modo demostración** desactiva toda la refrigeración en las secciones refrigerador y congelador para ahorrar energía mientras está en exposición en una tienda. Cuando se activa, en el panel de control aparece la palabra OFF.



### Para desactivar:

Con la puerta del refrigerador abierta, mantenga presionados los botones **Refrigerator Temp** y **Ice Maker** al mismo tiempo durante cinco segundos. El panel de control pitará y aparecerán los ajustes de temperatura para confirmar que se ha desactivado el **modo de demostración**. Use el mismo same procedimiento para activar el **modo de demostración**.

## DEPÓSITO DE HIELO DEL INTERIOR DE LA PUERTA

### ⚠ PRECAUCIÓN

Mantenga manos y herramientas fuera del compartimiento de hielo de la puerta y del conducto del dispensador. Si no se respeta esta advertencia, podrían producirse daños o lesiones personales.

La máquina de hielo dejará de fabricar hielo cuando el depósito de hielo del interior de la puerta esté lleno. Si necesita más hielo, vacíe el depósito de hielo en el depósito de hielo adicional ubicado en el compartimiento del congelador. Durante el uso, el hielo puede caer de forma irregular lo que puede provocar una lectura errónea del nivel de cubitos de hielo y detener la elaboración de cubitos. Agitar el depósito de hielo para nivelar los cubitos que contiene puede reducir este problema.

**NOTA:** Almacenar latas u otros elementos en el depósito de hielo podría dañar la máquina de hielo.

Mantenga la puerta del compartimiento de hielo herméticamente cerrada. Si no se cierra herméticamente, el aire frío del depósito de hielo congelará los alimentos del compartimiento del refrigerador. Esto también podría provocar que la máquina deje de fabricar hielo.

**NOTA:** Se recomienda vaciar el recipiente para el hielo si el botón ON/OFF de la máquina de hielo del panel de control ha permanecido en la posición OFF durante un periodo prolongado de tiempo.



### ⚠ PRECAUCIÓN
Mientras manipule el depósito de hielo, mantenga las manos lejos del área de la bandeja de la máquina de hielo para evitar lesiones personales.

1. Tire o empuje de la manija de la puerta para abrir o cerrar el compartimiento de hielo.



2. Para sacar el depósito de hielo del interior de la puerta, agarre la manija delantera, levante ligeramente la parte inferior y despacio saque el depósito tal como se muestra.



3. Para volver a instalar el depósito de hielo del interior de la puerta, incline ligeramente el depósito al volver a colocarlo en su sitio para evitar el contacto con la máquina de hielo.



4. Evite tocar el apagado automático (brazo palpador) al colocar el recipiente del hielo. Consulte la etiqueta que hay en la puerta del compartimiento de hielo para obtener información más detallada.



Apagado automático (brazo palpador).

## MÁQUINA DE HIELO AUTOMÁTICA

El hielo se fabrica en la máquina de hielo automática y se envía al dispensador. El dispensador de hielo producirá 70-182 cubitos en un periodo de tiempo de 24 horas, en función de la temperatura del congelador, de la temperatura ambiente, del número de puerta abiertas y otras condiciones de funcionamiento.

- Un refrigerador recién instalado tardará entre 12 y 24 horas en empezar a fabricar hielo. Espere 72 horas para que comience la fabricación de hielo.

- La fabricación de hielo se detiene cuando se llena el depósito de hielo. En ese caso, el depósito de hielo contiene aproximadamente de 6 a 8 (12-16 oz o 340-455 cc) vasos de hielo.

- Las sustancias extrañas o la escarcha en apagado automático (brazo palpador) pueden interrumpir la producción. Para un correcto funcionamiento, asegúrese de que el brazo palpador esté limpio en todo momento.

- Para aumentar la producción de hielo, utilice la función Ultra Ice. Esta función aumenta las capacidades para fabricar hielo y para congelar.

---

### ⚠ ADVERTENCIA

**Riesgo de lesiones personales**

NO introduzca los dedos o las manos en el mecanismo de fabricación automática de hielo con el refrigerador enchufado.



Fábrica de Hielo

Apagado automático (brazo palpador).

## MÁQUINA DE HIELO AUTOMÁTICA (continuación)

### ⚠ PRECAUCIÓN

• La primera tanda de hielo y agua dispensada podría incluir partículas y olor procedente de la tubería de suministro de agua o del depósito de agua.

• Deseche las primeras tandas de hielo. Esto también es necesario si el refrigerador no se usa durante un largo período de tiempo.

• Nunca almacene latas de bebidas u otros artículos en el depósito de hielo con el propósito de que se enfríen rápidamente. Si lo hace, podría dañar la máquina de hielo o los contenedores podrían estallar.

• Si se dispensa hielo manchado, compruebe el filtro y el suministro de agua. Si el problema persiste, póngase en contacto con Sears u otro servicio técnico cualificado. No consuma el hielo ni el agua hasta que se resuelva el problema.

• No permita que los niños utilicen el dispensador. Los niños podrían jugar con los controles y romperlos.

• Si sólo se usa hielo picado, el conducto del hielo podría quedar bloqueado con escarcha. Para retirar la escarcha acumulada, desmonte el depósito de hielo y libere el conducto con una espátula de goma. La dispensación de hielo en cubitos también ayuda a evitar la formación de escarcha.

• Nunca use vasos de cristal fino o recipientes de loza para recoger hielo. Ese tipo de contenedores podrían descascarillarse o romperse, y podrían caer fragmentos de cristal al hielo.

• Dispense hielo en el vaso antes de rellenarlo con agua u otras bebidas. Si se dispensa hielo en un vaso que ya contiene líquido, pueden producirse salpicaduras.

• Nunca use un vaso que sea excesivamente estrecho o profundo. El hielo podría atascarse en el conducto de hielo y el rendimiento del refrigerador podría verse afectado.

• Mantenga el vaso a una distancia adecuada de la salida del hielo. Si sostiene el vaso demasiado cerca de la salida, puede impedir que se dispense el hielo.

• Para evitar lesiones personales, mantenga las manos lejos de la puerta y del conducto del hielo.

• Nunca retire la tapa del dispensador.

• Si de forma inesperada se dispensa hielo o agua, corte el suministro de agua y póngase en contacto con el servicio técnico doméstico de Sears en el número de teléfono at 1-800-4-MY HOME®.

## CUÁNDO APAGAR LA MÁQUINA DE HIELO

• Cuando el suministro de agua vaya a estar interrumpido durante varias horas.

• Cuando se retire el depósito de hielo durante más de uno o dos minutos.

• Cuando no se vaya a usar el refrigerador durante varios días.

   **NOTA:** El recipiente para el hielo deberá vaciarse siempre que se ponga en OFF el botón ON/OFF (encendido/apagado) de la máquina de hielo.

## SONIDOS NORMALES QUE SE PUEDEN ESCUCHAR

• Si el botón ENCENDIDO/APAGADO de la máquina de hielo se pone en ENCENDIDO, la válvula emitirá un zumbido incluso si la máquina de hielo no está conectada al agua. Para detener el zumbido, ponga el interruptor en APAGADO.

   **NOTA:** Si mantiene el botón ENCENDIDO/APAGADO de la máquina de hielo en ENCENDIDO antes de conectar el agua, la máquina podría dañarse.

• Oirá el sonido de los cubitos de hielo al caer en el depósito y el agua corriendo por las tuberías cuando se rellena la máquina de hielo.

## PREPARACIÓN PARA LAS VACACIONES

Ponga el botón ON/OFF de la máquina de hielo en OFF y cierre el suministro de agua al refrigerador.

**NOTA:** El recipiente para el hielo deberá vaciarse siempre que se ponga en OFF el botón ON/OFF

Si la temperatura ambiente cae por debajo del punto de congelación, póngase en contacto con un técnico cualificado para que purgue el sistema de suministro de agua para evitar graves daños materiales debidos a las inundaciones provocadas por la rotura de las tuberías o conexiones de agua.

## GUÍA PARA EL ALMACENAMIENTO DE ALIMENTOS

Envuelva o almacene los alimentos en el refrigerador dentro de materiales herméticos y antihumedad, a menos que se indique lo contrario. Esto evitará que el olor y sabor de los alimentos se transfiera por todo el refrigerador. Para productos con fecha de caducidad, compruebe el código de fecha para garantizar la frescura.

| Elementos | Cómo |
|---|---|
| **Mantequilla o margarina** | ► Conserve la mantequilla abierta en un plato cubierto o en un compartimiento cerrado. Cuando se almacena una cantidad extra, envuélvala en una bolsa para congelar y congélela. |
| **Queso** | ► Almacene en el envoltorio original hasta que esté listo para consumirlo. Una vez abierto, vuelva a envolverlo herméticamente en un envoltorio plástico o en papel de aluminio. |
| **Leche** | ► Limpie los cartones de leche. Para un mejor almacenamiento, coloque la leche en los estantes interiores y no en los estantes de la puerta. |
| **Huevos** | ► Almacénelos en el cartón original en un estante interior, no en un estante de la puerta. |
| **Fruta** | ► No lave ni pele la fruta hasta que ésta vaya a ser utilizada. Organice la fruta y consérvela en su contenedor original, en un cajón, o bien almacénela en una bolsa de papel completamente cerrada sobre un estante del refrigerador. |
| **Verdura con hoja** | ► Retire el envoltorio comercial y corte o arranque las zonas magulladas o decoloradas. Lave en agua fría y deje escurrir. Colóquela en una bolsa o un contenedor de plástico, y almacénela en el cajón para verduras. |
| **Vegetales con piel (zanahorias, pimientos)** | ► Colóquelos en una bolsa o un contenedor de plástico, y almacénelos en el cajón para verduras. |
| **Pescado** | ► Almacene el pescado y los mariscos frescos en el congelador si no van a ser consumidos el mismo día en que se los adquirió. Se recomienda consumir pescados y mariscos frescos el mismo día de haberlos adquirido. |
| **Sobras** | ► Cubra las sobras con un envoltorio plástico, papel de aluminio o dentro de contenedores de plástico con tapas herméticas. |

## ALMACENAMIENTO DE ALIMENTOS CONGELADOS

**NOTA:** Consulte una guía de congelación o un libro de cocina fiable para obtener más información sobre la forma de preparar los alimentos para su congelación o sobre los tiempos de almacenamiento de los alimentos congelados.

### Congelación

El congelador no congelará rápidamente una gran cantidad de alimentos. No coloque más alimentos sin congelar en el congelador que los que se congelarán en 24 horas (no más de 1 o 1,5 kg de alimento por cada 30 litros de espacio en el congelador). Deje suficiente espacio en el congelador para que el aire pueda circular entre los paquetes. Tenga cuidado de dejar suficiente espacio en la parte delantera para que se pueda cerrar la puerta herméticamente.

