# CONTRATS DE PROTECTION

## Contrats de protection étendue

Nous vous remercions d'avoir choisi notre produit. Votre nouveau produit Kenmore Elite® est conçu et fabriqué pour garantir des années de fiabilité. Mais comme tous les produits, il peut nécessiter à l'occasion un entretien préventif ou une réparation. C'est pourquoi un contrat de protection étendue peut vous permettre d'économiser de l'argent et d'éviter toute aggravation.

Le contrat de protection étendue contribue également à prolonger la durée de vie de votre nouveau produit. Le contrat* inclut notamment :

- **Les pièces et la main-d'œuvre** requis pour garantir le bon fonctionnement des produits **dans le cadre d'une utilisation normale**, et non simplement les défauts. Notre couverture **va bien au-delà de la garantie du produit**. Aucune défaillance fonctionnelle n'est exclue de cette couverture— **protection réelle**.

- **Services d'experts** par plus de **10 000 techniciens d'entretien agréés Sears**, ce qui signifie que vous pouvez être certain qu'une personne qualifiée interviendra sur votre produit.

- **Appels d'intervention illimités et service à l'échelle du pays**, aussi souvent que vous le souhaitez, où que vous vous trouviez.

- **Garantie « anti-citron »** — remplacement du produit couvert si quatre défaillances se produisent en moins de douze mois.

- **Remplacement du produit** si le produit couvert ne peut pas être réparé.

- **Contrôle de maintenance préventive annuel** à votre demande, sans frais supplémentaires.

- **Aide rapide au téléphone** — nous vous appelons **Résolution rapide** — assistance téléphonique d'un agent Sears pour tous les produits. Ce sera votre « manuel de l'utilisateur parlant ».

- **Protection contre les surtensions** contre les dommages électriques dus à des fluctuations de tension.

- **Protection contre les pertes de nourriture de 250 $** annuellement pour toute détérioration de nourriture résultant d'une panne mécanique d'un réfrigérateur ou congélateur couvert.

- **Remboursement de location** si la réparation du produit couvert est plus longue que promise.

- **25 % de remise** sur le prix normal d'un service de réparation non couvert et des pièces installées associées.

Une fois le contrat acheté, un simple appel téléphonique suffit pour programmer une intervention. Vous pouvez appeler à toute heure du jour et de la nuit, ou programmer un rendez-vous d'entretien en ligne.

Le contrat de protection étendue est un achat sans risque. Si vous l'annulez pour une raison quelconque au cours de la période de garantie du produit, nous effectuerons un remboursement complet ou un remboursement au prorata à tout moment après l'expiration de la période de garantie. Achetez dès aujourd'hui votre contrat de protection étendue!

**Certaines restrictions et exclusions s'appliquent.**

**Pour les prix et des informations supplémentaires aux États-Unis composez le 1-800-827-6655.**

**\* La couverture au Canada varie sur certains articles. Pour plus de détails, appelez Sears Canada au 1-800-361-6665.**

**Service d'installation Sears**
Pour une installation professionnelle Sears d'appareils électroménagers, ouvertures de porte de garage, chauffe-eau, et autres articles domestiques majeurs, aux **États-Unis ou au Canada, composez le 1-800-4-MY-HOME®.**

# ENREGISTREMENT DU PRODUIT

Dans l'espace ci-dessous, notez la date d'achat, le modèle et le numéro de série du produit. Le modèle et le numéro de série sont indiqués sur une étiquette d'identification située à l'intérieur du compartiment réfrigérateur. Ayez ces informations sous la main lorsque vous contactez Sears au sujet de votre produit.

Numéro de modèle_____          Date d'achat_____

Numéro de série._____

Conservez ces instructions et agrafez votre preuve d'achat pour une référence ultérieure.

## CONSIGNES DE SÉCURITÉ IMPORTANTES

## PRÉCAUTIONS DE SÉCURITÉ DE BASE

Ce guide contient des consignes de sécurité importantes. **Lisez et observez** toujours toutes les consignes de sécurité.



Voici le symbole d'alerte de sécurité. Il signale les messages de sécurité qui vous informent des dangers de mort ou de blessures, ou des risques de dommages du produit.

Tous les messages de sécurité seront précédés du symbole d'alerte de sécurité et des mots DANGER, AVERTISSEMENT ou ATTENTION. Ces mots signifient :

| ⚠ DANGER | Vous **serez** tué ou gravement blessé si vous ne suivez pas les instructions. |
| --- | --- |
| ⚠ AVERTISSEMENT | Vous **pouvez** être tué ou gravement blessé si vous ne suivez pas les instructions. |
| ⚠ ATTENTION | Indique une situation de danger imminent qui, si elle n'est pas évitée, **pourrait** provoquer une blessure mineure ou modérée, ou endommager le produit. |

Tous les messages de sécurité identifient le danger, indiquent comment réduire les risques de blessures, et précisent ce qui pourrait se produire si les instructions ne sont pas suivies.

## ⚠ AVERTISSEMENT

**Pour réduire les risques d'incendie, d'électrocution ou de blessure lors de l'utilisation du produit, les consignes de sécurité de base doivent être suivies, notamment les consignes suivantes.**

**Lisez toutes les instructions avant d'utiliser cet appareil.**

*   Ne débranchez JAMAIS le réfrigérateur en tirant sur le cordon d'alimentation. Saisissez toujours fermement la fiche de branchement et tirez sur celle-ci pour le débrancher de la prise.

*   Si le cordon d'alimentation est abîmé, il doit être remplacé par le fabriquant, par son service après-vente ou par une personne également qualifiée afin d'éviter tout danger. N'utilisez pas un cordon présentant des craquelures ou des dommages d'abrasion sur toute sa longueur ou au niveau de la fiche ou des connecteurs.

*   Ne modifiez pas le cordon d'alimentation et ne le prolongez jamais. Une telle intervention pourrait provoquer une électrocution ou créer des risques d'incendie.

*   Lorsque vous devez écarter le réfrigérateur du mur, veillez à ne pas endommager le cordon d'alimentation.

*   Ne JAMAIS entreposer ni utiliser d'essence ou autres vapeurs et liquides inflammables à proximité de cet appareil ou de tout autre appareil.

*   NE laissez PAS les enfants grimper sur le réfrigérateur ou se pendre aux portes ou aux étagères du réfrigérateur. Ils pourraient endommager le réfrigérateur et se blesser gravement.

*   N'approchez jamais les doigts des zones de pincement; les dégagements entre les portes et les armoires sont nécessairement petits. Soyez prudent lors de la fermeture de portes lorsque des enfants se trouvent à proximité.

*   Débranchez le réfrigérateur avant de le nettoyer ou d'y apporter des réparations.

**REMARQUE :** Il est fortement recommandé de confier tout entretien à un technicien qualifié.

## CONSERVEZ CES INSTRUCTIONS

# ⚠ AVERTISSEMENT

- Avant de remplacer une ampoule d'éclairage grillée ou cassée, débranchez le réfrigérateur ou coupez l'alimentation électrique au niveau du disjoncteur ou de la boîte de fusibles pour éviter tout contact avec un fil sous tension. (Une ampoule d'éclairage grillée peut éclater lors de son remplacement exposant alors le filament.)

  **REMARQUE :** Certains modèles sont dotés d'un éclairage intérieur LED dont l'entretien doit être confié à un technicien qualifié.

  **AVERTISSEMENT :** La mise du contrôle sur ARRÊT ne coupe pas l'alimentation du circuit d'éclairage.

- Une fois l'intervention terminée, reconnectez le réfrigérateur à la source électrique et remettez les contrôles (thermostat, contrôle de réfrigérateur ou contrôle de congélateur, selon le modèle) au réglage souhaité.

- Ce réfrigérateur doit être installé conformément aux **Instructions à l'intention de l'installateur** apposées à l'avant du réfrigérateur.

- Une fois le réfrigérateur mis en marche, ne touchez pas les surfaces froides du compartiment de congélation lorsque vous avez les mains humides ou trempées. La peau pourrait adhérer aux surfaces extrêmement froides.

- NE TOUCHEZ PAS le mécanisme de la machine à glaçons automatique pendant que le réfrigérateur est branché.

- Ne recongelez PAS des aliments ayant complètement décongelé. Le département d'agriculture des États-Unis dans sa publication Home and Garden Bulletin No. 69 précise :

  …Vous pouvez recongeler en toute sécurité des aliments ayant décongelé s'ils contiennent toujours des cristaux de glace ou s'ils sont toujours froids, sous 4°C.

  …Les viandes hachées, les volailles ou le poisson présentant des odeurs ou étant décolorés ne doivent être ni recongelés ni consommés. La crème glacée décongelée doit être jetée. Si l'odeur ou la couleur d'un aliment semble suspecte, jetez l'aliment. La consommation de l'aliment pourrait être dangereuse.

  Même une décongélation et une recongélation partielles réduit la qualité sanitaire des aliments, particulièrement pour les fruits, les légumes et les aliments préparés. La qualité sanitaire des viandes rouges est moins exposée que celle des autres aliments. Utilisez les aliments recongelés le plus tôt possible afin de préserver leur qualité au maximum.

---

 **⚠ AVERTISSEMENT :** Ce produit contient des produits chimiques pouvant, d'après l'État de Californie, causer le cancer ou des malformations congénitales ou autres troubles de la reproduction. *Lavez-vous les mains après usage.*

## CONSERVEZ CES INSTRUCTIONS

# ⚠ DANGER : RISQUE DE PIÉGEAGE DES ENFANTS

Les réfrigérateurs abandonnés sont dangereux, même s'ils sont laissés sans surveillance seulement quelques jours. Si vous souhaitez vous débarrasser de votre ancien réfrigérateur, veuillez suivre les instructions à droite pour éviter les accidents (piégeage et suffocation des enfants).



**AVANT DE JETER VOTRE ANCIEN RÉFRIGÉRATEUR OU CONGÉLATEUR :**

- Retirez les portes.
- Laissez les étagères en place afin que les enfants ne puissent pas grimper facilement à l'intérieur.

# ÉLIMINATION DES CFC

Votre ancien réfrigérateur peut comporter un système de refroidissement qui utilisait des CFC (chlorofluorocarbures). Les scientifiques estiment que les CFC endommagent l'ozone stratosphérique.

Si vous mettez au rebut votre ancien réfrigérateur, assurez-vous que le réfrigérant CFC est retiré en vue d'une élimination appropriée par un technicien qualifié. Si vous libérez intentionnellement ce réfrigérant CFC, vous pourriez écoper d'une amende et d'une peine d'emprisonnement conformément aux dispositions de la législation environnementale.

# CONDITIONS ÉLECTRIQUES ET DE MISE À LA MASSE

**IMPORTANT :** Veuillez lire attentivement.
## POUR EFFECTUER LES BRANCHEMENTS ÉLECTRIQUES

---

### ⚠ AVERTISSEMENT

#### Risque d'électrocution

**POUR GARANTIR LA SÉCURITÉ,** cet appareil doit être correctement mis à la terre. Faites vérifier la prise murale et le circuit par un électricien qualifié pour vous assurer que la prise est correctement mise à la terre.

---



Prise murale de type mise à la terre à 3 connecteurs

Fiche à trois connecteurs avec mise à la terre

Vérifiez l'existence d'une mise à la terre appropriée avant de commencer l'utilisation.

## MÉTHODE DE MISE À LA TERRE RECOMMANDÉE

Le réfrigérateur doit toujours être branché sur sa propre prise secteur correctement mise à la terre avec des valeurs nominales de 115 volts, 60 Hz, protégée par un fusible de 15 ou 20 ampères. Cela garantit les meilleures performances et évite également une surcharge des circuits domestiques qui pourrait créer un risque d'incendie par surchauffe des fils. Il est recommandé d'utiliser un circuit séparé pour alimenter cet appareil.

Utilisez une prise ne pouvant pas être mise hors tension par un interrupteur. N'utilisez pas de rallonge.

En présence d'une prise à deux connecteurs, vous avez la responsabilité et l'obligation de la remplacer par une prise à 3 connecteurs correctement mise à la terre.

## UTILISATION DE RALLONGES

**En raison de risques en matière de sécurité dans certaines conditions, l'utilisation d'une rallonge n'est pas recommandée.** Cependant, si vous choisissez quand même d'utiliser une rallonge, il est absolument nécessaire d'utiliser une rallonge UL (États-Unis) à 3 conducteurs avec broche de mise à la terre, dont les caractéristiques nominales sont de 15 ampères (minimum) et 120 volts.

L'utilisation d'une rallonge augmente le dégagement requis à l'arrière du réfrigérateur.

# PIÈCES ET FONCTIONNALITÉS

Utilisez cette page pour vous familiariser avec les pièces et les fonctionnalités du réfrigérateur. Des renvois aux pages sont inclus pour simplifier la consultation.

**REMARQUE :** Ce guide couvre plusieurs modèles. Le réfrigérateur que vous avez acheté peut comporter tous les éléments répertoriés ci-dessous ou seulement une partie. Les emplacements des divers éléments indiqués ci-dessus peuvent ne pas correspondre à votre modèle.

- A Éclairage du réfrigérateur
- B Filtre à eau (intérieur)
- C Bacs de porte fixes
- D Emplacement à glace
  (Machine à glaçons et bac à glaçons)
- E Éclairage du réfrigérateur
- F Meneau articulé
- G Couvercle du réservoir d'eau
- H Bac à légumes à humidité contrôlée
- I Tiroir garde-manger à température contrôlée
- J Diviseur de durabase

- K Panneau de commande
- L Kenmore Connect™
- M Filtre d'air
- N Bac à produits laitiers réglable
- O Étagères du réfrigérateur
- P Bacs de porte ajustables
- Q Air tiroir serrés
- R Tiroir coulissant
- S Tiroir coulissant
- T Durabase



Machine à glaçons

Bac à glace

Porte du compartiment à glace

98

# INSTALLATION DU RÉFRIGÉRATEUR

## ⚠ AVERTISSEMENT

**Risques liés au poids excessif :**

Faites appel à au moins deux personnes pour déplacer et installer le réfrigérateur. Sinon, il y a risque de blessures au dos ou d'autres blessures.

## DÉBALLAGE DU RÉFRIGÉRATEUR

Retirez les bandes adhésives et les étiquettes temporaires du réfrigérateur avant de l'utiliser. Ne retirez pas les étiquettes d'avertissement, l'étiquette de numéro de modèle et de numéro de série, ou la fiche signalétique qui se trouve sous la partie avant du réfrigérateur derrière la grille de base.

Pour retirer une bande adhésive ou de la colle résiduelle, frottez la zone concernée avec votre pouce. Les résidus de bande adhésive ou de colle peuvent être facilement retirés en les frottant avec vos doigts et une petite quantité de liquide vaisselle. Essuyez avec de l'eau chaude et séchez.

