NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY SOSENKO, DIANE TERRY, and MICHAEL BURRAGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.<br><br>Defendant. | Case No. 8-19-cv-00610-JLS (ADSx)<br><br>The Honorable Magistrate Judge Autumn D. Spaeth<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S FURTHER RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

# ORDER

Having considered the Motion to Compel Defendant's Further Responses to Plaintiffs' First Set of Requests for Production of Documents filed by Plaintiffs Gary Sosenko, Diane, Terry, and Michael Burrage, all papers relating thereto, and the evidence presented, the Court **HEARBY ORDERS** as follows:

- By November 8, 2019 Defendant will supplement its responses to state whether it is withholding documents based on its objections.
- By November 8, 2019 Defendant will produce all non-privileged documents Defendant agreed in their responses to produce responsive to Plaintiffs' Early Rule 34 Requests.

**IT IS SO ORDERED**

Date: October 8, 2019       By: ___/s/ Autumn D. Spaeth___
                                Hon. Autumn D. Spaeth
                                U.S. MAGISTRATE JUDGE