| | |
|---|---|
| Daniel C. Girard (SBN 114826)<br>Jordan Elias (SBN 228731)<br>Adam E. Polk (SBN 273000)<br>Simon S. Grille (SBN 294914)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>dgirard@girardsharp.com<br>jelias@girardsharp.com<br>apolk@girardsharp.com<br>sgrille@girardsharp.com<br><br>*Attorneys for Plaintiffs* | Michael M. Maddigan (SBN 163450)<br>Vassi Iliadis (SBN 296382)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 785-4600<br>Fax: (310) 785-4601<br>michael.maddigan@hoganlovells.com<br>vassi.iliadis@hoganlovells.com<br><br>Phoebe A. Wilkinson (admitted *Pro Hac Vice*)<br>**HOGAN LOVELLS US LLP**<br>390 Madison Ave.<br>New York, NY 10017<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>phoebe.wilkinson@hoganlovells.com<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SOSENKO, DIANE TERRY, and MICHAEL BURRAGE, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LG ELECTRONICS U.S.A., INC.<br><br>　　　　Defendant. | Case No. 8-19-cv-00610-JLS (ADSx)<br><br>**JOINT STATUS REPORT** |

Plaintiffs Gary Sosenko, Diane Terry, and Michael Burrage and Defendant LG Electronics U.S.A., Inc., through their counsel of record, hereby submit this Joint Status Report.

On April 1, 2019, Plaintiffs filed a class action complaint against Defendant in this Court on behalf of a proposed class of California purchasers of LG refrigerators. In late March 2020, the parties reached an agreement in principle to resolve both actions, and the Court stayed the case for the parties to finalize and document the settlement (Dkt. No. 99). On May 19, 2020, the parties filed a stipulation to further stay the case and informing the Court that the parties' anticipated stipulating to transfer this action under 28 U.S.C. § 1404(a) to the District of New Jersey, where a related action, *Bentley, et al. v. LG Electronics U.S.A., Inc.*, No. 19-cv-13554 (D.N.J.) is pending. On May 22, 2020, the Court entered the parties' stipulation to further stay the case and directed the parties to file a joint status report no later than 60 days from the date of the Court's April 10, 2020 Order (Dkt. No. 101).

The parties have nearly finalized and documented the proposed settlement and are finalizing and working on documenting an agreement on two final issues. . By no later than Friday, June 12, 2020, the parties will either file a stipulation to transfer this action to the District of New Jersey under 28 U.S.C. § 1404(a) or file a report and/or stipulation proposing how this action should resume moving forward.

Respectfully submitted,

Dated: June 9, 2020

By: /s/ *Daniel C. Girard*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

1

JOINT STATUS REPORT
Case No. 8:19-cv-00610-JLS (ADSx)

dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

*Attorneys for Plaintiffs*

Dated: June 9, 2020

By: /s/ *Michael M. Maddigan*
Michael M. Maddigan
Vassi Iliadis
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

Phoebe A. Wilkinson (Admitted *Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
390 Madison Ave.
New York, NY 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
phoebe.wilkinson@hoganlovells.com

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

/s/ *Daniel C. Girard*