JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SOSENKO, DIANE TERRY, and MICHAEL BURRAGE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LG ELECTRONICS U.S.A., INC.<br><br>　　　　　Defendant. | Case No. 8-19-cv-00610-JLS (ADSx)<br><br>**ORDER ENTERING STIPULATION TO TRANSFER ACTION TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1404(A)** |

Having reviewed and considered the Parties' Stipulation to Transfer Action to the District of New Jersey Pursuant to 28 U.S.C. § 1404(a), and finding that transfer will serve the convenience of the parties and is in the interests of justice, the Court **GRANTS** the stipulation and hereby directs the Clerk to transfer the above captioned action to the District of New Jersey.

**IT IS SO ORDERED.**

Dated: June 22, 2020    By: _____
                            Hon. Josephine L. Staton
                            United States District Judge