Los tiempos de almacenamiento variarán en función de la calidad y el tipo de alimento, el tipo de envase o envoltorio utilizado (si son herméticos y antihumedad) y la temperatura de almacenamiento. La aparición de cristales de hielo dentro de un paquete sellado es normal. Esto sólo significa que la humedad del alimento y del aire del interior del paquete se ha condensado, creando cristales de hielo.

**NOTA:** Deje que los alimentos calientes se enfríen a temperatura ambiente durante 30 minutos y, a continuación, empáquételos y congélelos. Enfriar alimentos calientes antes de congelarlos ahorra energía.

### Empaquetamiento

Una congelación correcta depende de un empaquetamiento adecuado. Cuando se cierra y sella el paquete, no debe dejar que entre ni salga aire ni humedad. Si eso sucede, es posible que el olor y el sabor de los alimentos se transfieran por todo el refrigerador y también se podrían resecar los alimentos congelados.

### Recomendaciones de empaquetamiento:
• Contenedores de plástico rígido con tapas herméticas
• Tarros de congelación / enlatado con lados rectos
• Papel de aluminio grueso
• Papel con revestimiento plástico
• Envoltorios plásticos no permeables
• Bolsas de plástico con autosellado y calidad específica apta para congelador

Siga las instrucciones del contenedor o paquete para unos métodos de congelación adecuados.

### No usar
• Envoltorios de pan
• Contenedores de plástico que no sean de polietileno
• Contenedores sin tapas herméticas
• Papel de cera o envoltorio para congelador revestidos de cera
• Envoltorio fino y semipermeable

⚠ **PRECAUCIÓN:** No almacene latas de bebidas o contenedores de comida de plástico en el compartimiento del congelador. Podrían romperse o estallar al congelarse.

# SECCIÓN REFRIGERADOR

### DISPENSADOR DE AGUA

Para dispensar agua fría, empuje el interruptor del dispensador con un vaso.

**NOTA:** El dispensador está equipado con una luz que se enciende cuando se activan los botones del dispensador.



Dispensador de interruptor

**Empuje**

Es posible que tras la dispensación se produzca un goteo. Mantenga el vaso bajo el dispensador durante unos segundos tras la dispensación para recoger todas las gotas.

⚠ **ADVERTENCIA:** No coloque los dedos encima de la abertura del conducto de hielo, podría sufrir lesiones de gravedad.

⚠ **PRECAUCIÓN:** No dispense hielo en vasos de cristal o porcelana fina, ya que podrían romperse.



**USO DEL REFRIGERADOR**

### ESTANTES DEL REFRIGERADOR

Los estantes del refrigerador son ajustables para satisfacer sus necesidades personales de almacenamiento. En función del modelo, los estantes pueden ser de vidrio o de rejilla metálica.

Organizar los estantes para que se ajusten a las diferentes alturas de los artículos hará que le resulte más fácil encontrar lo que busca. Con ello también reducirá el tiempo que permanece la puerta del refrigerador abierta y ahorrará energía.

**IMPORTANTE:** No limpie los estantes de vidrio con agua templada mientras aún están fríos. Los estantes podrían romperse si se ven expuestos a cambios repentinos de temperatura o a impactos.

**NOTA:** Los estantes de vidrio son pesados. Tenga especial cuidado en el momento de retirarlos.

### Organización de los estantes (Cantilever)

Retire los estantes de la posición de transporte y vuelva a colocar los estantes en la posición que desee.

> **Para retirar un estante:** incline la parte delantera del estante en dirección de ① y levántelo en la dirección de ②. Saque el estante.



**Para volver a instalar un estante:** incline la parte delantera del estante hacia arriba y guíe los ganchos del estante al interior de las ranuras a la altura deseada. A continuación, baje la parte delantera del estante de manera que los ganchos caigan en las ranuras.



⚠ **PRECAUCIÓN:** Asegúrese de que los estantes tienen ambos lados nivelados. De lo contrario, podría caerse el estante o derramarse los alimentos.

### Estante plegable

Para almacenar artículos más altos, como botellas o garrafas, empuje la mitad delantera del estante para que se deslice debajo de la mitad posterior del estante. Tire de la parte delantera del estante hacia usted para volver a tener un estante completo.



## CAJÓN CON CONTROL DE HUMEDAD

Los cajones para verduras mantienen el sabor y la frescura de la fruta y la verdura al permitir controlar fácilmente la humedad dentro del cajón.

Para controlar la cantidad de humedad en los cajones para verduras con sellado antihumedad, ajuste el control en cualquier posición entre **VEGETABLES** y **FRUIT**.

- **VEGETABLES** mantiene un aire húmedo en el cajón para un mejor almacenamiento de las verduras frescas y de hoja.

- **FRUIT** mantiene el aire húmedo fuera del cajón para un mejor almacenamiento de la fruta.



## DESMONTAJE DEL CAJÓN CON CONTROL DE HUMEDAD

1. Para desmontarlo, saque el cajón todo lo posible.

2. Levante la parte delantera del cajón para verduras y tire de él hacia fuera.



3. Para instalarlo, incline la parte delantera ligeramente hacia arriba, inserte el cajón en el marco y empuje hasta que encaje en su sitio.

### Para quitar el vidrio

1. Levante el vidrio situado bajo la tapa del cajón para verduras.

2. Tire del vidrio hacia arriba y hacia fuera.

**NOTA:** Para mayor claridad, no se muestra el cajón.



## CAJÓN DESPENSERO CON CONTROL DE TEMPERATURA

El **Cajón despensero con control de temperatura proporciona** espacio de almacenamiento con un control de temperatura variable que permite mantener el compartimiento más frío que la sección del refrigerador. Este cajón se puede usar para grandes bandejas de fiesta, artículos de charcutería y bebidas. (Este cajón no se debe usar para verduras que requieran un alto nivel de humedad.)

Pulse el botón para elegir entre Meat (carne), Deli (charcutería) y Produce (Productos cocinados).



⚠ **PRECAUCIÓN:** No guarde botellas de vidrio en la despensa. Si se congelan, pueden romperse y causarle lesiones.

## BANDEJAS DE LA PUERTA

Las bandejas de la puerta son extraíbles para facilitar su limpieza y ajuste.

1. Para desmontar la bandeja, simplemente levántela hacia arriba y tire de ella hacia fuera.

2. Para volver a colocar la bandeja, deslícela por encima del soporte deseado y empuje hacia abajo hasta que encaje en su sitio.

**NOTA:** Algunas bandejas tienen una apariencia diferente y sólo encajarán en una ubicación.

⚠ **PRECAUCIÓN:** No llene o envase en exceso los alimentos en los compartimentos de la puerta. Podría dañar el compartimento o sufrir lesiones personales al retirar los alimentos aplicando una fuerza excesiva.



**USO DEL REFRIGERADOR**

## REEMPLAZO DEL FILTRO DE AIRE

Se recomienda reemplazar el filtro de aire:

- Aproximadamente cada seis meses.
- Cuando se encienda la luz CHANGE AIR FILTER (Cambiar filtro de aire).



### 1. Extraiga el filtro viejo

Gire la tapa del filtro hacia la izquierda para separarlo de la pared del refrigerador. El filtro se ubica en la parte interior de la tapa del filtro. Quite el filtro de la tapa y reemplácelo con uno nuevo.



### 2. Instale un nuevo filtro de aire.

Coloque un filtro nuevo dentro de la tapa con el lateral que dice "Frente" mirando hacia afuera. Gire el filtro hacia la derecha para sujetarlo a la pared del refrigerador.



Luego de cambiar el filtro, mantenga pulsado el botón Air Filter durante tres segundos para restablecer el sensor del filtro.

**NOTA:** Para adquirir un filtro de aire de reemplazo, diríjase a cualquier tienda Sears, o comuníquese al teléfono 1-800-4-MY-HOME®. También puede hacer el pedido en línea en www.sears.com/partsdirect

## SECCIÓN CONGELADOR

### DEPÓSITO DE HIELO ADICIONAL

1. Tire del cajón congelador y el cajón extraíble lo máximo posible para retirar el depósito de hielo adicional.

2. Con cuidado levante y saque el depósito de hielo.

3. Para volver a colocarlo, tire de los dos cajones lo máximo posible y ponga el depósito en su posición correcta en el cajón extraíble. Cierre el cajón extraíble y, después, el cajón del congelador.



Cajón extraíble

Depósito de hielo adicional

⚠ **PRECAUCIÓN:** Peligro de pinzamiento. Mantenga las manos y pies lejos de la parte inferior del cajón del congelador al abrir y al cerrar.

## CAJÓN EXTRAÍBLE

### Cajón superior

1. Para quitar el filtro, jale la gaveta en toda su extensión. En el riel izquierdo, empuje con un desarmador de punta plana la lengüeta para liberar la gaveta del riel, como se ilustra a continuación. Una vez que esté liberado el lado izquierdo, empuje la lengüeta del lado derecho con el dedo para liberar la gaveta. Levante la parte delantera de la gaveta y luego jálela hacia afuera.



2. Para volver a colocarla, incline levemente hacia arriba la parte delantera de la gaveta, inserte la gaveta en el marco y empújela en su lugar hasta que escuche un clic.



### Cajón medio

1. Para extraer el cajón, tírelo completamente hacia afuera. Levante el frente del cajón, y tire del mismo directamente hacia afuera.



2. Para volver a colocarlo, incline la parte delantera del cajón ligeramente hacia arriba, inserte el cajón en el marco y empuje hasta que encaje en su sitio.



## DURABASE

1. Para desmontar el Durabase, empújelo hacia atrás todo lo posible. Incline hacia arriba la parte delantera del Durabase y tire de él hacia fuera.

2. Para volver a colocarlo, inserte el Durabase en la estructura de rieles.



## DIVISOR DURABASE

El divisor Durabase le permite organizar el área Durabase en secciones. Se puede ajustar de lado a lado para alojar artículos de diferentes tamaños.



⚠ **ADVERTENCIA:** Si se retira el divisor Durabase, habrá suficiente espacio abierto para que un niño o una mascota puedan gatear hasta el interior.
Para evitar el atrapamiento accidental de un niño o una mascota y el posible riesgo de asfixia, NO permita que niños y mascotas toquen ni se acerquen al cajón.

# FILTRO DE AGUA

## FILTRO DE AGUA



Se recomienda reemplazar el filtro de agua:

- Aproximadamente cada 6 meses.
- Cuando el indicador del filtro del agua se encienda.
- Cuando disminuya el caudal del dispensador de agua.
- Cuando los cubitos de hielo sean más pequeños de lo normal.