N'utilisez pas d'instruments pointus, d'alcool à friction, de liquides inflammables ou de nettoyants abrasifs pour retirer des résidus de bande adhésive ou de colle. Ces produits peuvent endommager la surface du réfrigérateur.

Les étagères du réfrigérateur sont installées en position d'expédition. Veuillez réinstaller les étagères en fonction de vos besoins de stockage.

## ⚠ AVERTISSEMENT

**Risques liés au poids excessif :**

Le réfrigérateur est lourd. Lors du déplacement du réfrigérateur à des fins de nettoyage ou d'entretien, veillez à protéger le sol. Tirez toujours le réfrigérateur en le maintenant bien droit à la verticale lorsque vous le déplacez. Évitez de déplacer le réfrigérateur par basculements successifs, vous risquez d'endommager le sol.

## ⚠ AVERTISSEMENT

**Risque d'explosion :**

Maintenir les vapeurs et produits inflammables, comme l'essence, loin du réfrigérateur. Sinon, vous risquez de provoquer un incendie, une explosion ou des blessures mortelles.

## AVANT L'UTILISATION

1. Nettoyez complètement le réfrigérateur et essuyez la poussière accumulée pendant l'expédition.

2. Installez les accessoires tels que le bac à glaçons, les tiroirs, les étagères, etc., à leurs positions appropriées. Ces éléments sont emballés ensemble pour éviter d'éventuels dommages pendant l'expédition.

3. Laissez le réfrigérateur fonctionner pendant au moins deux à trois heures avant d'y placer des aliments. Contrôlez la circulation d'air froid dans le compartiment du congélateur pour vérifier un refroidissement approprié. Le réfrigérateur est maintenant prêt à être utilisé.

## INSTALLATION

Le réfrigérateur doit toujours être branché sur sa propre prise secteur correctement mise à la terre avec des valeurs nominales de 115 volts, 60 Hz, protégée par un fusible de 15 ou 20 ampères. Cela garantit les meilleures performances et évite également une surcharge des circuits domestiques qui pourrait créer un risque d'incendie par surchauffe des fils. Il est recommandé d'utiliser un circuit séparé pour alimenter cet appareil.

---

### ⚠ AVERTISSEMENT

**Risque d'électrocution :**

Pour réduire le risque d'électrocution, n'installez pas le réfrigérateur dans une zone humide ou trempée.

---

## INSTALLATION (suite)

1. Pour éviter bruit et vibration, l'appareil doit être mis à niveau et installé sur un plancher solidement construit. Si nécessaire, ajustez les cales de réglage pour compenser tout défaut de planéité du sol. L'avant doit être légèrement plus haut que l'arrière pour favoriser la fermeture de la porte. Les cales de réglage peuvent être tournées facilement en faisant basculer légèrement l'armoire. Tournez les cales de réglage dans le sens des aiguilles d'une montre pour relever l'unité ou dans le sens inverse des aiguilles d'une montre pour l'abaisser. (Voir MISE À NIVEAU ET ALIGNEMENT DES PORTES.)

   **REMARQUE :** L'installation sur de la moquette, des surfaces carrelées molles, sur une plateforme ou sur une structure mal supportée n'est pas recommandée.

2. Installez cet appareil dans une zone où la température est comprise entre 55°F (13°C) et 110°F (43°C). Si la température autour de l'appareil est trop basse ou trop élevée, la capacité de refroidissement peut être compromise.

3. Choisissez un emplacement où un approvisionnement d'eau peut être facilement raccordé pour la machine à glaçons automatique.

   **REMARQUE :** La pression d'eau doit être comprise entre 1,38 et 8,27 bars. Si le réfrigérateur est installé à un endroit où la pression d'eau est faible (inférieure à 1,38 bar, soit 20 psi), vous pouvez installer une pompe d'appoint pour compenser cette pression faible.

4. Une distance trop courte des éléments adjacents peut diminuer la capacité de congélation et peut augmenter les coûts de la consommation d'électricité. Laisser au moins une distance de 24 pouces (61 cm.) devant le réfrigérateur pour pouvoir ouvrir les portes, et au moins 2 pouces (5,08 cm.) entre la face arrière du réfrigérateur et le mur.



5,08 cm (1 po.)

**REMARQUE :** Le retrait des portes est toujours recommandé lorsqu'il faut faire passer le réfrigérateur par une ouverture étroite. S'il faut retirer les poignées, procédez comme suit.

## COMMENT RETIRER LA POIGNÉE DE LA PORTE DU RÉFRIGÉRATEUR

**REMARQUE :** L'aspect de la poignée peut être différent de celui des illustrations sur cette page.

### Retrait de la poignée du réfrigérateur

Desserrez les vis pression avec une clé hexagonale de $^3/_{32}$ po. (2,5 mm) et retirez la poignée.

**REMARQUE :** Si les attaches de montage de la poignée doivent être serrées ou retirées, utilisez une clé hexagonale de $^1/_4$ po. (6,4 mm).



Attaches de montage

Vis de pression

Clé hexagonale

## COMMENT REMETTRE EN PLACE LA POIGNÉE DE LA PORTE DU RÉFRIGÉRATEUR

**REMARQUE :** L'aspect de la poignée peut être différent de celui des illustrations sur cette page.

### Remise en place de la poignée de porte du réfrigérateur

Placez la poignée sur la porte en ajustant l'empreinte de la poignée sur les attaches de montage et en serrant les vis de pression avec une clé hexagonale de $^3/_{32}$ po. (2.5 cm).

**REMARQUE :** Si les attaches de montage de la poignée doivent être serrées ou retirées, utilisez une clé hexagonale de $^1/_4$ po. (6,4 mm).



Attaches de montage

**INSTALLATION DU RÉFRIGÉRATEUR**

**REMARQUE :** Le retrait des portes est toujours recommandé lorsqu'il faut faire passer le réfrigérateur par une ouverture étroite. S'il faut retirer les poignées, procédez comme suit.

## COMMENT RETIRER LA POIGNÉE DE LA PORTE DU CONGÉLATEUR

**REMARQUE :** L'aspect de la poignée peut être différent de celui des illustrations sur cette page.

### Retrait de la porte du tiroir du congélateur

Desserrez les vis pression situées du côté inférieur de la poignée avec une clé hexagonale de ⅛ po. (3,1 mm) et retirez la poignée.

**REMARQUE :** Si les attaches de montage de la poignée doivent être serrées ou retirées, utilisez une clé hexagonale de ¼ po. (6,4 mm).



## COMMENT REMETTRE EN PLACE LA POIGNÉE DE LA PORTE DU CONGÉLATEUR

**REMARQUE :** L'aspect de la poignée peut être différent de celui des illustrations sur cette page.

### Remise en place de la poignée du tiroir du congélateur

Placez la poignée sur la porte en ajustant l'empreinte de la poignée sur les attaches de montage et en serrant les vis de pression avec une clé hexagonale de ⅛ po. (3,1 mm).

**REMARQUE :** Si les attaches de montage de la poignée doivent être serrées ou retirées, utilisez une clé hexagonale de ¼ po. (6,4 mm).



---

### ⚠ AVERTISSEMENT

Lors de la mise en place ou du retrait des poignées

• Saisissez fermement la poignée pour qu'elle ne tombe pas et ne provoque pas de blessures.

• Empêchez la poignée de basculer vers des personnes ou des animaux.

• Alignez exactement les trous de la plaque de la poignée sur l'axe de butée de la porte, puis vissez les vis pour fixer la poignée.

• Assurez-vous qu'il n'y a pas d'interstice entre la porte et la poignée une fois cette dernière en place.

# RETRAIT ET REMISE EN PLACE DES PORTES DU RÉFRIGÉRATEUR

## ⚠ AVERTISSEMENT

### Risques liés au poids excessif :

Faites appel à au moins deux personnes pour retirer et installer le réfrigérateur. Sinon, il y a risque de blessures au dos ou d'autres blessures.

## ⚠ AVERTISSEMENT

### Risque d'électrocution

- Déconnectez l'alimentation électrique du réfrigérateur avant de procéder à l'installation. Sinon, vous risquez de vous blesser ou de subir une issue fatale.

- Ne placez pas les mains, les pieds ou autres objets dans les ouvertures d'aération, la grille de base ou le bas du réfrigérateur. Vous pourriez vous blesser ou être électrocuté.

**REMARQUE :** Soyez prudent lorsque vous travaillez sur la charnière et la grille de base. Vous pourriez vous blesser.

**Pour retirer la porte de gauche du réfrigérateur :**

À l'arrière du réfrigérateur, tirez le tube d'eau hors du raccord de la pince de serrage en appuyant sur l'anneau de pincement du raccord (voir la figure ci-dessous).



⚠ **ATTENTION :** Avant de commencer, retirez des portes les aliments et les bacs.



1. Ouvrez la porte. Retirez la vis du couvercle de la charnière supérieure (1).
2. Utilisez un tournevis à lame plate pour soulever vers l'arrière les crochets (non illustrés) à l'avant sous le couvercle (2). Soulevez le couvercle.
3. Retirez le couvercle. Tirez le tube pour l'extraire (3).
4. Débranchez tous les faisceaux de fils (4).
5. Retirez la vis de mise à la terre (5).
6. Faites pivoter le levier de la charnière (6) dans le sens inverse des aiguilles d'une montre. Soulevez la charnière supérieure (7) pour la libérer du levier de fermeture de la charnière (8).

⚠ **ATTENTION :** Lors du soulèvement de la charnière du levier de fermeture, veillez à ce que la porte ne tombe pas en avant.

7. Soulevez la porte de la tige d'articulation du milieu et retirez la porte.
8. Placez la porte, face intérieure vers le haut, sur une surface non griffante.

**Pour retirer la porte droite du réfrigérateur :**



1. Ouvrez la porte. Retirez la vis du couvercle de la charnière supérieure (1). Soulevez le couvercle (2).
2. Retirez le couvercle.
3. Faites pivoter le levier de la charnière (3) dans le sens des aiguilles d'une montre. Soulevez la charnière supérieure (4) pour la libérer du levier de fermeture de la charnière (5).

⚠ **ATTENTION :** Lors du soulèvement de la charnière du levier de fermeture, veillez à ce que la porte ne tombe pas en avant.

4. Soulevez la porte de la tige d'articulation du milieu et retirez la porte.
5. Placez la porte, face intérieure vers le haut, sur une surface non griffante.

**Réinstallation de la porte du réfrigérateur**



► **Porte gauche**

1. Posez la porte sur la tige d'articulation du milieu (10).

2. Placez la charnière supérieure (7) sur le levier de fermeture de la charnière (8) et en position. Faites pivoter le levier (6) dans le sens des aiguilles d'une montre pour fixer la charnière.

3. Installez la vis de mise à la terre (5) et connectez les deux faisceaux de fils (4).

4. Poussez le tuyau d'eau (3) situé en haut de la porte gauche dans le trou à côté de la charnière gauche au-dessus de l'armoire jusqu'à ce qu'il sorte par l'arrière.

5. Insérez le tuyau d'approvisionnement d'eau (3) dans le connecteur jusqu'à ce que vous ne voyiez qu'une seule graduation. Insérez complètement le tube sur ⅝ po. (15 mm).

6. Accrochez les pattes sur le côté gauche du couvercle de la charnière (1) sous le bord de la charnière supérieure (7) et positionnez le couvercle en place. Insérez et serrez la vis du couvercle (1).



► **Porte droite**

1. Posez la porte sur la tige d'articulation du milieu (9).

2. Placez la charnière supérieure (4) sur le levier de fermeture de la charnière (5) et en position. Faites pivoter le levier (3) dans le sens inverse des aiguilles d'une montre pour fixer la charnière.

3. Accrochez les pattes sur le côté droit du couvercle de la charnière (2) sous le bord de la charnière supérieure (4) et positionnez le couvercle en place. Insérez et serrez la vis du couvercle (1).





# ⚠ **ATTENTION**





Pince de serrage
Tuyau
Graduation
Étrier

Après insertion, tirez le tuyau pour vérifier qu'il est bien fixé et réinsérez l'étrier.

## COMMENT RETIRER LE TIROIR DU CONGÉLATEUR

⚠ **AVERTISSEMENT :** Faites appel à au moins deux personnes pour retirer et installer le tiroir du congélateur. Sinon, il y a risque de blessures au dos ou d'autres blessures.

⚠ **ATTENTION :** Ne tenez pas la poignée lors du retrait ou de la remise en place du tiroir. La poignée pourrait tomber et provoquer une blessure.

**REMARQUE :** Dans les figures suivantes, le tiroir coulissant situé au-dessus du tiroir du congélateur n'apparaît pas par souci de clarté.

Tirez le tiroir en position d'ouverture maximale. Retirez le panier inférieur ① en soulevant le panier du système de rails.



Retirez les vis ② du rail des deux côtés.



Saisissez le tiroir de chaque côté et tirez-le vers le haut pour le séparer des rails.



Des deux mains, tenez la barre centrale et poussez-la vers l'intérieur pour permettre aux deux rails de glisser vers l'intérieur simultanément.



## COMMENT INSTALLER LE TIROIR DU CONGÉLATEUR

Des deux mains, saisissez la barre centrale et tirez-la vers l'extérieur jusqu'à ce que les deux rails soient entièrement sortis.



Saisissez le tiroir de chaque côté et accrochez les supports de la porte ① dans les pattes du rail ② se trouvant des deux côtés.



Abaissez la porte à sa position finale et serrez les vis ③ situées des deux côtés.



Le tiroir étant entièrement sorti, insérez le panier inférieur ④ dans le rail.



⚠ **AVERTISSEMENT :** Si le diviseur du Durabase est retiré, il y a suffisamment d'espace ouvert pour permettre à des enfants ou des animaux de se glisser à l'intérieur. Pour éviter les risques qu'un enfant ou un animal reste coincé ou suffoque accidentellement, NE LES LAISSEZ PAS toucher le tiroir du congélateur ou s'en approcher.

⚠ **AVERTISSEMENT :** NE montez PAS et n vous asseyez pas sur le tiroir du congélateur.

# MISE À NIVEAU ET ALIGNEMENT DES PORTES

### Mise à niveau

Après l'installation, branchez le cordon d'alimentation du réfrigérateur sur une prise à 3 connecteurs mise à la terre et poussez le réfrigérateur en position finale.

Le réfrigérateur comporte deux cales de réglage à l'avant, une du côté droit, l'autre du côté gauche. Ajustez les cales de réglage pour modifier l'inclinaison avant-arrière ou côté à côté. Si le réfrigérateur semble instable, ou si vous souhaitez que les portes se ferment plus facilement, réglez l'inclinaison du réfrigérateur en utilisant les instructions ci-dessous :

**REMARQUE :** Outils requis : Clé de $^{11}/_{16}$ po. (18 mm) ou tournevis à lame plate.

1. Tournez la cale de réglage dans le sens inverse des aiguilles d'une montre pour soulever ce côté du réfrigérateur ou dans le sens des aiguilles d'une montre pour l'abaisser. Il faudra éventuellement plusieurs tours de cales de réglage pour régler l'inclinaison du réfrigérateur.