### Antes de sustituir el filtro de agua:

Si el estante superior, situado debajo del filtro de agua, está en la posición más alta, se necesitará retirar el mismo antes de sustituir el filtro de agua.

Para retirar cualquier estante - Levante el frente del estante ① y tire hacia arriba ②. Saque el estante.



### 1. Quite el antiguo filtro de agua.

- Baje o desmonte el estante superior izquierdo para permitir que el filtro de agua pueda girar hacia abajo totalmente.
- Pulse el botón de presión para abrir la tapa del filtro de agua.



**NOTA:** Al reemplazar el filtro de agua se drena una pequeña cantidad de agua (unos 25 cc). Coloque un vaso debajo de la parte delantera de la tapa del filtro de agua para recoger el agua que se escape. Sostenga el filtro de agua en posición vertical, una vez retirado, para evitar que el agua residual se salga del filtro de agua.

- Tire del filtro de agua hacia abajo y sáquelo.



### 2. Reemplácelo con un filtro de agua nuevo.

- Saque el nuevo filtro de agua de su envoltorio y retire la tapa protectora de las juntas tóricas. Con las pestañas del filtro de agua en posición horizontal, empuje el nuevo filtro de agua en el orificio del colector hasta que haga tope.



- Gire el filtro de agua hacia arriba hasta colocarlo en su sitio y cierre la tapa. La tapa hará "clic" cuando se cierre correctamente.



3. Después de reemplazar el filtro de agua, dispense 9 litros de agua (deje correr el agua durante unos 5 minutos) para purgar el aire atrapado y los contaminantes del sistema; no dispense los 9 litros de agua de manera continua. Pulse y suelte el botón del dispensador en ciclos de 30 segundos ON y 60 segundos OFF.

### 4. Tapón de derivación del filtro de agua

Conserve el tapón de derivación del filtro de agua. DEBE usar el tapón de derivación del filtro cuando no disponga de un cartucho de filtro de agua de repuesto.



Water Filter Bypass Plug

⚠ **PRECAUCIÓN:** NO ponga en marcha el frigorífico sin tener un filtro de agua o un tapón de derivación del filtro de agua instalado.

**NOTA:** Para comprar un filtro de agua de repuesto, visite su establecimiento Sears o llame al número de teléfono 1-800-4-MY-HOME®. También lo puede pedir por Internet en www.sears.com/partsdirect.

## Hoja de datos de rendimiento

Utilice un recambio de cartucho: 04609690000P

La concentración de las sustancias indicadas en el agua que entra al sistema se redujo a una concentración inferior o igual al límite permisible para el agua que sale del sistema tal como se especifica en las normas 42 y 53 de NSF/ANSI.

 Sistema probado y certificado por NSF International conforme a las normas 42 y 53 de NSF/ANSI para la reducción de las sustancias que se enumeran a continuación.

| Reducción de contaminantes | Concentración promedio | Concentración objetivo en agua | % medio de reducción | Concentración permisible del producto en agua | Concentración máxima permisible del producto en agua | Requisitos de reducción de NSF | Informe de pruebas de NSF |
|---|---|---|---|---|---|---|---|
| Olor y sabor a cloro | 2,1 mg/L | 2,0 mg/L ± 10% | 97,2% | 0,06 mg/L | N/D | ≥ 50% | J-00049247 |
| Partículas nominales (Clase I), ≥0,5 to < 1,0 μm | 5,600,000 pts/mL | Como mínimo 10.000 partículas/mL | 98,7% | 73.000 pts/ml | N/D | ≥85% | J-00049282 |
| Amianto | 190 MFL | 107 a 108 MFL; fibras mayores de 10 μm de longitud | >99% | < 1 MFL | N/D | ≥99% | J-0004928 |
| Atracina | 0,0094 mg/L | 0,009 mg/L ± 10% | 94,7% | 0,00005 mg/L | 0,003 mg/L | N/D | J-00049293 |
| Benceno | 0,016 mg/L | 0,015 mg/L ± 10% | 96,7% | 0,005 mg/L | 0,005 mg/L | N/D | J-00049300 |
| Carbofurano | 0,08 mg/L | 0,08 mg/L ± 10% | 98,1% | 0,002 mg/L | 0,04 mg/L | N/D | J-00049294 |
| Lindano | 0,002 mg/L | 0,002 mg/L ± 10% | 98,2% | 0,00004 mg/L | 0,0002 mg/L | N/D | J-00051975 |
| P-Diclorobenceno | 0,22 mg/L | 0,225 mg/L ± 10% | 99,8% | 0,0005 mg/L | 0,075 mg/L | N/D | J-00049298 |
| Toxafeno | 0,014 mg/L | 0,015 mg/L ± 10% | 93% | 0,001 mg/L | 0,003 mg/L | N/D | J-00049302 |
| 2,4-D | 0,213 mg/L | 0,210 mg/L ± 10% | 95,2% | 0,009 mg/L | 0,07 mg/L | N/D | J-00049284 |
| Plomo con pH 6,5 | 0,150 mg/L | 0,15 mg/L ± 10% | >99,3% | 0,001 mg/L | 0,010 mg/L | N/D | J-00051974 |
| Plomo con pH 8,5 | 0,150 mg/L | 0,15 mg/L ± 10% | >99,3% | 0,001 mg/L | 0,010 mg/L | N/D | J-00049277 |
| Mercurio con pH 6,5 | 0,0059 mg/L | 0,006 mg/L ± 10% | 96,1 | 0,0002 mg/L | 0,002 mg/L | N/D | J-00053886 |
| Mercurio con pH 8,5 | 0,0058 mg/L | 0,006 mg/L ± 10% | 90,1 | 0,0006 mg/L | 0,002 mg/L | N/D | J-00051972 |
| Quiste* | 120.000 quistes/L | Mínimo 50.000 quistes/L | 99,99% | <1 quiste/L | N/D | ≥99,95% | J-00049281 |

* Basado en el uso de ooquistes de Cryptosporidium parvum

**FILTRO DE AGUA**

| Directrices de aplicación/Parámetros del suministro de agua | |
|---|---|
| Flujo de servicio | 1,9 lpm (0,5 gpm) |
| Suministro de agua | Agua potable |
| Presión del agua | 138 - 827 kPa (20-120 psi) |
| Temperatura del agua | 0,6 °C - 38 °C (33 °F - 100 °F) |

Es esencial respetar los requisitos recomendados por el fabricante para la instalación, mantenimiento y reemplazo del filtro de agua para que el producto se comporte de la forma indicada.

**NOTA:** Las pruebas se realizan en condiciones estándar de laboratorio, por lo que el rendimiento real puede variar.

Para obtener información sobre los costes estimados de los elementos de repuesto, llame al número de teléfono 1-800-469-4663 o visite nuestro sitio web en www.sears.com/partsdirect

3M es una marca comercial de 3M Company.
NSF es una marca comercial de NSF International.
© 2009 3M Company. Reservados todos los derechos.

## ⚠ ADVERTENCIA

**Para reducir el riesgo asociado a la ingestión de contaminantes: No utilice agua que no sea segura microbiológicamente o cuya calidad se desconozca sin una desinfección adecuada antes o después del sistema.** Los sistemas certificados para la reducción de quistes puede utilizarse en aguas desinfectadas que puedan contener quistes filtrables. Número de establecimiento de 10350-MN-005

## ⚠ PRECAUCIÓN

**Para reducir el riesgo asociado con daños materiales debidos a fugas de agua:**

- **Lea y cumpla** las instrucciones de uso del filtro de agua antes de la instalación y uso de este sistema.

- La instalación y uso **DEBE** cumplir con todas las normativas de fontanería estatales y locales.

- **No** instalar si la presión del agua excede los 120 psi (827 kPa). Póngase en contacto con un fontanero profesional si no está seguro de cómo comprobar la presión del agua.

- **No** instalar en sistemas donde se pueda producir el efecto de golpe de ariete. Si existe una situación de golpe de ariete en la instalación, debe instalar un amortiguador de golpe de ariete. Póngase en contacto con un fontanero profesional si no está seguro de cómo comprobar esta situación.

- **No** instalar en tuberías de suministro de agua caliente. La temperatura máxima de funcionamiento del agua de este sistema de filtrado de agua es de 38 °C (100 °F).

- **Proteja el filtro de agua de la congelación.** No use el frigorífico en condiciones ambientales por debajo de los 13 °C (55 °F). Drene el filtro de agua cuando almacene la unidad en temperaturas inferiores a los 4,4 °C (40 °F).

- El filtro de agua desechable se debe reemplazar cada seis meses, a la capacidad nominal, o si se produce una significativa reducción del flujo.

State of California
Department of Public Health

# Water Treatment Device
## Certificate Number
## 09 - 2019

Date Issued:  December 15, 2009

**Manufacturer:**  Sears Roebuck and Co.

**The water treatment device(s) listed on this certificate have met the testing requirements pursuant to Section 116830 of the Health and Safety Code for the following health related contaminants:**

### Microbiological Contaminants and Turbidity

Cysts

### Inorganic/Radiological Contaminants

Asbestos

Lead

Mercury

### Organic Contaminants

2,4-D Reduction

Atrazine

Benzene

Carbofuran

Lindane

p-Dichlorobenzene

Toxaphene

**Rated Service Capacity:** 200 gal

**Rated Service Flow:**  0.5 gpm

**Conditions of Certification:**

# CUIDADO Y LIMPIEZA



## ⚠ ADVERTENCIA

### Riesgo de explosión

Use un limpiador no inflamable. Si no se respeta esta advertencia, existe peligro de explosión, incendio o muerte.

Tanto las secciones refrigerador como congelador se descongelan de forma automática; sin embargo, se recomienda limpiar ambas secciones una vez al mes para evitar la aparición de olores. Seque los derrames inmediatamente.

## SUGERENCIAS GENERALES DE LIMPIEZA

- Desenchufe el refrigerador o desconecte la alimentación.
- Retire todos los componentes extraíbles, como estantes, cajones, etc. Consulte las secciones en **Uso del refrigerador** para obtener instrucciones acerca del desmontaje.
- Use una esponja limpia o un trapo suave, junto con un detergente suave en agua templada. No utilice limpiadores abrasivos o agresivos.
- Lave a mano, aclare y seque todas las superficies a fondo.
- Enchufe el refrigerador o vuelva a conectar la corriente.

## EXTERIOR

El encerado de las superficies metálicas pintadas externas proporciona una protección contra el óxido. No encere las piezas de plástico. Encere las superficies metálicas pintadas al menos dos veces al año con cera para electrodomésticos (o cera en pasta para coches). Aplique la cera con un trapo suave y limpio.