**REMARQUE :** Demandez à une personne de pousser vers l'arrière le haut du réfrigérateur pour retirer une partie du poids sur les cales de réglage. Cela simplifie le réglage des cales.

2. Ouvrez de nouveau les portes pour vérifier qu'elles se ferment facilement. Si les portes ne se ferment pas facilement, inclinez le réfrigérateur un peu plus vers l'arrière en tournant les deux cales de réglage dans le sens inverse des aiguilles d'une montre. Il faudra éventuellement plusieurs tours, et vous devrez effectuer le même nombre de tours pour les deux cales de réglage.

**REMARQUE :** Votre réfrigérateur est doté de deux portes. Chacune peut être ouverte ou fermée indépendamment. Vous devrez éventuellement exercer une légère pression sur les portes pour les fermer complètement.

### Alignement des portes

Les portes gauche et droite du réfrigérateur possèdent un écrou ajustable, situé sur la charnière inférieure, pour les soulever et les abaisser afin de les aligner.

Si l'espace entre vos portes n'est pas uniforme, suivez les instructions ci-dessous pour les aligner :

Utilisez la clé (incluse avec le Guide d'utilisation et d'entretien) pour tourner l'écrou dans la charnière de la porte afin d'en ajuster la hauteur. Tournez dans le sens des aiguilles d'une montre pour augmenter la hauteur ou dans le sens inverse des aiguilles d'une montre pour la diminuer.



# UTILISATION DU RÉFRIGÉRATEUR

## RÉGLAGE DES CONTRÔLES

**Température**



- **Le contrôle Refrigerator Temp va de 33°F à 46°F (1°C à 8°C).** Appuyez sur le bouton **Refrigerator Temp** pour parcourir les réglages de température disponibles un incrément à la fois.

- **Le contrôle Freezer Temp va de -6°F à 8°F (-21°C à -13°C).** Appuyez sur le bouton **Freezer Temp** pour parcourir les réglages de température disponibles un incrément à la fois.

**REMARQUE :** Lors du changement des réglages de contrôle, attendez 24 heures avant d'effectuer des ajustements supplémentaires. Les contrôles sont correctement réglés lorsque la température du lait ou du jus vous convient et que la crème glacée est ferme. Si la température est trop basse ou trop élevée, changez le réglage un incrément à la fois. Attendez 24 heures que le changement se stabilise avant de procéder à un nouveau réglage.

### Circulation d'air

Veillez à ne pas obstruer les ouvertures d'aération lors du remplissage du réfrigérateur. Vous pourriez ainsi restreindre la circulation de l'air et faire monter la température du réfrigérateur ou provoquer l'accumulation d'humidité à l'intérieur. (Voir le schéma de circulation d'air ci-dessous.)



### Distributeur



Le distributeur fournit de l'eau, des glaçons ou de la glace pilée. Appuyez sur l'icône de votre choix : (①) eau, (②) glaçons, (②) glace pilée. L'icône s'allume lorsque vous appuyez dessus.

**REMARQUE :** L'affichage de contrôle est doté d'une commande tactile. Une humidité excessive sur l'affichage peut causer un dysfonctionnement. Maintenez l'affichage propre et sec.

**REMARQUE :** si l'icône de verrouillage est allumée, vous ne pouvez pas choisir le mode du distributeur. Vérifiez si le mode de verrouillage des commandes est activé ou désactivé sur le panneau de commande.

⚠ **AVERTISSEMENT :** Le distributeur ne fonctionnera pas si une porte est laissée ouverte ou si le verrou de contrôle est activé.

**UTILISATION DU RÉFRIGÉRATEUR**

### Filtre d'air



Le filtre à air aide à retirer les odeurs du réfrigérateur. Le filtre à air a deux réglages, automatique et MAX. En mode Automatique, le filtre à air cyclera à marche et arrêt en incréments de dix minutes de marche et cent dix minutes d'arrêt. Si réglé en mode MAX, le filtre à air restera en marche continuellement pendant quatre heures, passant de marche à arrêt en incréments de dix minutes de marche et cinq minutes d'arrêt. Après quatre heures, le filtre à air passe au mode Automatique.

- Le mode Automatique est le mode par défaut.
- Appuyez sur le bouton de filtre à air une fois pour le mode MAX

### Réinitialisation du Filtre d'air



Quand le symbole CHANGE s'allume, le filtre d'air doit être changé. Après avoir changé le filtre d'air, appuyer sur le bouton du Filtre d'air pendant trois secondes pour éteindre la lumière du symbole. Il est conseillé de changer le filtre d'air tous les six mois.

### Machine à glaçons ACTIVÉE/DÉSACTIVÉE



- Pour mettre en marche ou éteindre la machine à glaçons, appuyez sur le bouton Ice Maker.

### Extra glace



- Lorsque vous maintenez enfoncée la touche Ice Maker pendant trois secondes, le graphique s'allumera à l'écran et continuera pendant 24 heures. La fonction s'éteindra automatiquement après 24 heures.

**REMARQUE :** Lorsque vous sélectionnez la fonction Extra glace, l'icône de la machine à glaçons s'éteindra brièvement, puis se rallumera. Ceci est normal.

- Vous pouvez arrêter cette fonction manuellement en maintenant à nouveau la touche enfoncée.
- Cette fonction augmente les possibilités de fabrication de glace et de congélation.

### Réinitialisation du filtre à eau



Quand le symbole CHANGE s'allume, vous devez changer le filtre à eau. Après le changement de filtre à eau, maintenez enfoncé le bouton **Ice maker** (Filtre à eau) pendant trois secondes pour éteindre le témoin. Vous devez changer le filtre à eau environ tous les six mois.

### Éclairage du distributeur



Cet éclairage comporte trois réglages : Activé, Désactivé et Veilleuse. Sélectionnez l'option Veilleuse le soir. L'éclairage s'allumera automatiquement à pleine capacité lorsque le volet du distributeur est enfoncé.

### Meneau articulé

Cette fonction est une bande métallique attachée à la porte gauche qui s'articule (pivote) sur 90 degrés lorsque la porte est fermée, formant un meneau (base) sur lequel viennent s'appuyer les joints d'étanchéité des portes gauche et droite.

### ⚠ ATTENTION

Pour réduire les risques d'égratignures de la porte ou de rupture du meneau de la porte, veuillez vous assurer que le meneau de la porte du réfrigérateur est toujours replié vers l'intérieur.




### Alarme de porte 

• Lorsqu'une alimentation électrique est connectée au réfrigérateur, l'alarme de la porte est initialement activée. Lorsque vous appuyez sur le bouton **Door Alarm**, l'affichage change à OFF et la fonction **Door Alarm** se désactive.

• Lorsque la porte du réfrigérateur ou du congélateur est laissée ouverte pendant plus de 60 secondes, l'alarme retentit pour vous indiquer que la porte est ouverte.

• Lorsque vous fermez la porte, l'alarme s'arrête.

### De commande de verrouillage 

• Lors de la connexion initiale de l'alimentation électrique au réfrigérateur, la fonction **Verrou** est désactivée.

• Si vous souhaitez activer la fonction **Verrou** pour verrouiller d'autres boutons, maintenez enfoncé le bouton **Control Lock** pendant plus de trois secondes. L'icône **Control Lock** s'affiche et la fonction **Verrou** est maintenant activée.

• Lorsque la fonction **Verrou** est activée, aucun autre bouton ne fonctionne. Le bloc du distributeur est également désactivé.

• Pour désactiver la fonction **Verrou**, maintenez enfoncé le bouton **Control Lock** pendant environ trois secondes.

### Fonction de changement de mode de température (°F <->°C)

Si vous souhaitez passer de °F à °C ou vice versa, maintenez enfoncés les boutons **Freezer Temp** et **Refrigerator Temp** simultanément pendant environ cinq secondes.

Le mode Démonstration (**pour utilisation en magasin seulement**)

Le **mode Démonstration** désactive tout refroidissement dans les sections réfrigérateur et congélateur pour préserver l'énergie alors que l'affichage est activé chez un détaillant. Lorsque cette fonction est activée, OFF s'affiche sur le panneau de commande.



**Pour désactiver cette fonction :**

L'une des portes du réfrigérateur étant ouverte, maintenez enfoncés les boutons **Refrigerator Temp** et **Ice Maker** en même temps pendant cinq secondes. Le panneau de commande émet un bip et les réglages de température s'affichent pour confirmer la désactivation du **mode Démonstration**. Utilisez la même procédure pour activer le **mode Démonstration**.

**UTILISATION DU RÉFRIGÉRATEUR**

## BAC À GLAÇONS DANS LA PORTE

⚠ **ATTENTION :** Maintenez les mains et les outils loin de la porte du compartiment à glaçons et du déversoir du distributeur. Sinon, vous risquez d'endommager l'appareil ou de vous blesser.

La machine à glaçons s'arrête de produire de la glace lorsque le bac à glaçons dans la porte est plein. Si vous avez besoin de plus de glaçons, videz le bac à glaçons dans le bac à glaçons supplémentaire dans le compartiment congélateur. En cours d'utilisation, le niveau des glaçons peut devenir irrégulier et la machine à glaçons pourrait alors mal estimer la quantité de cubes de glace et cesser la production de glaçons. Pour corriger ce problème, il suffit parfois de secouer le bac à glaçons.

**REMARQUE :** Le stockage de boîtes ou autres éléments dans le bac à glaçons endommagera la machine à glaçons.

Maintenez la porte du compartiment à glaçons hermétiquement fermée. Si la porte du compartiment à glaçons n'est pas hermétiquement fermée, l'air froid du compartiment à glaçons fera geler la nourriture dans le compartiment réfrigérateur. Cela pourrait également entraîner l'arrêt de la production de glaçons.

**REMARQUE :** Il est recommandé de vider la réserve à glaçons si la touche Marche/Arrêt de la fabrique de glace est sur Arrêt pendant une période prolongée.



⚠ **ATTENTION**
Lors de la manipulation du bac à glaçons, tenez les mains éloignées du bac de la machine à glaçons pour éviter de vous blesser.

1. Tirez ou poussez la poignée de la porte pour ouvrir ou fermer le compartiment à glaçons.



2. Pour retirer le bac à glaçons de la porte, saisissez la poignée avant, soulevez légèrement la partie inférieure, et tirez lentement le bac pour l'extraire comme illustré.



3. Pour réinstaller le bac à glaçons dans la porte, inclinez légèrement le bac pendant la remise en place pour éviter tout contact avec la machine à glaçons.



4. Évitez de toucher le dispositif d'arrêt automatique (levier) lorsque vous replacez la réserve à glaçons. Pour plus de détails, reportez-vous à l'étiquette sur la porte du compartiment à glaçons.



Dispositif d'arrêt automatique (levier)

## MACHINE À GLAÇONS AUTOMATIQUE

La glace est fabriquée dans la machine à glaçons automatique et envoyée dans le distributeur. La fabrique de glace produit entre 70 et 182 glaçons par période de 24 heures en fonction de la température du compartiment congélateur, de la température ambiante, du nombre d'ouvertures de la porte et d'autres conditions de fonctionnement.

- Il faut compter entre 12 et 24 heures avant qu'un réfrigérateur venant d'être installé commence à fabriquer de la glace. Attendez 72 heures pour une production maximale de glace.

- La fabrication de glace s'arrête dès que le bac de stockage de glace est plein. Lorsqu'il est plein, le bac à glace contient environ 6 à 8 (34 à 45 cl) verres de glace.

- La présence de substances étrangères ou de givre sur le dispositif d'arrêt automatique (levier) peut interrompre la production de glaçons. Veillez à ce que le levier reste propre en permanence pour garantir un bon fonctionnement.

- Pour augmenter la production de glaçons, utilisez la fonction Ultra Ice. Cette fonction permet d'augmenter les capacités de congélation et de fabrication de glace.

---

## ⚠ AVERTISSEMENT

**Risque de blessure**

N'approchez PAS les doigts ou les mains du mécanisme de la machine à glaçons automatique pendant que le réfrigérateur est branché.



Machine à glaçons

Dispositif d'arrêt automatique (levier)

## MACHINE À GLAÇONS AUTOMATIQUE (suite)

### ⚠ ATTENTION

- Les tout premiers glaçons et la première eau distribuée peuvent comporter des particules ou présenter une odeur provenant du circuit d'approvisionnement d'eau ou du réservoir d'eau.

- Jetez les premiers lots de glaçons. Cela est également nécessaire lorsque le réfrigérateur n'a pas été utilisé pendant une période prolongée.

- Ne stockez jamais des boîtes de boissons ou autres articles dans le bac à glace pour obtenir un refroidissement rapide. Vous pourriez endommager la machine à glaçons automatique ou les contenants peuvent éclater.

- Si de la glace décolorée est distribuée, vérifiez le filtre d'eau et l'approvisionnement d'eau. Si le problème persiste, contactez un centre d'entretien Sears ou un autre centre d'entretien qualifié. Évitez d'utiliser la glace ou l'eau tant que le problème n'est pas réglé.

- Ne laissez pas les enfants s'approcher du distributeur. Les enfants pourraient jouer avec les contrôles ou les endommager.

- Le passage de la glace peut devenir obstrué par du givre si uniquement de la glace concassée est employée. Retirez le givre qui s'accumule en retirant le bac à glaçons et en dégageant le passage avec une spatule en caoutchouc. La distribution de glace en cubes peut également contribuer à empêcher la formation de givre.

- N'utilisez jamais de verre ou de vaisselle en cristal pour recueillir la glace. De tels contenants peuvent s'ébrécher ou se casser en fragments de verre dans la glace.

- Distribuez la glace dans un verre avant de l'ajouter à de l'eau ou à d'autres boissons. Des éclaboussures peuvent se produire si la glace est distribuée dans un verre contenant déjà du liquide.

- N'utilisez jamais un verre qui est exceptionnellement étroit ou profond. De la glace pourrait se coincer dans le passage de glaçons et les performances du réfrigérateur pourraient être compromises.

- Maintenez le verre à une distance appropriée de la sortie de distribution de la glace. La présentation d'un verre trop près de la sortie peut empêcher la distribution de la glace.

- Pour éviter tout risque de blessure, n'approchez pas les mains de la porte et du passage de la glace.

- Ne retirez jamais le couvercle du distributeur.

- Si de la glace ou de l'eau est distribuée inopinément, coupez l'alimentation en eau et contactez Sears Home Service au 1-800-4-MY HOME®.