Para productos con un exterior en acero inoxidable, use una esponja limpia o un trapo suave, junto con un detergente suave en agua templada. No utilice limpiadores abrasivos o agresivos. Seque a fondo con un trapo suave.

## PAREDES INTERIORES (deje que el congelador se caliente para que el trapo no se quede pegado)

Para ayudarle a eliminar los olores, puede lavar el interior del refrigerador con una mezcla de bicarbonato sódico y agua templada. Mezcle 2 cucharadas soperas de bicarbonato sódico (unos 26 g) en 1 litro de agua. Asegúrese de que el bicarbonato sódico esté completamente disuelto para que no raye las superficies del refrigerador.

⚠ **PRECAUCIÓN:** Cuando esté limpiando el interior, no pulverice agua.

## REVESTIMIENTO DE LAS PUERTAS Y JUNTAS

Use una esponja limpia o un trapo suave, junto con un detergente suave en agua templada. No utilice ceras de limpieza, detergentes concentrados, lejías ni limpiadores que contengan petróleo en las piezas del refrigerador que son de plástico.

## PIEZAS DE PLÁSTICO (tapas y paneles)

Use una esponja limpia o un trapo suave, junto con un detergente suave en agua templada. No utilice sprays para ventanas, limpiadores abrasivos ni líquidos inflamables, ya que pueden arañar o dañar el material.

## BOBINAS DEL CONDENSADOR



Use un aspirador con un accesorio para limpiar las bobinas del condensador y las rejillas de ventilación. No retire el panel que cubre el área de las bobinas del condensador.

## SUSTITUCIÓN DE LA BOMBILLA

> ## ⚠ ADVERTENCIA
>
> ### Riesgo de descargas eléctricas
>
> Antes de reemplazar la bombilla de un compartimento, desenchufe el refrigerado o corte la corriente en el disyuntor o en la caja de fusibles.

**NOTA:** La lámpara del compartimento del refrigerador es una iluminación interior mediante LEDs por lo que el mantenimiento deberá ser realizado por un técnico cualificado.

### INTERRUPCIONES DE ALIMENTACIÓN

1. Si la interrupción de la corriente durará 24 horas o menos, mantenga todas las puertas del refrigerador cerradas para que los alimentos permanezcan fríos y congelados.

2. Si la interrupción de la corriente durará más de 24 horas, saque todos los alimentos congelados y almacénelos en un arcón congelador.

### CUANDO SE VA DE VACACIONES

**Si decide dejar encendido el refrigerador mientras está fuera,** siga estos pasos para preparar el refrigerador antes de irse.

1. Consuma los alimentos perecederos y congele los demás.

2. Apague la máquina de hielo y vacíe el depósito de hielo.

**Si decide apagar el refrigerador antes de partir,** siga estos pasos.

1. Saque todos los alimentos del refrigerador.

2. En función del modelo, ajuste el control del termostato (control del refrigerador) en OFF. **Consulte la sección Ajuste de los controles.**

3. Limpie el refrigerador y séquelo a fondo.

4. Con cinta adhesiva, coloque bloques de madera o goma en la parte superior de ambas puertas para mantenerlas lo suficientemente abiertas para que pueda pasar el aire. Esto evitará la aparición de moho y malos olores.

### CUANDO SE MUDA

Cuando vaya a trasladar su refrigerador a una nueva casa, siga estos pasos para prepararlo para la mudanza.

1. Saque todos los alimentos del refrigerador y empaquete todos los alimentos congelados en hielo seco.

2. Desenchufe el refrigerador.

3. Lávelo y séquelo a fondo.

4. Retire todos los componentes extraíbles, envuélvalos bien y, con cinta adhesiva, embálelos juntos para que no se muevan ni traqueteen durante la mudanza. Consulte la sección **Uso del refrigerador** para obtener instrucciones sobre componentes extraíbles.

5. En función del modelo, levante la parte delantera del refrigerador para que ruede con más facilidad O BIEN atornille los pies de nivelación para que no rayen el suelo. Consulte la sección **Cierre de las puertas.**

6. Use cinta adhesiva para mantener las puertas cerradas y para pegar el cable de alimentación al cuerpo del refrigerador.

Cuando llegue a su nueva casa, vuelva a colocar todo en su sitio y consulte la sección **Instalación del refrigerador** para obtener las instrucciones de preparación.

# CONEXIÓN DE LA TUBERÍA DE AGUA

## ANTES DE EMPEZAR

Esta instalación de la tubería de agua no está cubierta por la garantía del refrigerador. Siga estas instrucciones con cuidado para minimizar el riesgo de costosos daños debidos al agua.

El golpe de ariete (golpeteo del agua en las tuberías) en la fontanería de la casa podría dañar componentes del refrigerador y provocar una fuga o una inundación de agua. Llame a un fontanero cualificado para resolver el golpe de ariete antes de instalar la tubería de suministro de agua en el refrigerador.

⚠ **PRECAUCIÓN:** Para evitar quemaduras y daños en el producto, conecte sólamente el tubo de agua del refrigerador a un suministro de agua fría.

Si utiliza el refrigerador antes de la conexión al suministro de agua, asegúrese de apagar la máquina de hielo en el panel de control.

⚠ **PRECAUCIÓN:** No instale la tubería de la máquina de hielo en zonas donde las temperaturas descienden por debajo del punto de congelación.

## PRESIÓN DEL AGUA

**Un suministro de agua fría.** La presión del agua debe estar entre los 20 y los 120 psi. Si el refrigerador se instala en un área con baja presión de agua (menos de 20 psi), se puede instalar una bomba de carga para compensar la baja presión.

Si se conecta un **sistema de filtración de agua de ósmosis inversa** al suministro de agua fría, esta instalación de la tubería de agua no está cubierta por la garantía del refrigerador. Siga estas instrucciones con cuidado para minimizar el riesgo de costosos daños debidos al agua.

Si se conecta un **sistema de filtración de agua de ósmosis inversa** al suministro de agua fría, la presión de agua del sistema de ósmosis inversa debe ser como mínimo de entre 40 y 60 psi (276-414 kPa o 2,8-4,2 kgf/cm², menos de 2-3 s para llenar un vaso de 7 oz o 198 cc de capacidad).

Si la presión del agua del sistema de ósmosis inversa es inferior a 20 psi o 138 kPa o 1,4 kgf/cm² (se necesitan más de 4 se para llenar un vaso de 7 oz o 198 cc de capacidad):

- Compruebe si el filtro de sedimentos del sistema de ósmosis inversa está bloqueado. Reemplace el filtro si es necesario.

- Después de un uso intensivo, déle tiempo al depósito de almacenamiento del sistema de ósmosis inversa para que se llene.

- Si el problema relacionado con la presión de agua procedente de la ósmosis inversa persiste, llame a un fontanero cualificado.

- Todas las instalaciones deben realizarse conforme a los requisitos de los códigos locales de fontanería.

⚠ **PRECAUCIÓN:** Use gafas protectoras durante la instalación para evitar lesiones.

## QUÉ NECESITARÁ

- **Tubería de cobre,** de $\frac{1}{4}$ de pulgada de diámetro, para conectar el refrigerador al suministro de agua. Asegúrese de que ambos extremos de la tubería están cortados a escuadra.



- Para determinar la cantidad de tubería que necesita: mida la distancia desde la válvula de agua situada en la parte posterior del refrigerador a la tubería del suministro de agua. A continuación, súmele 2,4 metros (8 pies). Asegúrese de que haya suficiente tubería adicional (aproximadamente 2,4 metros [8 pies] enrollada en 3 vueltas de unos 25 cm [10 pulg.] de diámetro) para permitir que se pueda despegar el refrigerador de la pared después de la instalación.

- **Taladro eléctrico.**

- **Llave de ½ pulg. o una llave inglesa.**

- **Destornilladores de punta plana y de estrella.**

- **Dos tuercas de compresión con un diámetro exterior de ¼ de pulg. y 2 abrazaderas** para unir el tubo de cobre a la válvula de corte y a la válvula de agua del refrigerador.



- Si la tubería de agua de cobre existente tiene una conexión abocinada en el extremo, necesitará un **adaptador** (disponible en cualquier ferretería) para conectar la tubería de agua al refrigerador O puede cortar la conexión abocinada con un cortatubos y, a continuación, usar una tuerca de unión.

- **Una válvula de corte para conectar a la tubería de agua fría.** La válvula de corte deberá tener una entrada de agua con un diámetro interior mínimo de $\frac{5}{32}$ pulg. en el punto de conexión con la TUBERÍA DE AGUA FRÍA. Las válvulas de corte de montura se incluyen en muchos kits de suministros de agua. Antes de comprarla, asegúrese de que la válvula de montura cumple con los códigos locales de fontanería.

**NOTA:** No se debe usar una válvula de agua de tipo de montura autoperforante.

---

## ⚠ ADVERTENCIA

### Riesgo de descargas eléctricas

Si usa un dispositivo eléctrico (como un taladro) durante la instalación, asegúrese de que esté alimentado por batería y que tenga doble aislamiento o que esté correctamente conectado a tierra de manera que evite el riesgo de una descarga eléctrica.

# INSTRUCCIONES DE INSTALACIÓN

Instale la válvula de corte cerca de la tubería de agua potable que más se usa.

### 1. CORTE EL SUMINISTRO DE AGUA PRINCIPAL
Abra el grifo más cercano para liberar la presión de la línea.

### 2. ELIJA LA UBICACIÓN DE LA VÁLVULA
Elija una ubicación para la válvula a la que se pueda acceder fácilmente. Es mejor conectarla en el lateral de una tubería de agua vertical. Cuando sea necesario conectarla en una tubería de agua horizontal, realice la conexión en la parte superior o lateral, en lugar de conectarla a la parte inferior, para evitar la acumulación de sedimentos de la tubería de agua.



### 3. TALADRE EL ORIFICIO PARA LA VÁLVULA
Taladre un orificio de ¼ pulg. en la tubería de agua mediante una punta afilada. Quite todas las rebabas resultantes de taladrar el orificio en la tubería. Tenga cuidado de que no caiga agua en el taladro. Si no se taladra un orificio de ¼ de pulg., podría verse reducida la producción de hielo y el tamaño de los cubitos.



**NOTA:** La tubería de conexión no puede ser una tubería blanca de plástico. Los fontaneros profesionales solo pueden utilizar tuberías de cobre (tuberías NDA #49595 o #49599) o tuberías de Polietileno Reticular (PEX).

### 4. FIJE LA VÁLVULA DE CORTE
Fije la válvula de corte a la tubería de agua fría con la abrazadera para tubos.



Abrazadera para tubos

Válvula de corte de montura

Tubería de agua fría vertical

**NOTA:** Se deben cumplir los códigos de fontanería 248CMR del Estado de Massachusetts. Las válvulas de montura son ilegales y no se permite su uso en Massachusetts. Consulte a su fontanero autorizado.