## QUAND METTRE À L'ARRÊT LA FABRIQUE DE GLACE

- Lorsque l'approvisionnement en eau sera coupé pendant plusieurs heures.

- Lorsque le bac à glace est retiré pendant plus qu'une ou deux minutes.

- Lorsque le réfrigérateur ne sera pas utilisé pendant plusieurs jours.

  **REMARQUE :** la réserve à glaçons doit être vidée chaque fois que la touche ON/OFF(Marche/Arrêt) de la fabrique de glace est réglée sur Arrêt.

## BRUITS NORMAUX QUE VOUS POUVEZ ENTENDRE

- Si la touche MARCHE/ARRÊT de la fabrique de glace est réglée sur MARCHE, la vanne bourdonnera même si la fabrique de glace n'est pas encore raccordée à une arrivée d'eau. Pour stopper ce bourdonnement, mettez la touche sur ARRÊT.

  **REMARQUE :** si vous laissez la fabrique de glace sur MARCHE avant qu'elle ne soit raccordée à l'arrivée d'eau, vous risquez de l'endommager.

- Vous entendrez le bruit des cubes tombant dans le bac et l'eau coulant dans les tuyaux lors du remplissage de la machine à glaçons.

## PRÉPARATION POUR LES VACANCES

Réglez la touche Marche/Arrêt de la fabrique de glace sur Arrêt et coupez l'arrivée d'eau au réfrigérateur.

**REMARQUE :** La réserve à glaçons doit être vidée chaque fois que la touche Marche/Arrêt de la fabrique de glace est réglée sur Arrêt.

Si la température ambiante tombe au-dessous du niveau du gel, demandez à un technicien qualifié de drainer le système d'approvisionnement d'eau afin d'éviter de graves dégâts des eaux provoqués par la rupture d'une conduite ou d'un raccordement d'eau.

## GUIDE DE STOCKAGE DES ALIMENTS

Enveloppez ou stocker la nourriture dans le réfrigérateur dans une matière hermétique à l'épreuve de l'humidité sauf indication contraire. Cela empêche le transfert des odeurs et du goût dans le réfrigérateur. Pour les produits datés, vérifiez le code de date pour vous assurer de la fraîcheur des aliments.

| Produits | Procédure |
|---|---|
| Beurre ou margarine | ► Gardez le beurre ouvert dans une assiette couverte ou un compartiment fermé. Lors du stockage d'une réserve supplémentaire, enveloppez dans un emballage à congélation et congelez le produit. |
| Fromage | ► Stockez dans un emballage d'origine jusqu'à utilisation. Une fois ouvert, remballez hermétiquement dans un film de plastique ou du papier d'aluminium. |
| Lait | ► Essuyez les cartons de lait. Pour un meilleur stockage, placez le lait sur une étagère intérieure, et non sur une étagère de porte. |
| Œufs | ► Stockez dans le carton d'origine sur une étagère intérieure, et non sur une étagère de porte. |
| Fruit | ► Ne pas laver ou peller un fruit jusqu'à ce qu'il ne soit prêt à être consomme. Sélectionner et garder les fruits dans les récipients originaux, dans un bac, ou les garder dans un sac en papier complètement fermé, sur une étagère du réfrigérateur. |
| Légume-feuille | ► Retirez l'emballage du magasin et enlevez les zones meurtries ou décolorées. Lavez à l'eau froide et égouttez. Placez dans un sac ou un conteneur en plastique, et rangez dans le bac à légumes. |
| Légumes à peau (carottes, poivrons) | ► Placez dans des sacs ou un conteneur en plastique, et rangez dans le bac à légumes. |
| Poisson | ► Garder le poisson cru et les fruits de mer dans le congélateur, si vous nous le consommez pas le jour de l'achat. Il est conseillé de consommer le poisson cru et les fruits de mer le jour de l'achat. |
| Restes | ► Couvrez les restes avec du film plastique, du papier d'aluminium ou des contenants en plastique avec couvercle hermétique. |

## STOCKAGE DES ALIMENTS CONGELÉS

**REMARQUE :** Consultez un guide sur la congélation ou un livre de cuisine fiable pour obtenir d'autres informations sur la préparation des aliments en vue d'une congélation ou sur les durées de conservation des aliments.

### Congélation

Le congélateur ne peut pas congeler rapidement une grande quantité de nourriture. Ne placez pas d'aliments non congelés dans le congélateur qui ne pourra pas congeler en moins de 24 heures (pas plus de 2 à 3 livres de nourriture par pied cube d'espace de congélation). Laissez suffisamment d'espace dans le congélateur pour permettre la circulation de l'air entre les paquets. Veillez à laisser suffisamment d'espace à l'avant pour garantir la fermeture hermétique de la porte.

Les durées de stockage varient en fonction de la qualité et du type de nourriture, du type d'emballage ou d'enveloppement utilisé (hermétique à l'air et à l'humidité) et de la température de stockage. Les cristaux de glace à l'intérieur d'un paquet fermé sont normaux. Cela signifie simplement que l'humidité dans la nourriture et l'air à l'intérieur du paquet se sont condensés, formant des cristaux de glace.

**REMARQUE :** Laissez les aliments chauds refroidir à la température de la pièce pendant 30 minutes, puis emballez et congelez. Le refroidissement des aliments chauds avant la congélation permet d'économiser l'énergie.

### Emballage

La qualité de la congélation dépend du choix d'un emballage approprié. Lorsque vous fermez et scellez le paquet, il doit être parfaitement hermétique à l'air ou à l'humidité. Dans le cas contraire, l'odeur et le goût des aliments pourraient être transférés dans le réfrigérateur, ou les aliments congelés pourraient sécher.

### Recommandations d'emballage :
- Contenants en plastique rigide avec couvercle à fermeture hermétique
- Bocaux à bords droits/bocaux de congélation
- Papier d'aluminium renforcé
- Papier plastifié
- Films plastiques imperméables
- Sac de congélation à fermeture incorporée

Suivez les instructions de l'emballage ou du contenant pour utiliser les méthodes de congélation appropriées.

### N'utilisez pas
- Papier d'emballage de pain
- Contenants en plastique non-polyéthylène
- Contenants sans couvercle hermétique
- Papier ciré ou papier de congélation ciré
- Film fin semi-perméable

⚠ **ATTENTION :** Ne placez pas les boîtes de boissons ou les contenants de nourriture en plastique dans le compartiment congélateur. Ils pourraient se rompre ou éclater en congelant.

# SECTION RÉFRIGÉRATEUR

**DISTRIBUTEUR D'EAU**

Pour obtenir de l'eau froide, poussez l'interrupteur de distribution avec un verre.

**REMARQUE :** Le distributeur est doté d'une lumière qui s'allume lorsque la plaque du distributeur est enfoncée.



Commutateur de distribution

Poussoir

Un égouttement peut se produire après la distribution. Maintenez votre tasse sous le distributeur pendant quelques secondes après la distribution pour récupérer toutes les gouttes.

⚠ **AVERTISSEMENT :** Ne mettez pas les doigts dans le déversoir de glaçons. Vous pourriez gravement vous blesser.

⚠ **ATTENTION :** Ne déversez pas la glace dans des tasses en porcelaine ou des verres en cristal. La porcelaine ou le cristal pourrait se casser.



## ÉTAGÈRES DU RÉFRIGÉRATEUR

Les étagères du réfrigérateur sont ajustables en fonction de vos besoins. Votre modèle peut comporter des étagères en verre ou en treillis métallique.

L'ajustement des étagères en fonction de différentes hauteurs d'articles permet de trouver l'article recherché plus facilement. Cela permet également de réduire les temps d'ouverture des portes du réfrigérateur et d'ainsi économiser de l'énergie.

**IMPORTANT :** Évitez de nettoyer les étagères en verre avec de l'eau chaude alors qu'elles sont froides. Les étagères pourraient se casser si elles sont soumises à de brusques changements de température ou à un impact.

**REMARQUE :** Les étagères en verre sont lourdes. Soyez prudent lors de leur retrait.

### Réglage des étagères (en porte-à-faux)

Retirez les étagères de la position d'expédition et placez-les à la position souhaitée.

**Pour retirer une étagère**—Inclinez l'avant de l'étagère dans la direction de ① et soulevez-la dans la direction de ②. Tirez sur l'étagère pour la retirer.



**Pour réinstaller une étagère**—Inclinez l'avant de l'étagère vers le haut et introduisez les crochets de l'étagère dans les fentes à la hauteur souhaitée. Ensuite, abaissez l'avant de l'étagère afin que les crochets se positionnent dans les fentes.



⚠ **ATTENTION :** Veillez à placer les étagères au même niveau des deux côtés. Sinon, l'étagère pourrait tomber ou renverser des aliments.

### Étagère coulissante

Vous pouvez ranger des articles plus hauts, par exemple des contenants ou des bouteilles d'un gallon, en poussant simplement la moitié avant de l'étagère sous sa moitié arrière. Tirez vers vous l'avant de l'étagère pour revenir à une étagère complète.



## BAC À LÉGUMES À HUMIDITÉ CONTRÔLÉE

Les bacs à légumes préservent le goût des fruits et des légumes en vous laissant contrôler facilement l'humidité à l'intérieur du tiroir.

Vous pouvez contrôler la quantité d'humidité dans les bacs à légumes étanches en ajustant le contrôle à un réglage compris entre **VEGETABLES** et **FRUIT.**

- **VEGETABLES** maintient l'air humide dans le bac à légumes pour une meilleure conservation des légumes-feuille frais.



- **FRUIT** laisse sortir l'air humide du bac à légumes pour une meilleure conservation des fruits.

## RETRAIT DU BAC À LÉGUMES À HUMIDITÉ CONTRÔLÉE

1. Pour le retirer, tirez le tiroir pour le sortir complètement.



2. Soulevez l'avant du bac à légumes, puis tirez-le vers l'extérieur pour le sortir.

3. Pour installer le bac, inclinez légèrement l'avant vers le haut, insérez le tiroir dans le cadre et poussez-le en place.

### Pour retirer le verre

1. Soulevez le verre sous le couvercle du bac à légumes.



2. Tirez le verre vers le haut et sortez-le.

**REMARQUE :** (Tiroir non représenté par souci de clarté.)

## TIROIR GARDE-MANGER À TEMPÉRATURE CONTRÔLÉE

Le **tiroir garde-manger à température contrôlée** fournit un espace de stockage avec contrôle de température variable pouvant maintenir le compartiment à une température inférieure à la section réfrigérateur. Ce tiroir peut être utilisé pour de grands plateaux de réception, des articles d'épicerie fine et les boissons. (Ce tiroir ne doit pas être utilisé pour les légumes demandant une humidité élevée.)

Appuyez sur le bouton pour choisir entre Meat, Deli et Produce.



⚠ **ATTENTION :** Ne placez pas de bouteilles en verre dans le garde-manger. Si elles sont gelées, elles risquent de se briser et de provoquer des blessures.

## BAC DE PORTE

Les bacs de porte sont amovibles pour simplifier leur nettoyage et leur réglage.

1. Pour retirer le bac, soulevez-le simplement et tirez-le vers l'extérieur.

2. Pour remettre en place le bac, faites-le glisser à l'intérieur au-dessus du support souhaité et poussez-le vers le bas pour l'enclencher.

**REMARQUE :** Certains bacs peuvent avoir un aspect différent et ne tenir qu'à un seul emplacement.

⚠ **ATTENTION :** ne remplissez pas trop les balconnets et ne serrez pas trop les aliments dedans. Vous risquez sinon d'endommager le balconnet ou de vous blesser si les aliments sont retirés avec force.



## REMPLACEMENT DU FILTRE D'AIR

Il est conseillé de remplacer le filtre d'air:

- Tous les six mois.
- Quand le symbôle CHANGE AIR FILTER (Changer le filtre d'air) s'allume.



### 1. Retirer le filtre utilisé

Tournez le couvercle du filtre vers la gauche pour le détacher de la paroi du réfrigérateur. Le filtre se trouve à l'intérieur du couvercle du filtre. Retirez le filtre du couvercle et remplacez-le par un nouveau filtre.



### 2. Installer un nouveau filtre d'air

Placez le nouveau filtre à l'intérieur du couvercle avec le côté portant la mention « Avant » face vers l'extérieur. Tournez le filtre vers la droite pour le fixer sur la paroi du réfrigérateur.



Après avoir changé le filtre d'air, appuyer pendant trois secondes sur le bouton du Filtre d'air pour réinitialiser le senseur du filtre.

**NOTE:** Pour acheter un filtre d'air de rechange, visiter un magasin Sears ou appeler le 1-800-4-MY-HOME®. Commander en ligne: www.sears.com/partsdirect

## SECTION CONGÉLATEUR

### BAC À GLAÇONS SUPPLÉMENTAIRES

1. Tirez le tiroir du congélateur et le tiroir coulissant le plus loin possible pour retirer le bac à glace supplémentaire.

2. Soulevez délicatement le bac à glaçons et tirez vers l'extérieur pour le retirer.

3. Pour remettre en place, tirez les deux tiroirs le plus loin possible, et placez le bac à sa position appropriée dans le tiroir coulissant. Fermez le tiroir coulissant, puis le tiroir du congélateur.



Tiroir coulissant

Bac à glace supplémentaire

⚠ **ATTENTION :** Risque de pincement! N'approchez pas les mains et les pieds du tiroir du congélateur lors de l'ouverture et de la fermeture.

**UTILISATION DU RÉFRIGÉRATEUR**

### TIROIR COULISSANT

#### Caisson supérieur

1. Pour retirer, sortez le tiroir jusqu'au bout. Sur le rail gauche, utilisez un tournevis à lame plate pour enfoncer la languette afin de dégager le tiroir du rail, comme indiqué plus bas. Lorsque le côté gauche est dégagé, enfoncez la languette du côté droit du doigt pour dégager le tiroir. Soulevez l'avant du tiroir puis tirez pour le sortir.



2. . Pour replacer, penchez un peu l'avant du tiroir vers le haut, insérez le tiroir dans le cadre et repoussez le tiroir en place jusqu'à ce que vous entendiez un clic.



#### Caisson de milieu

1. Pour retirer le caisson, tirer complètement dehors. Lever le devant du caisson et tirer complètement, tout droit.



2. Pour remettre en place, inclinez légèrement l'avant du tiroir vers le haut, insérez le tiroir dans le châssis, puis poussez le tiroir en place.



### DURABASE

1. Pour retirer le Durabase, poussez-le vers l'arrière le plus loin possible. Inclinez l'avant du Durabase et tirez-le vers l'extérieur.

2. Pour le remettre en place, insérez le Durabase dans le rail.



### DIVISEUR DU DURABASE

Le diviseur du Durabase permet d'organiser le volume du Durabase en deux sections. Il peut être réglé d'un côté à l'autre pour recevoir des articles de tailles différentes.