### 5. APRIETE LA ABRAZADERA PARA TUBOS
Apriete los tornillos de la abrazadera para tubos hasta que la arandela de sellado comience a hincharse.

**NOTA:** Tenga cuidado de no sobreapretar la abrazadera, ya que podría romper la tubería.



Arandela

Abrazadera para tubos

Extremo de entrada

Tornillo de la abrazadera

### 6. ENCAMINE LA TUBERÍA
Encamine la tubería entre la tubería de agua fría y el refrigerador.

Encamine la tubería a través de un orificio taladrado en la pared o suelo (detrás del refrigerador o junto a la base del aparato) lo más cerca de la pared que sea posible.

**NOTA:** Asegúrese de que haya suficiente tubería adicional (aproximadamente 2,4 metros enrollada en 3 vueltas de unos 25 cm diámetro) para permitir que se pueda despegar el refrigerador de la pared después de la instalación.

### 7. CONECTE LA TUBERÍA A LA VÁLVULA
Coloque la tuerca de compresión y la abrazadera para la tubería de cobre en el extremo de la tubería y conéctela a la válvula de corte. Asegúrese de que la tubería está completamente insertada en la válvula. Apriete la tuerca de compresión con fuerza.



Válvula de corte de montura

Tuerca de compresión

Tuerca prensaestopas

Válvula de salida

Guarnición (manguito)

**NOTA:** Se deben cumplir los códigos de fontanería 248CMR del Estado de Massachusetts. Las válvulas de montura son ilegales y no se permite su uso en Massachusetts. Consulte a su fontanero autorizado.

**8. ACLARE EL INTERIOR DE LA TUBERÍA**

Active el suministro de agua principal y deje correr el agua por la tubería hasta que salga agua limpia.

Corte la válvula de agua después de que haya pasado aproximadamente un litro de agua a través de la tubería.



**9. CONECTE LA TUBERÍA AL REFRIGERADOR**

## ⚠ ADVERTENCIA

Antes de realizar la conexión al refrigerador, asegúrese de que el cable de alimentación del refrigerador no está enchufado a la toma de corriente.

**1.** Retire la tapa de plástico flexible de la válvula de agua.

**2.** Coloque la tuerca de compresión y la guarnición (manguito) en el extremo del tubo tal como se muestra en la imagen.

**3.** Inserte el extremo de la tubería de cobre en la conexión todo lo que pueda. Mientras sujeta la tubería, apriete el adaptador.



Abrazadera de tubería

Tubería de ¼ de pulg.

Tuerca de compresión de ¼ de pulg.

Guarnición (manguito)

Conexión del refrigerador

**10. ABRA EL PASO DE AGUA EN LA VÁLVULA DE CORTE**

Apriete las conexiones que goteen.



⚠ **PRECAUCIÓN:** Compruebe si hay fugas en las conexiones de las tuberías de agua.

**11. ENCHUFE EL REFRIGERADOR**

Disponga la bobina de tubería de tal manera que no vibre contra la parte posterior del refrigerador ni contra la pared. Empuje el refrigerador hacia la pared.



**12. ENCIENDA LA MÁQUINA DE HIELO**

Encienda la máquina de hielo en el panel de control.

La máquina de hielo no comenzará a funcionar hasta que no alcance su temperatura de funcionamiento de −9 °C (15 °F) o menos. Se pondrá en funcionamiento automáticamente si se ha puesto en ON el botón de la máquina de hielo.

# GUÍA DE SOLUCIÓN DE PROBLEMAS

Before conducting troubleshooting, make sure that the following basic requirements are met:

| | |
|---|---|
| Flujo de servicio | 1,9 lpm (0,5 gpm) |
| Suministro de agua | Agua potable |
| Presión del agua | 138 - 827 kPa (20-120 psi) |
| Límites de temperatura ambiente para el funcionamiento | 55°F - 110°F |
| Especificaciones eléctricas | 115 voltios, 60 Hz, AC únicamente, y fusionado a 15 o 20 amperios. |

## ENFRIADO

| Problema | Causas posibles | Solutions |
|---|---|---|
| Las secciones del refrigerador y del congelador no enfrían. | El control del refrigerador está en la posición OFF (en algunos modelos). | Encienda el control. Consulte la sección Ajuste de los controles para obtener información acerca de los ajustes correctos de temperatura. |
| | El refrigerador está en Demo Mode (Modo Demostración). | El Modo demostración permite que las luces y la pantalla de control funcionen con normalidad, si bien el sistema de refrigeración está deshabilitado para ahorrar energía, mientras el electrodoméstico está en la planta de exposición del establecimiento comercial. Consulte la sección Ajuste de los controles para obtener instrucciones sobre cómo desactivar el Modo Demostración. |
| | El refrigerador está en el ciclo de descongelación. | Durante el ciclo de descongelación, la temperatura de cada compartimiento puede aumentar ligeramente. Espere 30 minutos y una vez que se haya completado el ciclo de descongelación, verifique que la temperatura correcta se haya restablecido. |
| | El refrigerador se instaló recientemente. | Puede tomar hasta 24 horas para que cada compartimiento alcance la temperatura deseada. |
| | El refrigerador se trasladó recientemente. | Si el refrigerador estuvo fuera de uso por mucho tiempo, o si estuvo guardado de costado, es necesario que se lo posicione de manera vertical por 24 horas antes de conectarlo a la energía eléctrica. |
| El sistema de enfriado funciona por demasiado tiempo. | El refrigerador ha reemplazado a un modelo más antiguo. | Los refrigeradores modernos requieren más tiempo de funcionamiento pero consumen menos energía gracias a una tecnología más eficiente. |
| | El refrigerador se acaba de enchufar o la electricidad se acaba de restablecer. | El refrigerador puede tardar hasta 24 horas en enfriarse completamente. |
| | La puerta se abre a menudo o se acaba de introducir una gran cantidad de alimentos/ alimentos calientes. | Cuando se introducen alimentos o se abren las puertas, aumenta la temperatura del refrigerador, lo que obliga al compresor a funcionar por más tiempo para volver a enfriar el refrigerador. Para ahorrar energía, intente sacar todo lo que necesite del refrigerador de una sola vez, mantenga los alimentos organizados para que resulte fácil encontrarlos, y cierre la puerta en cuanto saque el alimento. (Consulte la Guía para el almacenamiento de alimentos). |
| | Las puertas no están completamente cerradas. | Empuje firmemente para cerrar las puertas. Si éstas no se cierran por completo, consulte el apartado "Las puertas no se cierran completamente o quedan abiertas en la sección Componentes y Características de la Guía de resolución de problemas. |
| | El refrigerador está instalado en un lugar caluroso. | El compresor funcionará por más tiempo en condiciones calurosas. A temperaturas ambiente normales (21 °C), el compresor debería funcionar entre el 40% y el 80% del tiempo. En condiciones más calurosas, sería esperable que funcionara incluso más a menudo. No se debería usar el refrigerador si la temperatura supera los 43°C. |
| | La tapa posterior/ el condensador está obstruida/o. | Use un aspirador con un accesorio para limpiar las bobinas del condensador y las rejillas de ventilación. No retire el panel que cubre el área de las bobinas del condensador. |

## ENFRIADO

| Problema | Causas posibles | Solutions |
|---|---|---|
| La sección del REFRIGERADOR o del CONGELADOR está demasiado caliente. | El refrigerador se instaló recientemente. | Puede tomar hasta 24 horas para que cada compartimiento alcance la temperatura deseada. |
| | Los conductos de ventilación del aire están bloqueados. | Reorganice los artículos dentro del electrodoméstico para permitir que el aire fluya a través del compartimiento. Consulte el diagrama de Flujo de aire en la sección Uso del refrigerador. |
| | Las puertas se abren a menudo o por largos períodos de tiempo. | Cada vez que las puertas se abren a menudo o por largos períodos de tiempo, ingresa aire caliente y húmedo al compartimiento. Esto aumenta la temperatura y el nivel de humedad dentro de compartimiento. Para disminuir el efecto, reduzca la frecuencia y duración de apertura de la puerta. |
| | La unidad está instalada en un lugar caluroso. | No se debería usar el refrigerador si la temperatura supera los 43°C (110°F). |
| | Se agregó una gran cantidad de alimentos o alimentos calientes al alguno de los compartimientos. | Agregar alimentos calienta el compartimiento, con lo cual se necesita que el sistema de enfriado comience a funcionar. Dejar que la comida caliente se enfríe a temperatura ambiente antes de ponerla en el refrigerador reducirá dicho efecto. |
| | Las puertas no cierran correctamente. | Consulte el apartado "Las puertas no se cierran completamente o quedan abiertas" en la sección Componentes y Características de la Guía de resolución de problemas. |
| | El control de temperatura no es el adecuado. | Si la temperatura no está lo suficientemente fría, ajuste el control de a un punto a la vez y espere a que la temperatura se estabilice. Consulte la sección Ajuste de los controles para obtener mayor información. |
| | El ciclo de descongelación se ha completado recientemente. | Durante el ciclo de descongelación, la temperatura de cada compartimiento puede aumentar ligeramente y se puede formar condensación en la pared trasera. Espere 30 minutos y una vez que se haya completado el ciclo de descongelación, verifique que la temperatura correcta se haya restablecido. |
| Acumulación de humedad en el interior | Las puertas se abren seguido o por largos períodos de tiempo. | Cada vez que las puertas se abren seguido o por largos períodos de tiempo, ingresa aire caliente y húmedo al compartimiento. Esto aumenta la temperatura y el nivel de humedad dentro de compartimiento. Para disminuir el efecto, reduzca la frecuencia y duración de apertura de la puerta. |
| | Las puertas no cierran correctamente. | Consulte el apartado "Las puertas no se cierran correctamente" en la sección Guía para la solución de problemas. |
| | El clima es húmedo. | El clima húmedo hace que más humedad ingrese a los compartimientos cuando se abren las puertas, provocando condensación o congelación. Mantener un nivel razonable de humedad en el hogar ayudará a controlar la cantidad de humedad que ingresa en los compartimientos. |
| | El ciclo de descongelación se acaba de completar. | Durante el ciclo de descongelación, la temperatura de cada compartimiento puede aumentar ligeramente y se puede formar condensación en la pared trasera. Espere 30 minutos y una vez que se haya completado el ciclo de descongelación, verifique que la temperatura correcta se haya restablecido. |
| | Los alimentos no están empaquetados correctamente. | Los alimentos destapados o desenvueltos y los envases húmedos pueden provocar la acumulación de humedad dentro de cada compartimiento. Limpie y seque todos los envases, y almacene los alimentos en empaques sellados para prevenir la condensación y la congelación. |