⚠ **AVERTISSEMENT :** Si le diviseur du Durabase est retiré, il y a suffisamment d'espace ouvert à l'intérieur pour qu'un enfant ou des animaux s'y glissent.
Pour prévenir les risques qu'un enfant ou un animal reste coincé ou suffoque accidentellement, NE les laissez PAS toucher le tiroir ou s'en approcher.

118

# FILTRE À EAU

## FILTRE À EAU



Il est recommandé de remplacer le filtre à eau :

- Environ tous les 6 mois.
- Lorsque le témoin de filtre à eau s'allume.
- Lorsque le débit du distributeur d'eau diminue.
- Lorsque les cubes de glace sont plus petits que d'habitude.



### Avant de remplacer le filtre à eau :

Si la clayette supérieure située sous le filtre à haut est placée en position la plus haute, vous devrez la retirer avant de remplacer le filtre à eau.

Pour retirer une clayette — Inclinez la partie avant de la clayette vers le haut ① et soulevez-la ②. Tirez sur l'étagère pour la retirer.



### 1. Retirez l'ancien filtre à eau.

- Abaissez ou retirez l'étagère gauche supérieure pour permettre au filtre à eau de basculer complètement.
- Appuyez sur le bouton-poussoir pour ouvrir le couvercle du filtre à eau.



**REMARQUE :** Le remplacement du filtre à eau entraîne l'écoulement d'une petite quantité d'eau (environ 1 once ou 25 cc). Placez une tasse sous l'extrémité avant du couvercle du filtre à eau pour recueillir tout écoulement d'eau. Tenez le filtre à eau à la verticale, une fois qu'il est retiré, pour empêcher tout écoulement d'eau du filtre à eau.

- Tirez le filtre à eau vers le bas puis vers l'extérieur.



### 2. Remplacez par un nouveau filtre à eau.

- Sortez le nouveau filtre à eau de son emballage puis retirez l'enveloppe de protection des joints toriques. Les pattes du filtre à eau orientées en position horizontale, introduisez le nouveau filtre à eau à fond dans le collecteur.



- Faites tourner le filtre à eau en position et fermez le couvercle. Le couvercle s'enclenche s'il est correctement fermé.



### 3. Une fois le filtre à eau remis en place, distribuez 2,5 gallons d'eau (laissez couler environ 5 minutes) pour purger l'air piégé et les contaminants du système. Ne distribuez pas toute la quantité des 2,5 gallons de façon continue. Enfoncez et relâchez la plaque du distributeur pour des cycles de 30 secondes d'activation et de 60 secondes de désactivation.

### 4. Bouchon de dérivation du filtre à eau

Conservez le bouchon de dérivation du filtre à eau. Vous DEVEZ utiliser le bouchon de dérivation du filtre à eau lorsqu'une cartouche de filtre à eau de remplacement n'est pas disponible.



Bouchon de dérivation du filtre à eau

⚠ **ATTENTION :** N'UTILISEZ PAS le réfrigérateur sans avoir installé de filtre à eau ou de bouchon de dérivation du filtre à eau.

**REMARQUE :** Pour acheter un filtre à eau de remplacement, rendez-vous dans un magasin Sears ou composez le 1-800-4-MY-HOME®. En outre, vous pouvez commander en ligne à l'adresse www.sears.com/partsdirect

**FILTRE À EAU**

**Fiche technique de performances**

Cartouche de remplacement à utiliser : 04609690000P

La concentration des substances indiquées dans l'eau entrant dans le système a été réduite à une concentration inférieure ou égale à la limite autorisée pour l'eau sortant du système, telle que spécifiée dans la norme NSF/ANSI 42 et la norme 53.

 Système testé et certifié par NSF International par rapport aux normes NSF/ANSI 42 et 53 pour la réduction des substances répertoriées ci-dessous.

| Réduction des contaminants | Concentration moyen | Concentration seuil dans l'eau | % moyen de réduction | Concentration autorisée du produit dans l'eau | Concentration maximale autorisée du produit dans l'eau | Conditions de réduction NSF | Rapport de test NSF |
|---|---|---|---|---|---|---|---|
| Goût et odeur de chlore | 2,1 mg/L | 2,0 mg/L ± 10% | 97,2% | 0,06 mg/L | S/O | ≥ 50% | J-00049247 |
| Classe particulaire nominale I, ≥0,5 à < 1,0 µm | 5,600,000 pts/mL | Au moins 10 000 particules/mL | 98,7% | 73 000 pts/ml | S/O | ≥85% | J-00049282 |
| Amiante | 190 MFL | 107 à 108 MFL; fibres d'une longueur supérieure à 10 µm | >99% | < 1 MFL | S/O | ≥99% | J-0004928 |
| Atrazine | 0,0094 mg/L | 0,009 mg/L ± 10% | 94,7% | 0,00005 mg/L | 0,003 mg/L | S/O | J-00049293 |
| Benzène | 0,016 mg/L | 0,015 mg/L ± 10% | 96,7% | 0,005 mg/L | 0,005 mg/L | S/O | J-00049300 |
| Carbofuran | 0,08 mg/L | 0,08 mg/L ± 10% | 98,1% | 0,002 mg/L | 0,04 mg/L | S/O | J-00049294 |
| Lindane | 0,002 mg/L | 0,002 mg/L ± 10% | 98,2% | 0,00004 mg/L | 0,0002 mg/L | S/O | J-00051975 |
| P-Dichlorobenzène | 0,22 mg/L | 0,225 mg/L ± 10% | 99,8% | 0,0005 mg/L | 0,075 mg/L | S/O | J-00049298 |
| Toxaphène | 0,014 mg/L | 0,015 mg/L ± 10% | 93% | 0,001 mg/L | 0,003 mg/L | S/O | J-00049302 |
| 2,4-D | 0,213 mg/L | 0,210 mg/L ± 10% | 95,2% | 0,009 mg/L | 0,07 mg/L | S/O | J-00049284 |
| Plomb pH @6,5 | 0,150 mg/L | 0,15 mg/L ± 10% | >99,3% | 0,001 mg/L | 0,010 mg/L | S/O | J-00051974 |
| Plomb pH @8,5 | 0,150 mg/L | 0,15 mg/L ± 10% | >99,3% | 0,001 mg/L | 0,010 mg/L | S/O | J-00049277 |
| Mercure @ pH 6,5 | 0,0059 mg/L | 0,006 mg/L ± 10% | 96,1 | 0,0002 mg/L | 0,002 mg/L | S/O | J-00053886 |
| Mercure @ pH 8,5 | 0,0058 mg/L | 0,006 mg/L ± 10% | 90,1 | 0,0006 mg/L | 0,002 mg/L | S/O | J-00051972 |
| Sporocyste* | 120 000 sporocystes/L | 50 000 sporocystes/L minimum | 99,99% | <1 sporocystes/L | S/O | ≥99,95% | J-00049281 |

* Basé sur l'utilisation d'oocystes de Cryptosporidium parvum

| Directives d'application/Paramètres d'approvisionnement d'eau | |
|---|---|
| Débit d'utilisation | 0,5 gpm (1,9 lpm) |
| Approvisionnement d'eau | Eau potable |
| Pression de l'eau | 20-120 psi (138 - 827 kPa) |
| Température de l'eau | 33°F - 100°F (0,6°C - 38°C) |

Il est essentiel que l'installation recommandée par le fabricant, ainsi que les procédures de maintenance et de remplacement du filtre à eau soient exécutées pour garantir les performances annoncées du produit.

**REMARQUE :** Alors que le test a été effectué dans des conditions de laboratoire normales, les performances réelles peuvent varier.

Pour les coûts estimés des éléments de remplacement, veuillez composer le 1-800-469-4663 ou visitez notre site Web à l'adresse www.sears.com/partsdirect

3M est une marque commerciale de 3M Company.
NSF est une marque commerciale de NSF International.
© 2009 3M Company. Tous droits réservés.

## ⚠ AVERTISSEMENT

**Pour réduire les risques associés à l'ingestion de contaminants : N'utilisez pas d'eau présentant une insécurité microbiologique ou de qualité inconnue sans une désinfection préalable avant et après le système.** Les systèmes certifiés pour réduction de sporocystes peuvent être utilisés sur de l'eau désinfectée pouvant contenir des sporocystes filtrables. Numéro d'établissement 10350-MN-005

## ⚠ ATTENTION

**Pour réduire les risques associés aux dommages matériels dus aux fuites d'eau :**

- **Lisez et appliquez** les instructions du filtre à eau avant d'installer et d'utiliser ce système.

- L'installation et l'utilisation **DOIVENT** être conformes aux codes de plomberie locaux.

- **Ne procédez pas** à l'installation si la pression de l'eau est supérieure à 120 psi (827 kPa). Contactez un plombier professionnel en cas de doute sur la vérification de la pression de l'eau.

- **Ne procédez pas** à l'installation en présence de conditions de coup de bélier. En présence de conditions de coup de bélier, vous devez installer un antibellier. Contactez un plombier professionnel en cas de doute sur la vérification de cette condition.

- **Ne procédez pas** à l'installation sur des lignes d'adduction d'eau chaude.
La température d'eau maximale d'exploitation de ce système de filtrage à eau est de 100°F (38°C).

- **Protégez le filtre à eau du gel.** N'utilisez pas le réfrigérateur à une température amiante inférieure à 55°F. Asséchez le filtre à eau lors d'un stockage à des températures inférieures à 40°F (4,4°C).

- Le filtre à eau jetable doit être remplacé tous les six mois, à la capacité nominale, ou si une réduction notable du débit est observée.

FILTRE À EAU

State of California
Department of Public Health

# Water Treatment Device
# Certificate Number
# 09 - 2019

Date Issued:  December 15, 2009

**Manufacturer:**  Sears Roebuck and Co.

**The water treatment device(s) listed on this certificate have met the testing requirements pursuant to Section 116830 of the Health and Safety Code for the following health related contaminants:**

**Microbiological Contaminants and Turbidity**

Cysts

**Inorganic/Radiological Contaminants**

Asbestos

Lead

Mercury

**Organic Contaminants**

2,4-D Reduction

Atrazine

Benzene

Carbofuran

Lindane

p-Dichlorobenzene

Toxaphene

**Rated Service Capacity:** 200 gal          **Rated Service Flow:**  0.5 gpm

**Conditions of Certification:**

# ENTRETIEN ET NETTOYAGE

## ⚠ AVERTISSEMENT



### Risque d'explosion

Utilisez un produit de nettoyage ininflammable. Sinon, vous risquez de provoquer un incendie, une explosion ou des blessures mortelles.

Les sections réfrigérateur et congélateur se dégivrent automatiquement; cependant, il convient de nettoyer les deux sections environ une fois par mois pour empêcher la formation d'odeurs. Essuyez immédiatement les renversements.

### CONSEILS DE NETTOYAGE GÉNÉRAUX

- Débranchez le réfrigérateur ou déconnectez la source de courant.
- Retirer toutes les parties mobiles, telles que les étagères, les bacs à légumes, etc. Reportez-vous aux sections **Utilisation de votre réfrigérateur** pour consulter les instructions de retrait.
- Utilisez une éponge propre ou un chiffon doux et un détergent léger dilué dans l'eau chaude. N'utilisez pas de produits de nettoyage abrasifs ou corrosifs.
- Lavez, rincez et essuyez à la main toutes les surfaces.
- Branchez le réfrigérateur et reconnectez l'alimentation électrique.

### EXTÉRIEUR

Le cirage des surfaces métalliques peintes externes favorise la protection contre la rouille. Ne cirez pas les pièces en plastique. Cirez les surfaces métalliques peintes au moins deux fois par année à l'aide d'une cire pour appareils électroménagers (ou cire auto). Appliquez la cire avec un chiffon propre et doux.

Pour les produits dotés d'un extérieur en acier inoxydable, utilisez une éponge propre ou un chiffon doux et un détergent léger dilué dans l'eau chaude. N'utilisez pas de produits de nettoyage abrasifs ou corrosifs. Essuyez complètement avec un chiffon doux.

### PAROIS INTÉRIEURES (laissez le congélateur se réchauffer afin d'éviter que le chiffon ne colle à la surface)

Pour faciliter l'élimination des odeurs, vous pouvez laver l'intérieur du réfrigérateur avec un mélange de bicarbonate de soude et d'eau chaude. Mélangez 2 cuillerées à table de bicarbonate de soude à une pinte d'eau (26 g de bicarbonate de soude à 1 litre d'eau.) Vérifiez que le bicarbonate de soude est entièrement dissous afin qu'il ne risque pas de rayer les surfaces du réfrigérateur.

⚠ **ATTENTION :** Pendant le nettoyage de l'intérieur, n'aspergez pas d'eau.

### CONTRE-PORTES ET JOINTS

Utilisez une éponge propre ou un chiffon doux et un détergent léger dilué dans l'eau chaude. N'utilisez pas de cires nettoyantes, de détergent concentré, de javellisants ou de produits de nettoyage contenant des dérivés de pétrole sur les pièces en plastique du réfrigérateur.

### PIÈCES EN PLASTIQUE (couvercles et panneaux)

Utilisez une éponge propre ou un chiffon doux et un détergent léger dilué dans l'eau chaude. N'utilisez pas d'aérosols de fenêtres, de produits de nettoyage abrasif ou de fluides inflammables. Ceux-ci peuvent égratigner ou endommager les matériaux.

### SERPENTINS RÉFRIGÉRANTS

Utilisez un aspirateur équipé d'une rallonge pour nettoyer le couvercle et les ouvertures d'aération du serpentin réfrigérant.
Ne retirez pas le panneau couvrant la zone du serpentin réfrigérant.



ENTRETIEN ET NETTOYAGE

## REMPLACEMENT D'UNE AMPOULE D'ÉCLAIRAGE

### ⚠ AVERTISSEMENT

### Risque d'électrocution

Avant de remplacer une ampoule d'éclairage de compartiment, débranchez le réfrigérateur ou coupez l'alimentation au niveau du disjoncteur ou d'une boîte de fusibles.

**REMARQUE :** La lampe du compartiment est un éclairage intérieur LED dont l'entretien doit être confié à un technicien qualifié.

**Pour changer la lampe du compartiment congélateur**

1. Débranchez de la prise secteur le cordon d'alimentation du réfrigérateur.

2. Retirez la vis au moyen d'un tournevis.

3. Saisissez le couvercle de l'ampoule, tirez le couvercle vers le bas.

## COUPURES DE COURANT

1. En cas de coupure de courant de 24 heures ou moins, maintenez toutes les portes du réfrigérateur fermées pour maintenir les aliments froids et congelés.