## ENFRIADO/ HIELO Y AGUA

| Problema | Causas posibles | Solutions |
|---|---|---|
| Los alimentos se congelan en el compartimiento del refrigerador. | Alimentos con alto contenido de agua fueron colocados cerca de la ventilación de aire. | Reubique los alimentos con alto contenido de agua lejos de las ventilaciones de aire. |
| | El control de temperatura del refrigerador está incorrectamente ajustado. | Si la temperatura está demasiado fría, ajuste el control de a un punto a la vez y espere a que la temperatura se estabilice. Consulte la sección Ajuste de los controles para obtener mayor información. |
| | El refrigerador está instalado en un lugar frío. | Cuando el refrigerador funciona a una temperatura menor a los 5°C (41°F), los alimentos pueden congelarse en el compartimiento del refrigerador. No se debería usar el refrigerador si la temperatura es inferior a los 13°C (55°F). |
| Se forman cristales de hielo o escarcha en los alimentos congelados (fuera de los paquetes). | La puerta se abre seguido o por largos períodos de tiempo. | Cada vez que las puertas se abren a menudo o por largos períodos de tiempo, ingresa aire caliente y húmedo al compartimiento. Esto aumenta la temperatura y el nivel de humedad dentro de compartimiento. La humedad produce congelación y condensación. Para disminuir el efecto, reduzca la frecuencia y duración de apertura de la puerta. |
| | La puerta no se cierra correctamente. | Consulte el apartado "Las puertas no se cierran completamente o quedan abiertas" en la sección de la Guía de resolución de problemas. |
| La sección del REFRIGERADOR o del CONGELADOR está demasiado fría. | Los ajustes de control de temperatura son incorrectos. | Si la temperatura está demasiado fría, ajuste el control de a un punto a la vez y espere a que la temperatura se estabilice. Consulte la sección Ajuste de los controles para obtener mayor información. |
| Se forman cristales de hielo o escarcha en los alimentos congelados (dentro de paquetes sellados). | La condensación proveniente de los alimentos con alto contenido de agua provoca la congelación en el interior del paquete del alimento. | Esto es normal en alimentos con alto contenido de agua. |
| | Los alimentos se han dejado en el congelador por un largo tiempo. | No almacene alimentos con alto contenido de agua en el congelador durante mucho tiempo. |
| La máquina de hielo no hace suficiente hielo. | La necesidad de hielo excede la capacidad de almacenamiento de hielo. | La máquina de hielo fabricará aproximadamente 70-182 cubitos en un período de 24 horas. |
| | El suministro de agua del hogar no está conectado, la válvula no está completamente encendida, o la válvula está obstruida. | Conecte el refrigerador al suministro de agua fría con adecuada presión y abra completamente la válvula de corte de agua. <br><br> Si el problema persiste, puede ser necesario contactar a un plomero. |
| | El filtro de agua está agotado. | Se recomienda reemplazar el filtro de agua: <br><br> • Aproximadamente cada seis meses. <br> • Cuando se encienda el indicador del filtro del agua. <br> • Cuando disminuya el caudal del dispensador de agua. <br> • Cuando los cubitos de hielo sean más pequeños de lo normal. |
| | Baja presión de suministro de agua en el hogar. | La presión del agua debe estar entre los 20 y los 120 psi en modelos sin filtro de agua, y entre los 40 y 120 psi en modelos con filtro de agua. <br><br> Si el problema continúa, puede ser necesaria la ayuda de un fontanero o la instalación de una bomba de carga para compensar la baja presión del agua. |
| | Se utilizar un sistema de filtración de agua de ósmosis inversa. | Los sistemas de filtración de agua de ósmosis inversa pueden reducir la presión de agua por debajo del mínimo y provocar problemas en la máquina de hielo. (Consulte la sección Presión del agua). |
| | La tubería que conecta el refrigerador al suministro del hogar está retorcida. | La tubería se puede retorcer cuando el refrigerador se mueve durante la instalación o limpieza, lo que provoca un flujo de agua reducido. Enderece o repare el conducto de suministro del agua y arréglelo a fin de prevenir futuras torceduras. |

## HIELO Y AGUA

| Problema | Causas posibles | Solutions |
|---|---|---|
| La máquina de hielo no hace suficiente hielo (continuación). | Las puertas se abren seguido o por largos períodos de tiempo. | Si las puertas de la unidad se abren a menudo, el aire ambiental calentará el refrigerador e impedirá que la unidad pueda mantener la temperatura establecida. Para ayudar a resolver este problema puede bajar la temperatura del refrigerador, además de no abrir la puerta con tanta frecuencia. |
| | Las puertas no están completamente cerradas. | Si las puertas no se cierran correctamente, la fabricación de hielo se verá afectada. Para obtener mayor información, consulte el apartado "Las puertas no se cierran completamente o quedan abiertas" en la sección Componentes y Características de la Guía de resolución de problemas. |
| | El ajuste de temperatura del congelador es demasiado cálido. | La temperatura recomendada para el compartimento del congelador para una fabricación normal de hielo es de −18 °C (0 °F). Si la temperatura del congelador es superior, la fabricación de hielo se verá afectada. |
| Se dispensa agua lentamente. | El filtro de agua está agotado. | Se recomienda reemplazar el filtro de agua:<br><br>• Aproximadamente cada seis meses.<br>• Cuando se encienda el indicador del filtro del agua.<br>• Cuando disminuya el caudal del dispensador de agua.<br>• Cuando los cubitos de hielo sean más pequeños de lo normal. |
| | Se utiliza un sistema de filtración de agua de ósmosis inversa. | Los sistemas de filtración de agua de ósmosis inversa pueden reducir la presión de agua por debajo del mínimo y provocar problemas en la máquina de hielo.<br><br>Si el problema continúa, puede ser necesaria la ayuda de un fontanero o la instalación de una bomba de carga para compensar la baja presión del agua. |
| | Baja presión de suministro de agua en el hogar. | La presión del agua debe estar entre los 20 y los 120 psi en modelos sin filtro de agua, y entre los 40 y 120 psi en modelos con filtro de agua.<br><br>Si el problema continúa, puede ser necesaria la ayuda de un fontanero o la instalación de una bomba de carga para compensar la baja presión del agua. |
| No se dispensa hielo. | Las puertas no están completamente cerradas. | El hielo no se dispensará si hay alguna puerta del refrigerador abierta. |
| | Uso poco frecuente del dispensador. | Si el dispensador de hielo se usa con poca frecuencia, con el tiempo los cubitos de hielo se pegan unos a otros, lo que impide que se dispensen correctamente. Compruebe el depósito de hielo en busca de cubitos agrupados o pegados entre sí. Si los hubiera, sepárelos para que el dispensador funcione correctamente. |
| | El conducto de dispensación está obstruido con escarcha o fragmentos de hielo. | Para eliminar la escarcha o los fragmentos de hielo, desmonte el depósito de hielo y libere el conducto con un utensilio de plástico. La dispensación de hielo en cubitos también ayuda a evitar la formación de escarcha y fragmentos de hielo. |
| | La pantalla del dispensador está bloqueada. | Mantenga presionado el botón Lock durante tres segundos para desbloquear el panel de control y el dispensador. |
| | El depósito de hielo está vacío. | Puede tomar hasta 24 horas para que cada compartimiento alcance la temperatura deseada y para que la máquina de hielo comience a fabricar hielo. Asegúrese de que el corte (brazo/sensor) no esté obstruido.<br><br>Una vez que se haya ventilado el suministro de hielo en el depósito de hielo, puede tomar hasta 90 minutos para que esté disponible más hielo, y aproximadamente 24 horas para poder rellenar el depósito por completo. |

## HIELO Y AGUA

| Problema | Causas posibles | Solutions |
|---|---|---|
| La máquina de hielo no hace hielo. | El refrigerador se instaló recientemente o la máquina de hielo se conectó recientemente. | Puede tomar hasta 24 horas para que cada compartimiento alcance la temperatura deseada y para que la máquina de hielo comience a fabricar hielo. |
| | La máquina de hielo no está encendida. | Localice el interruptor ON/OFF (encendido/apagado) de la máquina de hielo y confirme que está en la posición ON. |
| | El refrigerador no está conectado a un suministro de agua o la válvula de corte del suministro no está abierta. | Conecte el refrigerador al suministro de agua y abra completamente la válvula de corte de agua. |
| | Apagado de la máquina de hielo (brazo palpador) obstruido. | Si su máquina de hielo viene equipada con un brazo de corte de hielo, asegúrese de que el brazo se mueva libremente. |
| | Tiene conectado un sistema de filtración de agua de ósmosis inversa al suministro de agua fría. | Los sistemas de filtración de agua de ósmosis inversa pueden reducir la presión de agua por debajo del mínimo y provocar problemas en la máquina de hielo. (Consulte la sección Presión del agua). |
| No se dispensa agua. | Nueva instalación o conducto de agua recientemente conectado. | Dispense 9 litros de agua (deje correr el agua durante unos 5 minutos) para purgar el aire atrapado y los contaminantes del sistema. No dispense los 9 litros de agua de manera continua. Pulse y suelte el botón del dispensador en ciclos de 30 segundos ON (encendido) y 60 segundos OFF (apagado). |
| | El panel del dispensador está bloqueado. | Mantenga presionado el botón Lock  durante tres segundos para desbloquear el panel de control y el dispensador. |
| | El dispensador no está ajustado para dispensar agua. | El dispensador se puede ajustar para que dispense hielo o agua. Compruebe que el panel de control está ajustado para el funcionamiento deseado. Presione el botón Water  (agua) en el panel de control para dispensar agua. |
| | Las puertas del refrigerador o del congelador no están cerradas correctamente. | El agua no se dispensará si hay alguna puerta del refrigerador abierta. |
| | El filtro de agua se sacó o se cambió recientemente. | Después de reemplazar el filtro de agua, dispense 9 litros de agua (deje correr el agua durante unos 5 minutos) para purgar el aire atrapado y los contaminantes del sistema; No dispense los 9 litros de agua de manera continua. Pulse y suelte el botón del dispensador por ciclos de 30 segundos ON (encendido) y 60 segundos OFF (apagado). |
| | La tubería que conecta el refrigerador al suministro del hogar está  retorcida. | La tubería se puede retorcer cuando el refrigerador se mueve durante la instalación o limpieza, lo que provoca un flujo de agua reducido. Enderece o repare  el conducto de suministro del agua y arréglelo a fin de prevenir futuras torceduras. |
| | El suministro de agua del hogar no está conectado, la válvula no está completamente encendida, o la válvula está obstruida. | Conecte el refrigerador al suministro de agua y abra completamente la válvula de corte de agua.<br><br>Si el problema persiste, puede ser necesario contactar a un plomero. |