2. Si la coupure de courant devait durer plus que 24 heures, retirez tous les aliments congelés et stockez-les dans un casier pour denrées congelées.

## LORSQUE VOUS PARTEZ EN VACANCES

**Si vous choisissez de laisser en service le réfrigérateur pendant votre voyage,** suivez les instructions suivantes pour préparer le réfrigérateur avant votre départ.

1. Consommez toutes les denrées périssables et congelez les autres denrées.

2. Arrêtez la machine à glaçons et videz le bac à glace.

**Si vous choisissez de mettre hors tension le réfrigérateur avant votre départ,** procédez comme suit.

1. Retirez tous les aliments du réfrigérateur.

2. Selon votre modèle, réglez le contrôle du thermostat (contrôle du réfrigérateur) sur OFF. Reportez-vous à la section **Réglage des contrôles.**

3. Nettoyez le réfrigérateur, essuyez-le et séchez-le.

4. Avec du ruban adhésif fixez des blocs de caoutchouc ou de bois en haut des deux portes pour les maintenir ouvertes suffisamment pour laisser pénétrer l'air à l'intérieur. Cela permet d'éviter la formation d'odeurs et de moisissures.

## LORSQUE VOUS DÉMÉNAGEZ

Lorsque vous déménagez votre réfrigérateur dans une nouvelle maison, procédez comme suit pour le préparer au déménagement.

1. Retirez tous les aliments du réfrigérateur et emballez-les dans de la glace sèche.

2. Débranchez le réfrigérateur.

3. Nettoyez, essuyez et séchez complètement.

4. Retirez toutes les pièces amovibles, emballez-les et attachez-les ensemble avec du ruban adhésif afin qu'elles ne s'entrechoquent pas pendant le transport. Reportez-vous à la section **Utilisation du réfrigérateur** pour les instructions concernant les pièces amovibles.

5. Selon le modèle, soulevez l'avant du réfrigérateur afin qu'il roule plus facilement OU vissez à fond vers l'intérieur les cales de réglage afin d'éviter qu'elles ne raient le plancher. Reportez-vous à la section **Fermeture des portes.**

6. Maintenez les portes fermées avec du ruban adhésif et fixez le cordon d'alimentation à l'armoire du réfrigérateur avec du ruban adhésif.

Lorsque vous arrivez dans votre nouvelle maison, remettez tout en place et reportez-vous à la section **Installation du réfrigérateur** pour les instructions de préparation.

# CONNEXION DU TUYAU D'EAU

## AVANT DE COMMENCER

Cette installation de raccordement d'eau n'est pas couverte par la garantie de ce réfrigérateur. Suivez attentivement ces instructions pour minimiser les risques de coûteux dégâts des eaux.

Des coups de bélier (brusques déplacements d'eau dans les tuyaux) dans une plomberie domestique peuvent endommager les pièces du réfrigérateur et provoquer des fuites d'eau ou des dégâts des eaux. Contactez un plombier qualifié pour corriger les effets de coups de bélier avant de raccorder la conduite d'approvisionnement d'eau au réfrigérateur.

⚠ **ATTENTION :** Pour éviter les brûlures et les dommages au produit, raccordez uniquement le tuyau d'eau du réfrigérateur à un approvisionnement d'eau froide.

Si vous voulez utiliser votre réfrigérateur avant d'avoir raccordé la conduite d'eau, assurez-vous que la fabrique de glace est éteinte sur le panneau de commande.

⚠ **ATTENTION :** N'installez pas la tuyauterie de la machine à glaçons à des endroits où la température tombe sous le niveau du gel.

## PRESSION DE L'EAU

**Un approvisionnement d'eau froide.** La pression de l'eau doit être comprise entre 20 et 120 psi. Si le réfrigérateur est installé à un endroit où la pression d'eau est faible (inférieure à 1,38 bar, soit 20 psi), vous pouvez installer une pompe d'appoint pour compenser cette pression faible.

Si un **système de filtration d'eau à osmose inverse** est raccordé à votre approvisionnement d'eau froide, cette installation de raccordement d'eau n'est pas couverte par la garantie du réfrigérateur. Suivez attentivement les instructions suivantes pour minimiser les risques de coûteux dégâts des eaux.

Si un **système de filtration d'eau par osmose** inverse est connecté à votre alimentation en eau froide, la pression d'eau au niveau du système par osmose inverse doit être comprise entre minimum 2,76 et 4,14 bars (40-60 psi), soit moins de 2 à 3 secondes pour remplir une tasse de 20 cl.

Si la pression d'eau depuis le système par osmose inverse est inférieure à 1,38 bar (20 psi), soit plus de 4 secondes pour remplir une tasse de 20 cl, procédez comme suit:

• Vérifiez que le filtre à sédiments dans le système à osmose inverse n'est pas bloqué. Remplacez le filtre si nécessaire.

• Laissez le réservoir de stockage du système à osmose inverse se remplir après une utilisation intensive.

• Si le problème de la pression d'eau du système à osmose inverse persiste, contactez un plombier qualifié.

• Toutes les installations doivent être conformes aux conditions du code de plomberie local.

⚠ **ATTENTION :** Portez une protection des yeux pendant l'installation pour prévenir toute blessure.

## CE DONT VOUS AUREZ BESOIN

• **Tuyau de cuivre,** ¼ po. de diamètre extérieur pour accorder le réfrigérateur à l'approvisionnement d'eau. Assurez-vous que les deux extrémités du tuyau ont une coupe perpendiculaire. 

• Pour déterminer la longueur de tuyau requise : mesurez la distance entre la vanne à eau à l'arrière du réfrigérateur et la conduite d'approvisionnement d'eau. Ajoutez ensuite 8 pieds (2,4 m). Assurez-vous qu'il y a une section supplémentaire de tuyau suffisante (environ 8 pieds [2,4 m] bouclée en 3 coudes d'environ 10 po. [25 cm] le diamètre) pour permettre de placer le réfrigérateur à une distance adéquate du mur après l'installation.

• **Perceuse.**

• **Clé de ½ po. ou clé à ouverture variable.**

• **Tournevis à lame plate et à pointe cruciforme.**

• **Deux écrous de serrage d'un diamètre extérieur de ¼ po. et 2 bagues (gaines)** pour raccorder les tuyaux de cuivre à la vanne d'arrêt et à la vanne à eau du réfrigérateur. 

• Si votre conduite d'eau en cuivre a une extrémité évasée, vous aurez besoin d'un **adaptateur** (disponible dans les magasins d'articles de plomberie) pour raccorder la conduite d'eau au réfrigérateur OU vous pouvez couper le bout évasé avec un coupeur de tuyau et utiliser un dispositif de serrage.

• **Vanne d'arrêt pour raccorder la conduite d'eau froide.** La vanne d'arrêt doit comporter une entrée d'eau d'un diamètre intérieur minimal de $5/32$ po. au point de raccordement à la CONDUITE D'EAU FROIDE. Les vannes d'arrêt de type étrier sont incluses dans plusieurs kits d'approvisionnement d'eau. Avant d'en acheter, assurez-vous qu'une vanne de type étrier est conforme aux codes de plomberie locaux. 

**REMARQUE :** Une vanne à eau de type étrier auto-perceuse ne doit pas être utilisée.

---

⚠ **AVERTISSEMENT**

## Risque d'électrocution

Lors de l'utilisation d'un dispositif électrique (telle qu'une perceuse) pendant l'installation, assurez-vous que le dispositif est alimenté par batterie, est doté d'une double isolation ou est mis à la terre afin d'éliminer les risques d'électrocution.

# INSTRUCTIONS D'INSTALLATION

Installez la vanne d'arrêt sur la conduite d'eau potable fréquemment utilisé le plus proche.

**1. ARRÊTEZ L'APPROVISIONNEMENT D'EAU PRINCIPAL**
Ouvrez le robinet le plus proche pour libérer la pression sur la ligne.

**2. CHOISISSEZ L'EMPLACEMENT DE LA VANNE**
Choisissez un emplacement facilement accessible pour la vanne. Il est préférable d'établir le raccordement dans le côté d'un tuyau d'eau vertical. S'il est nécessaire de faire le raccordement dans un tuyau d'eau horizontal, utilisez la face supérieure ou latérale et non la face inférieure, pour éviter la récupération des sédiments du tuyau d'eau.



**3. PERCEZ LE TROU POUR LA VANNE**
Percez un trou de $\frac{1}{4}$ po. dans le tuyau d'eau avec une mèche aiguisée. Enlevez toute ébarbure résultant du perçage du trou dans le tuyau. Veillez à ne pas laisser l'eau s'écouler dans la perceuse. Si vous ne percez pas un trou de $\frac{1}{4}$ po., il est possible que la production de glace soit réduite ou que les glaçons soient plus petits.



**REMARQUE :** La conduite de raccordement ne peut pas être un tuyau en plastique blanc. Les plombiers agréés ne doivent utiliser que des tuyaux en cuivre NDA n° 49595 ou 49599 ou des tuyaux en polyéthylène réticulés (PEX).

**4. FIXEZ LA VANNE D'ARRÊT**
Fixez la vanne d'arrêt au tuyau d'eau froide avec le collier de serrage pour tuyau.



Collier pour tuyaux

Vanne d'arrêt de type étrier

Tuyau d'eau froide vertical

**REMARQUE :** Les codes de plomberie Commonwealth of Massachusetts 248CMR doivent être observés. Les vannes de type étrier sont illégales et leur utilisation n'est pas autorisée dans le Massachusetts. Consultez votre plombier licencié.

**5. SERREZ LE COLLIER DE SERRAGE**
Serrez les vis du collier de serrage jusqu'à ce que la rondelle d'étanchéité commence à gonfler.

**REMARQUE :** Ne serrez pas trop le collier de serrage, vous pourriez écraser le tuyau.



Collier pour tuyaux

Vis de serrage

Rondelle

Entrée

**6. ACHEMINEZ LA TUYAUTERIE**
Acheminez la tuyauterie entre la conduite d'eau froide et le réfrigérateur.

Acheminez la tuyauterie par un trou pratiqué dans le mur ou le plancher (derrière le réfrigérateur ou l'armoire de base adjacente) aussi près que possible du mur.

**REMARQUE :** Assurez-vous qu'il y a une section supplémentaire de tuyau suffisante (environ 8 pieds bouclée en 3 coudes d'environ 10 po. de diamètre) pour permettre de placer le réfrigérateur à une distance adéquate du mur après l'installation.

**7. RACCORDEZ LA TUYAUTERIE À LA VANNE**
Placez l'écrou de serrage et la bague (gaine) pour le tuyau de cuivre à l'extrémité du tuyau et raccordez-le à la vanne d'arrêt. Assurez-vous que le tuyau est complètement introduit dans la vanne. Serrez solidement l'écrou de serrage.



Vanne d'arrêt de type étrier

Écrou de serrage

Écrou de presse-garniture

Vanne de sortie

Bague (gaine)

**REMARQUE :** Les codes de plomberie Commonwealth of Massachusetts 248CMR doivent être observés. Les vannes de type étrier sont illégales et leur utilisation n'est pas autorisée dans le Massachusetts. Consultez votre plombier licencié.

### 8. LAVEZ LA TUYAUTERIE

Ouvrez l'approvisionnement d'eau principal et laissez couler l'eau jusqu'à ce que l'eau soit propre.

Arrêtez l'eau au niveau de la vanne d'eau après avoir laissé s'écouler environ une pinte d'eau par la tuyauterie.



### 9. RACCORDEZ LE TUYAU AU RÉFRIGÉRATEUR

## ⚠ AVERTISSEMENT

Avant de faire la connexion au réfrigérateur, assurez-vous que le cordon d'alimentation électrique ne soit pas branché dans la prise murale.

1. Retirez le bouchon flexible en plastique de la vanne d'eau.

2. Placez l'écrou de serrage et la bague (gaine) à l'extrémité de la tuyauterie, tel qu'indiqué.

3. Insérez l'extrémité du tuyau en cuivre dans la connexion, le plus loin possible. Tout en tenant la tuyauterie, serrez le raccord.



Collier pour tuyauterie

Tuyauterie de ¼ po.

Écrou de serrage de ¼ po.

Bague (gaine)

Raccordement au réfrigérateur

### 10. OUVREZ L'EAU SUR LA VANNE D'ARRÊT

Serrez les raccords présentant une fuite.



⚠ **ATTENTION :** Vérifiez l'absence de fuite sur les raccordements à la conduite d'eau.

### 11. BRANCHEZ LE RÉFRIGÉRATEUR

Disposez le cheminement de la tuyauterie de façon à éviter les vibrations contre l'arrière du réfrigérateur ou contre le mur. Repoussez le réfrigérateur vers le mur.



### 12. DÉMARREZ LA MACHINE À GLAÇONS

**Mettez en marche la fabrique de glace via le panneau de commande.**

La machine à glaçons commence à fonctionner jusqu'à ce qu'elle atteigne sa température de fonctionnement de 15°F (−9°C) ou une température inférieure. Elle fonctionnera ensuite automatiquement si la touche Marche/Arrêt de la fabrique de glace est réglée sur Marche.