**GUÍA DE SOLUCIÓN DE PROBLEMAS**

## HIELO Y AGUA

| Problema | Causas posibles | Solutions |
|---|---|---|
| El hielo huele o sabe mal. | El suministro de agua contiene minerales tales como el azufre. | Es posible que deba reemplazar el filtro de agua para eliminar los problemas de olor y sabor.<br><br>**NOTA:** En algunos casos, un filtro podría no ser de ayuda. Puede no resultar posible quitar todo mineral/ olor/sabor en todos los suministros de agua. |
| | La máquina de hielo se instaló hace poco tiempo. | Deseche las primeras tandas de hielo para evitar hielo manchado o con mal sabor. |
| | El hielo ha estado almacenado por demasiado tiempo. | El hielo almacenado por demasiado tiempo se achicará, se volverá turbio, y puede desarrollar un sabor rancio. Deseche el hielo antiguo y fabrique un nuevo suministro. |
| | Los alimentos no se han almacenado correctamente en los compartimentos. | Vuelva a envolver los alimentos. Vuelva a envolver los alimentos ya que, si no están correctamente envueltos, los olores podrían migrar hasta el hielo. |
| | El interior del refrigerador necesita una limpieza. | Consulte la sección Cuidado y limpieza para obtener más información. |
| | El depósito de hielo necesita una limpieza. | Vacíe y limpie el depósito (deseche los cubitos de hielo viejos). Asegúrese de que el depósito está completamente seco antes de reinstalarlo. |
| El agua del dispensador está caliente. | Refrigerator was recently installed. | Espere 24 horas tras la instalación a que el depósito de almacenamiento del agua se enfríe completamente. |
| | The water dispenser has been used recently and the storage tank was exhausted. | Dependiendo de su modelo específico, la capacidad de almacenamiento de agua será de aproximadamente 20 a 30 oz. |
| | Dispenser has not been used for several hours. | Si el dispensador no se utilizó por varias horas, el primer vaso dispensado puede no estar lo suficientemente frío. Deseche las primeras 10 onzas. |
| | Refrigerator is connected to the hot water supply. | Asegúrese de que el refrigerador está conectado a una tubería de agua fría.<br><br>⚠ **ADVERTENCIA:** Conectar el refrigerador a un conducto de agua caliente puede dañar la máquina de hielo. |
| El agua huele o sabe mal. | Water supply contains minerals such as sulfur. | Es posible que deba reemplazar el filtro de agua para eliminar los problemas de olor y sabor. |
| | Water filter has been exhausted. | Se recomienda reemplazar el filtro de agua:<br><br>• Aproximadamente cada 6 meses.<br>• Cuando se encienda el indicador del filtro del agua.<br>• Cuando disminuya el caudal del dispensador de agua.<br>• Cuando los cubitos de hielo sean más pequeños de lo normal. |
| | Refrigerator was recently installed. | Dispense 9 litros de agua (deje correr el agua durante unos 5 minutos) para purgar el aire atrapado y los contaminantes del sistema. No dispense los 9 litros de agua de manera continua. Pulse y suelte el botón del dispensador en ciclos de 30 segundos ON (encendido) y 60 segundos OFF (apagado). |
| La máquina de hielo hace demasiado hielo. | Apagado de la máquina de hielo (brazo palpador) obstruido. | Vacíe el recipiente de hielo. Si la máquina de hielo incorpora un brazo de apagado, asegúrese de que se mueva libremente. Vuelva a instalar el recipiente de hielo y espere 24 horas para comprobar su correcto funcionamiento. |

## RUIDO

| Problema | Causas posibles | Solutions |
|----------|----------------|-----------|
| Clics | El control de descongelación emitirá un "clic" al comenzar y al finalizar el ciclo de descongelación. El control del termostato (o control del refrigerador en algunos modelos) también emitirá un "clic" al iniciar o finalizar un ciclo. | Funcionamiento normal. |
| Traqueteo | Los ruidos de traqueteos pueden proceder del flujo del refrigerante, de la tubería de agua en la parte posterior de la unidad, o de artículos almacenados encima o alrededor del refrigerador. | Funcionamiento normal. |
| | El refrigerador no está sólidamente apoyado en el suelo. | El suelo es poco sólido o irregular, o es necesario ajustar los pies de nivelación. Consulte la sección Alineación de las puertas. |
| | El refrigerador con compresor lineal se sacudió mientras estaba funcionando. | Funcionamiento normal. |
| Ruido de aspas | El motor del ventilador del evaporador está moviendo el aire a través de los compartimentos del refrigerador y del congelador. | Funcionamiento normal. |
| | El ventilador del condensador está forzando el paso de aire a través del condensador. | Funcionamiento normal. |
| Borboteo | Refrigerante está fluyendo a través del sistema de enfriamiento. | Funcionamiento normal. |
| Crujido | Se produjo la contracción y expansión de las paredes internas debido a cambios en la temperatura. | Funcionamiento normal. |
| Crepitación | El agua cayendo en el calentador de descongelación durante un ciclo de descongelación. | Funcionamiento normal. |
| Vibración | Si el lateral o la parte posterior del refrigerador están en contacto con un mueble o una pared, algunas de las vibraciones normales pueden producir un sonido audible. | Para eliminar el ruido, asegúrese de que los laterales y la parte posterior no puedan vibrar contra las paredes o los muebles. |
| Goteo | El agua cayendo en la batea de drenaje durante el ciclo de descongelación. | Funcionamiento normal. |
| Sonido de pulsación o agudo | Su refrigerador está diseñado para funcionar de forma más eficiente para conservar los alimentos a la temperatura deseada. El compresor de alta eficiencia puede hacer que su nuevo refrigerador funcione durante más tiempo que su antiguo refrigerador, y aun así será más eficiente energéticamente que los modelos anteriores. Mientras el refrigerador está en funcionamiento, es normal escuchar un sonido de pulsación o agudo. | Funcionamiento normal. |

## COMPONENTES Y CARACTERÍSTICAS

| Problema | Causas posibles | Solutions |
|---|---|---|
| Las puertas no se cierran completamente o quedan abiertas. | Hay paquetes de alimentos bloqueando la puerta que impiden que se cierre. | Reorganice los envases de alimentos para liberar la puerta y los estantes de la puerta. |
| | El depósito de hielo, la tapa del cajón para verduras, las bateas, los estantes, las bandejas de las puertas o las cestas no están en su sitio. | Coloque correctamente las bandejas, la tapa del cajón para verduras, las bateas, los estantes y las cestas. Consulte la sección Uso del refrigerador Uso del refrigerador. |
| | Las puertas se desmontaron durante la instalación del producto y no se volvieron a colocar correctamente. | Desmonte y vuelva a colocar las puertas siguiendo las instrucciones de la sección Desmontaje y sustitución de las manijas y puertas del refrigerador. |
| | La puerta no está correctamente nivelada. | Consulte el apartado Alineación de las puertas en la sección Instalación del refrigerador para nivelar el refrigerador. |
| Las puertas se abren con gran dificultad. | Las juntas están sucias o pegajosas. | Limpie las juntas y las superficies de contacto. Aplique una fina capa de cera para electrodomésticos o cera de cocina en las juntas después de limpiarlas. |
| | La puerta se acaba de cerrar. | Cuando abre la puerta, aire más caliente entra al refrigerador. Al enfriarse, crea el vacío. Si le cuesta abrir la puerta, espere un minuto para permitir que la presión del aire se ecualice y, a continuación, compruebe si se abre con más facilidad. |
| El refrigerador se bambolea o parece inestable. | Las patas niveladoras no están correctamente ajustadas. | Consulte la sección Nivelación y alineación de las puertas. |
| | El piso no está nivelado. | Puede ser necesario agregar calibradores debajo de las patas o rodillos de nivelación o para completar el proceso de instalación. |
| Las luces no funcionan. | Falla de iluminación interior LED. | La lámpara del compartimento del refrigerador es una iluminación interior mediante LED, por lo que el mantenimiento deberá ser realizado por un técnico cualificado. Consulte la sección Sustitución de la bombilla. |
| Le refrigerador tiene un olor inusual. | El filtro de aire puede necesitar ser ajustado a MAX (máximo) o ser reemplazado. | Ajuste el filtro de aire a MAX. Si no desaparece el olor dentro de las 24 horas, el filtro puede necesitar ser cambiado. Consulte la sección Sustitución del filtro de aire para obtener instrucciones acerca del reemplazo. |
| El interior del frigorífico está cubierto de polvo u hollín. | El frigorífico se encuentra cerca de un fuego, por ejemplo, una chimenea o similar. | Asegúrese de que el frigorífico no se encuentre cerca de un fuego, por ejemplo, una chimenea o similar. |

# Kenmore Connect™ System

## Kenmore Connect™ (En algunos modelos)

Si experimenta algún problema en el refrigerador, puede transmitir datos a través de su teléfono al equipo Kenmore Connect™. Esto le da la posibilidad de hablar directamente con nuestros especialistas cualificados. El especialista graba los datos transmitidos por su máquina y los utiliza para analizar el problema, suministrando un diagnóstico rápido y efectivo.

Si experimenta problemas con su refrigerador, llame al 1-800-4MY-HOME (1-800-469-4663). Utilice la función Kenmore Connect™ solo cuando así se lo indique el agente del equipo Kenmore Connect™. Los sonidos de transmisión que oirá son normales y suenan como un fax.

Kenmore Connect™ no se puede activar si su refrigerador no está conectado a la alimentación eléctrica.
Si su refrigerador no se enciende, la localización y resolución de problemas debe hacerse sin utilizar Kenmore Connect™.

## Uso de Kenmore Connect™

En primer lugar, llame al 1-800-4MY-HOME (1-800-469-4663). Si el número de teléfono que está usando ya está registrado y asociado con su refrigerador, podrá contactar rápidamente con un agente del equipo Kenmore Connect™. Utilice la función Kenmore Connect™ solo cuando así se lo indique el agente del equipo Kenmore Connect™.

**1.** Bloquee la pantalla. Para bloquear la pantalla, mantenga pulsado el botón de bloqueo Control Lock durante tres segundos (Si la pantalla está bloqueada, reactívela)



**2.** Abra la puerta derecha del refrigerador.

**3.** Sujete el auricular del teléfono delante del altavoz situado sobre la bisagra derecha de la puerta del refrigerador, cuando así se lo indique el centro de atención.



**4.** Mantenga pulsado el botón de temperatura del congelador Freezer Temp durante tres segundos con el teléfono junto al altavoz.