# GUIDE DE DÉPANNAGE

Avant d'entreprendre des opérations de dépannage, veuillez vous assurer que les conditions basiques de fonctionnement suivantes sont respectées :

| | |
|---|---|
| Débit Opérationnel | 0.5 gpm (1.9 lpm) |
| Arrivée d'Eau | Eau Potable |
| Pression Hydraulique | 20-120 psi (138 -827 kPa) |
| Limites de Températures Ambiantes de Fonctionnement | 55°F - 110°F |
| Valeurs Électriques | 115 Volts, 60 Hz, CA uniquement, fusible de 15 ou 20 ampères |

## REFROIDISSEMENT

| Problème | Causes possibles | Solutions |
|---|---|---|
| Les compartiments Réfrigérateur et Congélateur ne refroidissent pas | Le contrôle du réfrigérateur est réglé sur ARRÊT (sur certains modèles) | Réglez le contrôle sur MARCHE. Veuillez vous reporter à la section Réglage du Contrôle pour le paramétrage approprié des températures. |
| | Le réfrigérateur est réglé sur le mode Démo | Le mode Démo permet un fonctionnement normal de l'éclairage et de l'affichage du panneau de contrôle mais désactive le refroidissement pour économiser l'énergie durant l'exposition en magasin. Veuillez vous reporter à la section Réglage du Contrôle pour les instructions de désactivation du mode Démo. |
| | Le réfrigérateur est en cycle de Dégivrage | Durant le cycle de dégivrage, la température de chaque compartiment peut légèrement augmenter. Attendez 30 minutes et assurez-vous que la température est revenue à sa valeur correcte une fois le cycle de dégivrage complété. |
| | Le réfrigérateur a récemment été déplacé | Si le réfrigérateur a été débranché ou couché pendant une longue période, celui-ci doit être placé à la verticale pendant 24h avant d'être mis sous tension. |
| Le système de refroidissement est trop puissant | Le réfrigérateur remplace un ancien modèle | Les réfrigérateurs modernes nécessitent un temps de fonctionnement plus long mais consomment moins d'énergie grâce à une technologie plus efficace. |
| | Le réfrigérateur vient d'être branché ou remis sous tension | Le réfrigérateur mettra 24h à refroidir complètement |
| | La porte a souvent été ouverte ou beaucoup d'aliments / des aliments chauds y ont été placés | L'ajout d'aliments ou l'ouverture de la porte réchauffe le réfrigérateur, ce qui demande au compresseur de fonctionner plus longtemps pour refroidir les compartiments. Afin de conserver l'énergie, essayez de sortir tout ce dont vous avez besoin du réfrigérateur en une seule fois, rangez vos aliments de manière organisée afin de les localiser facilement, et fermez la porte dès que les aliments sont sortis. (Veuillez vous reporter à la section Guide de Stockage des Aliments) |
| | Les portes ne sont pas complètement fermées | Poussez les portes fermement. Si elles ne se ferment pas complètement, reportez vous à la section Les portes ne se ferment pas complètement ou s'ouvrent toutes seules de la partie Dépannage des Pièces & Fonctions. |
| | Le réfrigérateur est installé dans un environnement chaud | Le compresseur fonctionnera plus longtemps dans un environnement chaud. Lorsque la température ambiante est normale (70°F), votre compresseur doit fonctionner entre 40% et 80% du temps. Si la pièce est plus chaude, attendez-vous à ce qu'il tourne encore plus souvent. Le réfrigérateur ne doit pas être mis en fonction lorsque la température ambiante est supérieure à 110°F. |
| | Le condensateur / couvercle arrière est obstrué | Utilisez un aspirateur muni d'un embout pour nettoyer la protection du condensateur et la ventilation. Ne pas ôter le panneau recouvrant la bobine du condensateur. |

## REFROIDISSEMENT

| Problème | Causes possibles | Solutions |
|---|---|---|
| Le compartiment Réfrigérateur ou Congélateur est trop chaud | Le réfrigérateur a été installé récemment | 24h peuvent être nécessaires pour que chaque compartiment atteigne la température désirée |
| | Les bouches d'aération sont obstruées | Réorganisez les éléments afin de permettre la libre circulation de l'air à l'intérieur du compartiment. Veuillez vous reporter au diagramme de circulation de l'air dans la section Utilisation de votre Réfrigérateur. |
| | Les portes sont souvent ouvertes ou restent ouvertes pendant longtemps. | Lorsque les portes sont souvent ouvertes ou restent ouvertes pendant longtemps, de l'air chaud et humide entre dans le compartiment. La température et le niveau d'humidité augmentent ainsi à l'intérieur du compartiment. Pour limiter cet effet, réduisez la fréquence et la durée d'ouverture des portes. |
| | L'appareil est installé dans un endroit chaud | Le réfrigérateur ne doit pas être mis en fonction si la température ambiante est supérieure à 110°F. |
| | Beaucoup d'aliments ou des aliments chauds ont été placés dans l'un des compartiments | L'ajout d'aliments augmente la température du compartiment, ce qui entraine le déclenchement du système de refroidissement. Pour limiter cet effet, laissez les aliments chauds refroidir à température ambiante avant de les placer dans le réfrigérateur. |
| | Les portes ne sont pas correctement fermées | Veuillez vous reporter à la section Les portes ne se ferment pas correctement ou s'ouvrent toutes seules de la partie Dépannage des Pièces & Fonctions |
| | Le contrôle de la température n'est pas réglé correctement | Si la température est trop chaude, ajustez le contrôle une position à la fois et attendez que la température se stabilise. Veuillez vous reporter à la section Réglage du Contrôle pour plus d'informations |
| | Le cycle de dégivrage vient de se terminer | Durant le cycle de dégivrage, la température de chaque compartiment peut légèrement augmenter. Attendez 30 minutes et assurez-vous que la température est revenue à sa valeur correcte une fois le cycle de dégivrage complété. |
| De l'humidité se forme à l'intérieur | Les portes sont trop souvent ouvertes ou restent ouvertes trop longtemps | Lorsque les portes sont souvent ouvertes ou restent ouvertes pendant longtemps, de l'air chaud et humide entre dans le compartiment. La température et le niveau d'humidité augmentent ainsi à l'intérieur du compartiment. Pour limiter cet effet, réduisez la fréquence et la durée d'ouverture des portes. |
| | Les portes ne sont pas correctement fermées | Veuillez vous reporter à la section Les portes ne se ferment pas correctement de la partie Dépannage |
| | L'atmosphère est humide | Une atmosphère humide permet à plus d'humidité de pénétrer dans le compartiment lorsque la porte est ouverte, ce qui génère de la condensation et du givre. Vous pouvez contrôler l'humidité qui pénètre dans le réfrigérateur en maintenant un niveau d'humidité approprié à votre domicile |
| | Le cycle de dégivrage vient de se terminer | Durant le cycle de dégivrage, la température de chaque compartiment peut légèrement augmenter. Attendez 30 minutes et assurez-vous que la température est revenue à sa valeur correcte une fois le cycle de dégivrage complété. |
| | Les aliments ne sont pas correctement emballés | Les aliments stockés sans couvercle ni emballage et les conteneurs humides peuvent conduire à une accumulation d'humidité dans les compartiments. Essuyez bien tous les compartiments et rangez les aliments dans des emballages hermétiques pour prévenir la condensation et le givre |

## REFROIDISSEMENT / GLACE & EAU

| Problème | Causes possibles | Solutions |
|---|---|---|
| Les aliments congèlent dans le compartiment réfrigérateur | Des aliments avec une teneur en eau importante ont été placés à proximité des bouches d'aération | Réorganisez les aliments avec une teneur en eau importante loin des bouches d'aération |
| | Le contrôle de la température du réfrigérateur est mal réglé | Si la température est trop froide, ajustez le contrôle une position à la fois et attendez que la température se stabilise. Veuillez vous reporter à la section Réglage du Contrôle pour plus d'informations |
| | Le réfrigérateur est installé dans un endroit froid | Lorsque le réfrigérateur est mis en fonction sous une température ambiante inférieure à 41°F (5°C), les aliment peuvent geler dans le compartiment réfrigérateur. Le réfrigérateur ne doit pas être mis en fonction sous une température ambiante inférieure à 55°F (13°C). |
| Du givre ou des cristaux de glace se forment sur les aliments surgelés (à l'extérieur de l'emballage) | La porte est souvent ouverte ou reste ouverte pendant longtemps | Lorsque les portes sont souvent ouvertes ou restent ouvertes pendant longtemps, de l'air chaud et humide entre dans le compartiment. La température et le niveau d'humidité augmentent ainsi à l'intérieur du compartiment. Pour limiter cet effet, réduisez la fréquence et la durée d'ouverture des portes. |
| | La porte ne se ferme pas correctement | Veuillez vous reporter à la section Les portes ne se ferment pas correctement de la partie Dépannage |
| Le compartiment Réfrigérateur ou Congélateur est trop chaud | Mauvais réglage du contrôle de la température | Si la température est trop froide, ajustez le contrôle une position à la fois et attendez que la température se stabilise. Veuillez vous reporter à la section Réglage du Contrôle pour plus d'informations |
| Du givre ou des cristaux de glace se forment sur les aliments surgelés (à l'intérieur de l'emballage hermétique) | La condensation issue d'aliments à haute teneur en eau a gelé à l'intérieur de l'emballage alimentaire. | Ce phénomène est normal pour des aliments à haute teneur en eau. |
| | Des aliments ont été laissés dans le congélateur pendant une longue période | Ne stockez pas des aliments à haute teneur en eau dans le congélateur pendant une longue période |
| Le distributeur de glace ne produit pas suffisamment de glace | La demande dépasse la capacité de production de glace | Le distributeur de glace peut produire approximativement 70-182 glaçons par période de 24 heures |
| | L'arrivée d'eau du domicile n'est pas connecté, le robinet n'est pas complètement ouvert ou la valve est bouchée | Connectez le réfrigérateur à une alimentation d'eau froide avec une pression adéquate et ouvrez le robinet d'eau complètement.<br><br>Si le problème persiste, il sera peut-être nécessaire de contacter un plombier. |
| | Le filtre à eau est épuisé | Il est recommandé de remplacer le filtre à eau:<br><br>• Tous les six mois environ<br>• Lorsque le voyant du filtre à eau s'allume<br>• Lorsque la sortie de la distribution d'eau diminue<br>• Lorsque les cubes de glace sont plus petits que la normale |
| | La pression de l'arrivée d'eau du domicile est trop faible | La pression de l'eau doit être entre 20 et 120 psi pour les modèles sans filtre et entre 40 et 120 psi pour les modèles avec filtre.<br><br>Si le problème persiste, il peut être nécessaire de contacter un plombier ou d'installer une pompe d'appoint pour compenser la pression faible. |
| | Le système de filtrage par osmose inversée est en cours de fonctionnement | Les systèmes de filtrage par osmose inversée peuvent réduire la pression de l'eau en dessous de sa valeur minimale et occasionner un disfonctionnement du distributeur de glace. (Veuillez vous reporter à la section pression de l'eau). |
| | Le tuyau reliant le réfrigérateur au robinet d'approvisionnement est plié | Le tuyau peut se plier lorsque le réfrigérateur est déplacé lors de l'installation ou du nettoyage, provoquant une réduction du débit d'eau. Redressez ou réparez la ligne d'arrivée d'eau et disposez-la afin d'éviter un nouveau pliage |

**GUIDE DE DÉPANNAGE**

### GLACE & EAU

| Problème | Causes possibles | Solutions |
|---|---|---|
| Le distributeur de glace ne produit pas suffisamment de glace (suite) | Les portes sont trop souvent ouvertes ou restent ouvertes trop longtemps | Lorsque les portes de l'appareil sont souvent ouvertes, l'air ambiant va réchauffer le réfrigérateur et empêcher le maintien de la température programmée de l'appareil. La diminution de la température programmée peut résoudre ce problème, tout comme la réduction du nombre d'ouvertures des portes |
| | Les portes ne se ferment pas complètement | Si les portes ne sont pas correctement fermées, la production de glace en sera affectée. Veuillez vous reporter à la section Les portes ne se ferment pas correctement ou s'ouvrent toutes seules de la partie Dépannage des Pièces & Fonctions pour plus d'informations. |
| | Le réglage de la température du congélateur est trop chaud. | La température recommandée du le compartiment congélateur pour la production normale de glace est de 0°F. Si la température du congélateur est plus chaude, la production de glace en sera affectée. |
| L'eau est servie trop lentement | Le filtre à eau est épuisé | Il est recommandé de remplacer le filtre à eau :<br><br>• Tous les six mois environ<br>• Lorsque le voyant du filtre à eau s'allume<br>• Lorsque la sortie de la distribution d'eau diminue<br>• Lorsque les cubes de glace sont plus petits que la normale |
| | Le système de filtrage par osmose inversée est en cours de fonctionnement | Les systèmes de filtrage par osmose inversée peuvent réduire la pression de l'eau en dessous de sa valeur minimale et occasionner un disfonctionnement du distributeur de glace.<br><br>Si le problème persiste, il peut être nécessaire de contacter un plombier ou d'installer une pompe d'appoint pour compenser la pression faible. |
| | La pression de l'arrivée d'eau du domicile est trop faible | La pression de l'eau doit être entre 20 et 120 psi pour les modèles sans filtre et entre 40 et 120 psi pour les modèles avec filtre.<br><br>Si le problème persiste, il peut être nécessaire de contacter un plombier ou d'installer une pompe d'appoint pour compenser la pression faible. |
| La distribution de glace ne se fait pas | Les portes ne sont pas fermées correctement | La distribution de glace ne se fait pas si les portes du réfrigérateur sont ouvertes |
| | Utilisation peu fréquente du distributeur | L'utilisation peu fréquente du distributeur de glace conduit les glaçons à se coller avec le temps, ce qui empêche leur distribution. Veuillez vérifier que des glaçons ne sont pas bloqués/collés dans le bac. S'ils le sont, cassez les glaçons pour permettre le fonctionnement correct du distributeur. |
| | La glissière de distribution est obstruée par le givre ou des morceaux de glace | Enlevez le bac et nettoyez la glissière avec un ustensile en plastique pour supprimer le givre ou les morceaux de glace. La distribution de glace en cubes peut également aider à prévenir la formation de givre ou de morceaux de glace. |
| | L'affichage du distributeur est verrouillé | Maintenez le bouton Verrouillage enfoncé pendant trois secondes pour déverrouiller le panneau de contrôle et le distributeur. |
| | Le bac à glace est vide | 24 heures peuvent être nécessaires pour que chaque compartiment atteigne la température désirée et que le distributeur de glace se mette à fonctionner. Assurez-vous que le contrôle (levier / capteur) n'est pas obstrué.<br><br>Une fois que la réserve de glace dans le bac est complètement épuisée, la fabrication de glace supplémentaire peut prendre jusqu'à 90 minutes, et environ 24h pour le remplissage complet du bac |