**5.** Tras oír tres pitidos, suelte el botón de temperatura del congelador Freezer Temp.

**6.** Mantenga el teléfono en posición hasta que finalice el tono de transmisión. La pantalla mostrará el tiempo transcurrido. Al finalizar la cuenta atrás y detenerse los tonos, reanude su conversación con el especialista, quien estará entonces en medida de asistirle utilizando la información transmitida para su análisis.

**NOTA:**
- Para lograr los mejores resultados, no mueva el teléfono mientras se transmiten los tonos.
- Si el agente del servicio telefónico de atención al cliente no puede grabar los datos con precisión, se le pedirá volver a intentarlo.

# TABLE DES MATIÈRES

**Garantie**.................................................................93

**Contrats de protection**....................................... 94

**Consignes de sécurité importantes**...........95-97

**Conditions électriques et de mise
à la masse**............................................................ 97

**Pièces et fonctionnalités**..................................98

**Installation du réfrigérateur**.................. 99-106

Déballage du réfrigérateur .......................... 99

Installation................................................................100

Retrait/remise en place des poignées
et des portes du congélateur...................101-105

Mise à niveau et alignement des portes ..106

**Utilisation du réfrigérateur**....................107-118

Réglage des contrôles.........................107-109

Bac à glace dans la porte....................................110

**Machine à glaçons automatique**.........111-112

Guide de stockage des aliments ................113

► **Section réfrigérateur**

Distributeur d'eau glacée ............................ 114

Étagères du réfrigérateur.......................................115

Bac à légumes à humidité contrôlée .........116

Tiroir garde-manger à température
contrôlée................................................................... 116

Bac de porte ..................................................... 116

Filtre d'air...................................................................... 117

► **Compartiment congélateur**

Bac à glace supplémentaire........................ 117

Durabase.............................................................118

Diviseur du Durabase .....................................118

Tiroir coulissant................................................118

**Filtre à eau** ......................................... 119-122

**Entretien et nettoyage** ........................... 123-124

Conseils de nettoyage généraux ...............123

Exterieur ........................................................123

Parois intérieures ..........................................123

Contre-porte et joints ...................................123

Pièces en plastique ......................................123

Serpentins réfrigérants .................................123

Remplacement d'une ampoule
d'éclairage.......................................................124

Coupures de courant ....................................124

Lorsque vous partez en vacances...............124

Lorsque vous déménagez.............................124

**Connexion du tuyau d'eau**................... 125-127

**Guide de dépannage** ........................... 128-135

**Kenmore Connect™** .....................................136

**Service** ....................................................Plat verso

# GARANTIE



# GARANTIE DU RÉFRIGÉRATEUR

## Garantie limitée de Kenmore Elite

Lorsque cet appareil est installé, utilisé et entretenu selon toutes les instructions fournies la couverture de garantie suivante s'applique. Pour obtenir le service sous garantie, appelez le 1-800-4-MY-HOME® (1-800-469-4663).

- **Garantie limitée d'un an sur l'appareil**
  Pendant un an à compter de la date d'achat, les réparations seront assurées gratuitement si des pièces non consommables de cet appareil tombent en panne en raison d'un défaut de fabrication ou de main-d'œuvre. Si cet appareil est utilisé à d'autres fins qu'une utilisation domestique privée, cette garantie ne s'applique que pendant 90 jours à compter de la date d'achat et est nulle au Canada.

- **Garantie limitée de cinq ans sur le système scellé**
  Pendant cinq ans à compter de la date d'achat, le système scellé de réfrigérant de cet appareil est garanti contre les défauts de fabrication ou de main-d'œuvre. De nouveaux composants seront fournis gratuitement en remplacement des pièces défectueuses. En revanche, les frais de main-d'œuvre liés à l'installation de ces composants sont à votre charge après la première année suivant la date d'achat. Si cet appareil est utilisé à d'autres fins qu'une utilisation domestique privée, cette garantie ne s'applique que pendant un an à compter de la date d'achat et est nulle au Canada.

- **Garantie limitée de dix ans sur le compresseur linéaire**
  Pendant dix ans à compter de la date d'achat, le compresseur linéaire de cet appareil est garanti contre les défauts de fabrication ou de main-d'œuvre. Un nouveau compresseur linéaire sera fourni gratuitement. En revanche, les frais de main-d'œuvre liés à l'installation sont à votre charge après la première année suivant la date d'achat. Si cet appareil est utilisé à d'autres fins qu'une utilisation domestique privée, cette garantie ne s'applique que pendant deux ans à compter de la date d'achat et est nulle au Canada.

**Cette garantit ne couvre que les défauts de matériau et de fabrication et NE paiera PAS :**

1. Les articles consommables pouvant s'user dans le cadre d'une utilisation normale, notamment mais sans restriction, les filtres, les courroies, les ampoules d'éclairage et les sacs.
2. L'intervention d'un technicien d'entretien pour expliquer à l'utilisateur les procédures d'installation, d'utilisation ou de maintenance appropriées.
3. L'intervention d'un technicien d'entretien pour nettoyer ou entretenir ce produit.
4. Tout dommage ou toute défaillance de ce produit, s'il n'est pas installé, utilisé ou entretenu conformément à toutes les instructions fournies avec le produit.
5. Tout dommage ou toute défaillance de ce produit résultant d'un accident, d'une utilisation abusive, d'une mauvaise utilisation ou d'une utilisation autre que celle prévue.
6. Tout dommage ou toute défaillance de ce produit causé par l'utilisation de détergents, de nettoyants, de produits chimiques ou d'ustensiles autres que ceux recommandés dans les instructions fournies avec ce produit.
7. Tout dommage ou toute défaillance de pièces ou de systèmes résultant de modifications non autorisées apportées à ce produit.

### Déni de garanties implicites; limitation de recours

Le seul et exclusif recours du client sous cette garantie est la réparation du produit, telle que prévue dans le présent document. Les garanties implicites, notamment les garanties de qualité marchande et d'adéquation à un usage particulier, sont limitées à un an ou à la plus courte période prévue par la loi. Sears ne peut être tenu responsable des dommages incidents ou consécutifs. Certains états et provinces n'autorisent pas l'exclusion ou la limitation de dommages incidents ou consécutifs, ou la limitation de la durée des garanties implicites de qualité marchande ou d'adéquation, auquel cas, ces exclusions ou limitations pourraient ne pas s'appliquer à votre cas.

Cette garantie s'applique uniquement pendant que cet appareil est utilisé aux États-Unis ou au Canada.*
Cette garantie vous donne des droits légaux spécifiques, et vous pouvez avoir d'autres droits variant selon la juridiction concernée.

* Au Canada, le service de réparation à domicile n'est pas disponible partout et la présente garantie ne couvre pas les frais de transport ou de déplacement de l'utilisateur ou du réparateur si ce produit se trouve dans un endroit reculé (tel que défini par Sears Canada Inc.) où aucun réparateur agréé n'est disponible.

**Sears Brands Management Corporation, Hoffman Estates, IL 60179**
**Sears Canada Inc., Toronto, Ontario, Canada M5B 2C3**

# CONTRATS DE PROTECTION

## Contrats de protection étendue

Nous vous remercions d'avoir choisi notre produit. Votre nouveau produit Kenmore Elite® est conçu et fabriqué pour garantir des années de fiabilité. Mais comme tous les produits, il peut nécessiter à l'occasion un entretien préventif ou une réparation. C'est pourquoi un contrat de protection étendue peut vous permettre d'économiser de l'argent et d'éviter toute aggravation.

Le contrat de protection étendue contribue également à prolonger la durée de vie de votre nouveau produit. Le contrat* inclut notamment :

- **Les pièces et la main-d'œuvre** requis pour garantir le bon fonctionnement des produits **dans le cadre d'une utilisation normale**, et non simplement les défauts. Notre couverture **va bien au-delà de la garantie du produit.** Aucune défaillance fonctionnelle n'est exclue de cette couverture**— protection réelle.**

- **Services d'experts** par plus de **10 000 techniciens d'entretien agréés Sears**, ce qui signifie que vous pouvez être certain qu'une personne qualifiée interviendra sur votre produit.

- **Appels d'intervention illimités et service à l'échelle du pays,** aussi souvent que vous le souhaitez, où que vous vous trouviez.

- **Garantie « anti-citron »** — remplacement du produit couvert si quatre défaillances se produisent en moins de douze mois.

- **Remplacement du produit** si le produit couvert ne peut pas être réparé.

- **Contrôle de maintenance préventive annuel** à votre demande, sans frais supplémentaires.

- **Aide rapide au téléphone** — nous l'appelons **Résolution rapide** — assistance téléphonique d'un agent Sears pour tous les produits. Ce sera votre « manuel de l'utilisateur parlant ».

- **Protection contre les surtensions** contre les dommages électriques dus à des fluctuations de tension.

- **Protection contre les pertes de nourriture de 250 $** annuellement pour toute détérioration de nourriture résultant d'une panne mécanique d'un réfrigérateur ou congélateur couvert.

- **Remboursement de location** si la réparation du produit couvert est plus longue que promise.

- **25 % de remise** sur le prix normal d'un service de réparation non couvert et des pièces installées associées.

Une fois le contrat acheté, un simple appel téléphonique suffit pour programmer une intervention. Vous pouvez appeler à toute heure du jour et de la nuit, ou programmer un rendez-vous d'entretien en ligne.

Le contrat de protection étendue est un achat sans risque. Si vous l'annulez pour une raison quelconque au cours de la période de garantie du produit, nous effectuerons un remboursement complet ou un remboursement au prorata à tout moment après l'expiration de la période de garantie. Achetez dès aujourd'hui votre contrat de protection étendue!

**Certaines restrictions et exclusions s'appliquent.**

**Pour les prix et des informations supplémentaires aux États-Unis composez le 1-800-827-6655.**

**\* La couverture au Canada varie sur certains articles. Pour plus de détails, appelez Sears Canada au 1-800-361-6665.**

**Service d'installation Sears**
Pour une installation professionnelle Sears d'appareils électroménagers, ouvertures de porte de garage, chauffe-eau, et autres articles domestiques majeurs, aux **États-Unis ou au Canada, composez le 1-800-4-MY-HOME®.**

# ENREGISTREMENT DU PRODUIT

Dans l'espace ci-dessous, notez la date d'achat, le modèle et le numéro de série du produit. Le modèle et le numéro de série sont indiqués sur une étiquette d'identification située à l'intérieur du compartiment réfrigérateur. Ayez ces informations sous la main lorsque vous contactez Sears au sujet de votre produit.

Numéro de modèle_____          Date d'achat_____

Numéro de série._____

Conservez ces instructions et agrafez votre preuve d'achat pour une référence ultérieure.