## GLACE & EAU

| Problème | Causes possibles | Solutions |
|---|---|---|
| Le distributeur de glace ne produit pas de glace | Le réfrigérateur vient d'être installé ou le distributeur de glace vient d'être branché | 24 heures peuvent être nécessaires pour que chaque compartiment atteigne la température désirée et que le distributeur de glace se mette à fonctionner. |
| | Le distributeur de glace n'est pas mis en marche | Vérifiez que la touche ON/OFF(Marche/Arrêt) de la fabrique de glace est réglée sur Marche. |
| | Le réfrigérateur n'est pas relié à l'arrivée d'eau, ou la vanne d'arrêt n'est pas ouverte. | Branchez le réfrigérateur à l'arrivée d'eau et ouvrez complètement la vanne d'arrêt. |
| | Le dispositif d'arrêt automatique (levier) de la fabrique de glace est obstrué. | Si votre distributeur est équipé d'un levier de contrôle de la glace, assurez-vous que celui-ci pivote normalement. |
| | Le système de filtrage par osmose inversée est connecté à votre arrivée d'eau froide. | Les systèmes de filtrage par osmose inversée peuvent réduire la pression de l'eau en dessous de sa valeur minimale et occasionner un disfonctionnement du distributeur de glace. (Veuillez vous reporter à la section pression de l'eau). |
| La distribution d'eau ne se fait pas | Le réfrigérateur vient d'être installé ou la ligne d'arrivée d'eau vient d'être connectée | Servez 2,5 gallons d'eau (laissez couler pendant environ 5 minutes) pour évacuer l'air emprisonné et les éléments contaminants du système. Ne servez pas les 2,5 gallons en une seule fois. Actionnez le bloc de distribution pendant 30 secondes puis relâchez-le pendant 60 secondes, par cycles |
| | Le panneau de distribution est verrouillé | Maintenez le bouton Verrouillage enfoncé pendant trois secondes pour déverrouiller le panneau et le distributeur |
| | Le distributeur n'est pas réglé pour la distribution d'eau | Le distributeur peut être réglé pour la distribution de glace ou d'eau. Assurez-vous que le panneau de contrôle est réglé correctement. Appuyez sur le bouton Eau du panneau de contrôle pour servir de l'eau. |
| | Les portes du réfrigérateur ou du congélateur ne sont pas fermées correctement | La distribution d'eau ne se fait pas si les portes du réfrigérateur sont ouvertes |
| | Le filtre à eau vient d'être enlevé ou remplacé | Après le remplacement du filtre à eau, servez 2,5 gallons d'eau (laissez couler pendant environ 5 minutes) pour évacuer l'air emprisonné et les éléments contaminants du système. Ne servez pas les 2,5 gallons en une seule fois. Actionnez le bloc de distribution pendant 30 secondes puis relâchez-le pendant 60 secondes, par cycles |
| | Le tuyau reliant le réfrigérateur au robinet d'approvisionnement est plié | Le tuyau peut se plier lorsque le réfrigérateur est déplacé lors de l'installation ou du nettoyage, provocant une réduction du débit d'eau. Redressez ou réparez la ligne d'arrivée d'eau et disposez-la afin d'éviter un nouveau pliage |
| | L'arrivée d'eau du domicile n'est pas connecté, le robinet n'est pas complètement ouvert ou la valve est bouchée | Connectez le réfrigérateur à une alimentation d'eau et ouvrez le robinet d'eau complètement.<br><br>Si le problème persiste, il sera peut-être nécessaire de contacter un plombier. |

## GLACE & EAU

| Problème | Causes possibles | Solutions |
|---|---|---|
| La glace a un mauvais goût ou une mauvaise odeur | L'arrivée d'eau contient des minéraux comme du soufre | L'installation d'un filtre à eau est peut-être nécessaire pour éliminer les problèmes de goût et d'odeur.<br><br>NOTE : Dans certains cas, un filtre à eau peut se révéler insuffisant. Il n'est pas toujours possible d'éliminer les minéraux / goût / odeur présents dans l'arrivée d'eau |
| | Le distributeur de glace vient d'être installé | Jetez les premiers tas de glace afin d'éviter la glace décolorée ou ayant mauvais goût. |
| | La glace est stockée depuis trop longtemps | La glace se tasse, devient trouble ou prend un goût désagréable lorsqu'elle est stockée trop longtemps. Jetez l'ancienne glace et fabriquez-en une nouvelle réserve. |
| | Les aliments n'ont pas été rangés de manière appropriée dans un des compartiments | Réemballez les aliments. Les odeurs peuvent se fixer à la glace si les aliments ne sont pas emballés correctement. |
| | L'intérieur du réfrigérateur doit être nettoyé | Veuillez vous reporter à la section Entretien & Nettoyage pour plus d'informations |
| | Le bac à glace doit être nettoyé | Videz et lavez le bac (jetez les vieux glaçons). Assurez-vous que le bac est complètement sec avant de le réinstaller. |
| L'eau distribuée est chaude | Le réfrigérateur vient d'être installé | Laissez le réfrigérateur tourner pendant 24h après l'installation pour permettre au réservoir de stockage de l'eau de refroidir complètement. |
| | Le distributeur d'eau vient d'être utilisé et le réservoir de stockage est vide | Selon votre modèle, la capacité du réservoir de stockage va de 20 à 30 onces. |
| | Le distributeur n'a pas été utilisé pendant plusieurs heures | Si le distributeur n'a pas été utilisé pendant plusieurs heures, le premier verre servi peut être tiède. Jetez les 10 premiers onces. |
| | Le réfrigérateur est connecté à l'arrivée d'eau chaude | Assurez-vous que le réfrigérateur est connecté à l'arrivée d'eau froide<br><br>⚠ AVERTISSEMENT : Le distributeur de glace peut être endommagé si vous le connectez à une arrivée d'eau chaude |
| L'eau a un mauvais goût ou une mauvaise odeur | L'arrivée d'eau contient des minéraux comme du soufre | L'installation d'un filtre à eau est peut-être nécessaire pour éliminer les problèmes de goût et d'odeur. |
| | Le filtre à eau est épuisé | Il est recommandé de remplacer le filtre à eau :<br><br>• Tous les six mois environ<br>• Lorsque le voyant du filtre à eau s'allume<br>• Lorsque la sortie de la distribution d'eau diminue<br>• Lorsque les cubes de glace sont plus petits que la normale |
| | Le réfrigérateur vient d'être installé | Servez 2,5 gallons d'eau (laissez couler pendant environ 5 minutes) pour évacuer l'air emprisonné et les éléments contaminants du système. Ne servez pas les 2,5 gallons en une seule fois. Actionnez le bloc de distribution pendant 30 secondes puis relâchez-le pendant 60 secondes, par cycles |
| Le distributeur de glace produit trop de glace | Le dispositif d'arrêt automatique (levier) de la fabrique de glace est obstrué. | Videz la réserve à glaçons. Si votre fabrique de glace est équipée d'un levier d'arrêt automatique, veillez à ce que ce dernier se déplace librement. Réinstallez la réserve à glaçons et patientez 24 heures pour confirmer le bon fonctionnement. |

**GUIDE DE DÉPANNAGE**

## BRUIT

| Problème | Causes possibles | Solutions |
|---|---|---|
| Clic | Le contrôle du dégivrage cliquète lorsque le cycle de dégivrage automatique se met en route. Le contrôle de thermostat (ou le contrôle du réfrigérateur sur certains modèles) cliquète aussi en début et en fin de cycle. | Fonctionnement normal |
| Cliquetis | Les cliquetis peuvent provenir du débit du liquide réfrigérant, de l'arrivée d'eau à l'arrière de l'appareil, ou des éléments rangés au-dessus ou autour du réfrigérateur | Fonctionnement normal |
| | Le réfrigérateur n'est pas posé au sol de manière stable | Le sol flanche ou est inégal, ou les pieds de nivellement doivent être ajustés sous le réfrigérateur. Veuillez vous reporter à la section Alignement de la Porte |
| | Le compresseur linéaire du réfrigérateur s'est enrayé en cours de fonctionnement | Fonctionnement normal |
| Sifflement | Le moteur du ventilateur de l'évaporateur fait circuler de l'air à travers les compartiments du réfrigérateur et du congélateur. | Fonctionnement normal |
| | De l'air est envoyé sur le condensateur par le ventilateur du condensateur | Fonctionnement normal |
| Gargouillement | Liquide réfrigérant s'écoulant à travers le système de refroidissement | Fonctionnement normal |
| Pop | Contraction et expansion des parois internes dues aux changements de température | Fonctionnement normal |
| Grésillement | Eau s'égouttant sur le radiateur de dégivrage lors du cycle de dégivrage | Fonctionnement normal |
| Vibration | Si le côté ou l'arrière du réfrigérateur touche un meuble ou un mur, certaines des vibrations normales de l'appareil peuvent rendre un son audible | Pour supprimer ce bruit, assurez-vous que les côtés et l'arrière du réfrigérateur ne peuvent pas vibrer contre un meuble ou un mur. |
| Égouttement | Eau s'écoulant à travers l'égouttoir au cours du cycle de dégivrage | Fonctionnement normal |
| Pulsations ou son aigu | Votre réfrigérateur est conçu pour fonctionner de manière plus efficace pour garder vos aliments à la bonne température. Le compresseur à haute performance peut amener votre nouveau réfrigérateur à fonctionner plus régulièrement, mais il est toujours plus économe en énergie que les anciens modèles. Il est normal d'entendre des pulsations ou un son aigu au cours du fonctionnement de votre réfrigérateur. | Fonctionnement normal |

## PIÈCES & FONCTIONS

| Problème | Causes possibles | Solutions |
|---|---|---|
| Les portes ne se ferment pas complètement ou s'ouvrent toutes seules | Des emballages alimentaires bloquent la fermeture de la porte | Réorganisez les conteneurs alimentaires sur la porte et sur les étagères pour dégager la zone de fermeture |
| | Le bac à glace, le couvercle du bac à légume, les bacs, les étagères, les tiroirs ou les paniers ne sont pas positionnés correctement. | Poussez les bacs jusqu'au fond et placez le couvercle du bac à légume, les bacs, les étagères, les tiroirs et les paniers dans leur position normale. Veuillez consulter la section Utilisation de votre Réfrigérateur pour plus d'informations. |
| | Les portes ont été enlevées durant l'installation de l'appareil et n'ont pas été correctement remises en place | Enlevez et repositionnez les portes de la manière décrite dans la section Enlever et Repositionner les Poignées et les Portes du Réfrigérateur. |
| | Le réfrigérateur n'est pas positionné bien à l'horizontale | Veuillez vous reporter à la section Alignement des Portes dans la partie Installation du Réfrigérateur pour positionner correctement celui-ci |
| Les portes sont difficiles à ouvrir | Les joints sont sales ou collants | Nettoyez les joints et les surfaces de contact. Frottez un chiffon avec du lustre ou de la cire pour meubles sur les joints après les avoir nettoyés |
| | La porte vient d'être refermée | Lorsque vous ouvrez la porte, de l'air tiède entre dans le réfrigérateur. À mesure que l'air tiède se refroidit, il peut créer un effet d'aspiration. Si la porte est difficile à ouvrir, veuillez patienter une minute pour permettre à la pression de l'air de s'équilibrer, et vérifiez que la porte s'ouvre plus facilement. |
| Le réfrigérateur vacille ou parait instable | Les pieds de nivellement ne sont pas correctement ajustés | Veuillez vous reporter à la section Positionnement et Alignement des Portes |
| | Le sol n'est pas égal | Il peut être nécessaire de placer des cales sous les pieds de nivellement pour terminer l'installation |
| L'éclairage ne fonctionne pas | Panne des diodes d'éclairage interne | La lampe du compartiment du réfrigérateur est une diode d'éclairage interne, et sa maintenance doit être réalisée par un technicien qualifié. Veuillez vous reporter à la section Remplacement d'une ampoule. |
| Le réfrigérateur possède une odeur inhabituelle | Le filtre à air doit peut-être être positionné sur la valeur MAX ou être remplacé | Positionnez le filtre à air sur la valeur MAX. Si l'odeur persiste pendant plus de 24h, le filtre doit probablement être changé. Veuillez vous reporter à la section Remplacement du Filtre à Air pour les consignes de remplacement. |
| L'intérieur du réfrigérateur est couvert de poussière ou de suie. | Le réfrigérateur est placé près d'une flamme ou d'un feu, comme une cheminée, un poêle à bois ou une bougie. | Contrôlez et déplacez le cas échéant le réfrigérateur pour qu'il ne soit pas à proximité d'une flamme ou d'un feu (cheminée, un poêle à bois ou une bougie). |

# Système Kenmore Connect™

## Kenmore Connect™ (certains modèles uniquement)

Si vous rencontrez un problème avec votre réfrigérateur, vous pouvez transmettre des informations via votre téléphone en contactant l'équipe Kenmore Connect™. Vous pourrez ainsi parler directement à l'un de nos techniciens. Le technicien enregistre les informations transmises par votre réfrigérateur et s'en sert pour analyser le problème, offrant un diagnostic rapide et efficace.

Si vous rencontrez des problèmes avec votre réfrigérateur, appelez le 1-800-4MY-HOME (1-800-469-4663). N'utilisez la fonction Kenmore Connect™ que si l'agent de l'équipe Kenmore Connect™ vous le demande. Les bruits de transmission que vous entendrez sont normaux et ressemblent à ceux émis par un fax.

La fonction Kenmore Connect™ ne peut être activée que si votre réfrigérateur est sous tension. S'il est impossible de mettre en marche votre réfrigérateur, le dépannage devra se faire sans la fonction Kenmore Connect™.

## Utilisation de la fonction Kenmore Connect™

Tout d'abord, appelez le 1-800-4MY-HOME (1-800-469-4663). Si le numéro de téléphone que vous utilisez est enregistré et associé à votre réfrigérateur, vous serez rapidement mis en relation avec un agent de l'équipe Kenmore Connect™. N'utilisez la fonction Kenmore Connect™ que si l'agent de l'équipe Kenmore Connect™ vous le demande.

1. Verrouillez l'afficheur. Pour verrouiller l'afficheur, maintenez enfoncée la touche de verrouillage des commandes pendant 3 secondes. (Si l'afficheur est déjà verrouillé, vous devez désactiver le verrou, puis le réactiver.)



2. Ouvrez la porte droite du réfrigérateur.

3. Lorsque l'agent du centre d'appels vous le demande, maintenez le micro de votre téléphone devant le haut-parleur situé sur la charnière droite de la porte du réfrigérateur.



4. Maintenez enfoncée la touche de température du congélateur pendant trois secondes tout en maintenant votre téléphone près du haut-parleur.



5. Relâchez-la dès que vous aurez entendu trois signaux sonores.

6. Maintenez le téléphone en place jusqu'à la fin de la transmission sonore. Le temps restant est décompté dans l'afficheur. Une fois le compte à rebours et la transmission sonore terminés, reprenez votre conversation avec le technicien qui pourra alors vous aider à utiliser les informations fournies pour l'analyse.

**REMARQUE:**
- Pour des résultats optimaux, ne déplacez pas le téléphone pendant la transmission des signaux sonores.
- Si l'agent du centre d'appels n'est pas en mesure d'obtenir un enregistrement précis des données, il est possible qu'il vous demande de réessayer.

# Get it fixed, at your home or ours!

## Your Home

For troubleshooting, product manuals and expert advice:



**www.managemylife.com**

For repair – **in your home** – of **all** major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

### 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

**www.sears.com      www.sears.ca**

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call anytime for the location of your nearest

### Sears Parts & Repair Service Center

**1-800-488-1222** (U.S.A.)      **1-800-469-4663** (Canada)

**www.sears.com**                     **www.sears.ca**

To purchase a protection agreement on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)      **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:

**1-888-SU-HOGAR®**

(1-888-784-6427)
www.sears.com

Au Canada pour service en français:

**1-800-LE-FOYER**MC

(1-800-533-6937)
www.sears.ca

## sears

® Registered Trademark / TM Trademark of KCD IP, LLC in the United States, or Sears Brands, LLC in other countries
® Marca Registrada / TM Marca de Fábrica de KCD IP, LLC en Estados Unidos, o Sears Brands, LLC en otros países
MC Marque de commerce / MD Marque déposée de Sears Brands, LLC